ORIGINAL

JAMES L. LOPES (No. 63678)
WILLIAM J. LAFFERTY (No. 120814)
HOWARD, RICE, NEMEROVSKI, CANADY,
  FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4065
Telephone: 415/434-1600
Facsimile: 415/217-5910

Attorneys for Debtor
PACIFIC GAS AND ELECTRIC COMPANY

FILED
APR - 6 2001
KEENAN G. CASADY, CLERK
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | No. |
| PACIFIC GAS AND ELECTRIC COMPANY, a California Corporation,<br><br>Debtor.<br><br>Federal I.D. No. 94-0742640 | Chapter 11 Case |

### SCANNABLE CREDITORS' MATRIX LIST

Attached hereto are three (3) discs containing the Scannable Creditors' Matrix List for filing in the above-referenced bankruptcy case.

DATED: April 5, 2001

Respectfully,

HOWARD, RICE, NEMEROVSKI, CANADY,
  FALK & RABKIN
A Professional Corporation

By: /s/ Janet Nexon
JANET A. NEXON

Attorneys for Debtor and Debtor in Possession
PACIFIC GAS AND ELECTRIC COMPANY