JAMES L. LOPES (No. 63678)
WILLIAM J. LAFFERTY (No. 120814)
HOWARD, RICE, NEMEROVSKI, CANADY,
   FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4065
Telephone: 415/434-1600
Facsimile: 415/217-5910

Attorneys for Debtor and Debtor In Possession
PACIFIC GAS AND ELECTRIC COMPANY

FILED
APR 6 - 2001
KEENAN G. CASADY, CLERK
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

PACIFIC GAS AND ELECTRIC
COMPANY, a California corporation,

Debtor.

Federal I.D. No. 94-0742640

No. 01 30923 DM

Chapter 11 Case

[NO HEARING SET]

DEBTOR'S EX PARTE APPLICATION FOR ORDER EXCUSING
REQUIREMENT OF FILING SCANNABLE CREDITORS LIST

1. Pacific Gas and Electric Company ("PG&E"), the debtor and debtor-in-possession in the above-captioned case, hereby applies to this Court for an Order Excusing the Requirement of Filing a Scannable Creditors List. Contemporaneously with the filing of its petition, PG&E provided to the clerk of the Court a PC computer-readable diskette containing a file with a list of the names and addresses of each creditor in accordance with Amended General Order 13. However, PG&E seeks to be excused from filing a hard-copy scannable creditor list on the grounds set forth below.

2. Amended General Order 13, Order Concerning Creditor List, states in part that:

"(1) [T]he debtor . . . shall provide the clerk with a PC computer-readable

DEBTOR'S EX PARTE APPL. RE FILING SCANNABLE CREDITORS LIST
-1-

diskette containing a file with the list of the name and address of each creditor ('diskette') and a scannable creditor list containing the same list of names and addresses ('scannable creditor list')."

The Order further provides that:

"(4) The diskette and scannable creditor list ... shall be provided at the time the petition is filed. Failure to provide the diskette or the scannable creditor list in a timely manner may subject the case to dismissal."

3. PG&E's creditor list is voluminous, including approximately 30,000 vendors, an extensive number of governmental agencies and regulatory authorities, and thousands of other creditors. *See* Declaration of Janet A. Nexon in support hereof filed concurrently herewith. PG&E submits that little useful purpose would be served by providing the Clerk with a scannable creditor list when the same information is contained on the diskette, and the expense and difficulty of compiling such a list in a hard copy form would be substantial and burdensome. PG&E would be willing to provide copies of the diskette to any party requesting such upon payment of the reasonable costs of providing the diskette in order that any party may generate mailing labels to effect notice to interested parties of matters arising in this case.

Wherefore, PG&E submits this Application requesting that it be excused from having to provide a scannable creditor list.

DATED: April 6, 2001

HOWARD, RICE, NEMEROVSKI, CANADY,
FALK & RABKIN
A Professional Corporation

By: _____
JAMES L. LOPES

Attorneys for Debtor and Debtor In Possession
PACIFIC GAS AND ELECTRIC COMPANY

WD 040401/3-1419901/Y9/887548/v1

DEBTOR'S EX PARTE APPL. RE FILING SCANNABLE CREDITORS LIST
-2-

Case: 01-30923    Doc# 4    Filed: 04/06/01    Entered: 04/06/01 15:43:00    Page 2 of 2