RICHARD A. LAPPING, CA BAR NO. 107496
LOUIS J. CISZ, III, CA BAR NO. 142060
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3601
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

STEVEN F. GREENWALD, CA BAR NO. 66023
DAVIS WRIGHT TREMAINE LLP
One Embarcadero Center, Suite 600
San Francisco, California 94111-3834
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Creditor
CALPINE CORPORATION and its
QF Affiliates

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtor. | Case No.: 01-30923-DM<br><br>Chapter 11<br><br>**SUPPLEMENTAL RESPONSE BY CREDITOR CALPINE CORPORATION TO MID-SET COGENERATION, SALINAS RIVER COGENERATION AND SARGENT CANYON COGENERATION COMPANIES' EMERGENCY MOTION FOR RELIEF FROM STAY; REQUEST FOR JUDICIAL NOTICE OF FERC DECISION**<br><br>Date: May 24, 2001<br>Time: 1:30 p.m.<br>Judge: Hon. Dennis Montali<br>Place: 235 Pine Street, 22nd Floor<br>San Francisco, California |

Calpine Corporation, Calpine Gilroy Cogen LP, Calpine Monterey Cogeneration, Inc.,

Calpine Greenleaf Holdings, Inc., Calpine King City Cogen, LLC, Calpine Agnews, Inc., Geysers

Power Company, LLC, Cloverdale Geothermal Partners, L.P., and Calpine Pittsburg LLC,

SF #539505 v2                    -1-

THELEN REID & PRIEST LLP
ATTORNEYS AT LAW
SUPPLEMENTAL RESPONSE BY CREDITOR CALPINE CORPORATION TO MID-SET COGENERATION AND SARGENT CANYON COGENERATION COMPANIES' EMERGENCY MOTION FOR RELIEF FROM STAY; REQUEST FOR JUDICIAL NOTICE OF FERC DECISION

Case: 01-30923    Doc# 680    Filed: 05/23/01    Entered: 05/24/01 14:24:00    Page 1 of 5

(collectively "Calpine"), creditors of Pacific Gas and Electric Company (the "Debtor" or "PG&E"), hereby supplements its previous response to the MID-SET COGENERATION, SALINAS RIVER COGENERATION AND SARGENT CANYON COGENERATION COMPANIES' EMERGENCY MOTION FOR RELIEF FROM STAY.

1. The relief sought by Mid-Set and the other moving parties in this motion includes an order compelling Debtor to make an expedited decision on assumption or rejection of the moving parties' QF Contracts. As the Court knows, Calpine has also filed a motion seeking, among other things, an order compelling Debtor to decide whether to assume or reject QF Contracts on an expedited basis. Likewise, the Oildale QFs have a motion pending which seeks a similar order, in addition to other relief. The Oildale motion is set for hearing on May 24 or May 25, depending on settlement developments, if any. Calpine's motion is set for hearing on June 4, 2001.

2. One issue that has arisen in the instant motion, and which was addressed by the Court in the Tentative Ruling and Order to Meet and Confer etc. dated May 16, 2001 ("Tentative Ruling"), is the reasonable rate issue as described in the Tentative Ruling beginning at 7:19. The reasonable rate issue is also relevant to arguments advanced in the Calpine and Oildale motions. The thrust of the Court's tentative ruling on this issue appears to be that, "assuming without deciding that Mid-Set could overcome the presumptive reasonableness of its contract rate, it has made no argument or offer of proof that would establish a more satisfactory measure of what is 'reasonable' than the elaborate statutory and regulatory structure for determining avoided costs." Id., at 10:22.

3. The Tentative Ruling also suggests that, notwithstanding the Court's assumption, Mid-Set and the other moving parties may be eligible for interim relief. Tentative Ruling, p. 17:14. Calpine fully supports the granting of such relief to the Mid-Set moving parties.

4. In view of the fact that (a) the record on reasonable rate is not complete, and will be augmented by the hearings on the motions that follow Mid-Set's, and (b) interim relief may nonetheless be granted to the Mid-Set moving parties without resolution of the reasonable rate

SF #539505 v2                                    -2-

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

SUPPLEMENTAL RESPONSE BY CREDITOR CALPINE CORPORATION TO MID-SET COGENERATION AND SARGENT CANYON COGENERATION COMPANIES' EMERGENCY MOTION FOR RELIEF FROM STAY; REQUEST FOR JUDICIAL NOTICE OF FERC DECISIONS

Case: 01-30923   Doc# 680   Filed: 05/23/01   Entered: 05/24/01 14:24:00   Page 2 of 5

issue, Calpine urges the Court not to decide the reasonable rate issue until the record has been adequately developed.

5. Calpine also requests that the Court take judicial notice of the Federal Energy Regulatory Commission's "Order Granting Motions for Emergency Relief in Part and Deferring Action on Other Aspects of Motions and Proposed Order Under Section 210(d) Directing Interconnections with Qualifying Facilities and Establishing Further Procedures" issued May 16, 2001, a copy of which is attached hereto as Exhibit A. This Order, issued the same day as the Tentative Ruling, addresses, among other things, the implementation procedures adopted by FERC related to QF interconnection with the power grid in the event that the Court should order or permit suspension of a QF contract.

Dated: May 23, 2001

THELEN REID & PRIEST LLP

By /s/ Richard Lapping

Richard A. Lapping
Louis J. Cisz, III
Attorneys for Creditor
Calpine Corporation and its QF Affiliates

SF #539505 v2 -3-
THELEN REID & PRIEST LLP
ATTORNEYS AT LAW
SUPPLEMENTAL RESPONSE BY CREDITOR CALPINE CORPORATION TO MID-SET COGENERATION AND SARGENT CANYON COGENERATION COMPANIES' EMERGENCY MOTION FOR RELIEF FROM STAY; REQUEST FOR JUDICIAL NOTICE OF FERC DECISION

Case: 01-30923    Doc# 680    Filed: 05/23/01    Entered: 05/24/01 14:24:00    Page 3 of 5

# PROOF OF SERVICE

Case No. 01-30923-DM

I, Lisa Wade Breen, am employed in the County of San Francisco, California. I am over the age of 18 years and not a party to the within action. My business address is 101 Second Street, Suite 1800, San Francisco, California 94105. On May 23, 2001, I caused the within to be served:

**SUPPLEMENTAL RESPONSE BY CREDITOR CALPINE CORPORATION TO MID-SET COGENERATION, SALINAS RIVER COGENERATION AND SARGENT CANYON COGENERATION COMPANIES' EMERGENCY MOTION FOR RELIEF FROM STAY; REQUEST FOR JUDICIAL NOTICE OF FERC DECISION**

to parties in this action, via the method(s) specified below addressed as follows:

**SEE ATTACHED LIST**

[X] (BY MAIL) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

[X] (BY MESSENGER) I caused to be delivered by hand the attached documents to the person(s) named above.

[X] (OVERNIGHT COURIER SERVICE) I delivered the above documents to the Federal Express Overnight Courier service, fees pre-paid, with instructions to deliver them the next business day to the persons listed above.

[ ] (BY FACSIMILE) I caused the attached documents to be transmitted via facsimile to the person(s) named above.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California, on May 23, 2001.

By _____
Lisa Wade Breen

SF #539505 v2 -4-

THELEN REID & PRIEST LLP
ATTORNEYS AT LAW

SUPPLEMENTAL RESPONSE BY CREDITOR CALPINE CORPORATION TO MID-SET COGENERATION AND SARGENT CANYON COGENERATION COMPANIES' EMERGENCY MOTION FOR RELIEF FROM STAY; REQUEST FOR JUDICIAL NOTICE OF FERC DECISION

Case: 01-30923  Doc# 680  Filed: 05/23/01  Entered: 05/24/01 14:24:00  Page 4 of 5

**VIA MESSENGER:**

James L. Lopes
**Howard Rice Nemerovski, et al.**
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111

Gregory S. Clore
**Gnazzo Thill**
625 Market Street, Suite 1100
San Francisco, CA 94105

United States Trustee
**Office of U.S. Trustee**
250 Montgomery Street, Suite 1000
San Francisco, CA 94101

**VIA REGULAR MAIL:**

Bruce W. Leaverton
**Lane Powell Spears Lubersky LLP**
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101

**VIA OVERNIGHT COURIER:**

Paul S. Aronzon
**Milbank, Tweed, Hadley & McCloy LLP**
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017

SF #539505 v2                    -5-

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

SUPPLEMENTAL RESPONSE BY CREDITOR CALPINE CORPORATION TO MID-SET COGENERATION AND SARGENT CANYON COGENERATION COMPANIES' EMERGENCY MOTION FOR RELIEF FROM STAY; REQUEST FOR JUDICIAL NOTICE OF FERC DECISION

Case: 01-30923    Doc# 680    Filed: 05/23/01    Entered: 05/24/01 14:24:00    Page 5 of 5