Trade-Debt.net
PO Box 1487
West Babylon, NY 11704



FILED
JUN 0 8 2001
KEENAN G. CASADY, CLERK
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re. ) | Case No.01-30923 (SFM) |
| Pacific Gas & Electric Company ) Debtor., ) | |
| ) | Chapter 11 |
| ) | |
| ) | **NOTICE OF TRANSFER OF CLAIM** |
| Debtors. ) | **OTHER THAN FOR SECURITY AND** |
| ) | **WAIVER OF NOTICE.** |
| ) | RULE 3001 (e) |

Please take notice that your unsecured claim of **AMERICA AIR CO.** in the amount of **$1,000.00** and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the Assignor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Assignor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned assignor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **AMERICA AIR CO.** has not been previously transferred, and that the debtor has not objected to or satisfied this claim. The clerk of the court is authorized to change the address regarding the claim of the assignor to that of the assignee listed below.

ASSIGNOR:

Dated: 5-29 , 2001

Please print your name: FRANK SAUCEDO   Signature _Saucedo_

Address: 7533 Ave 304, VISALIA CA 93291
(city,state,zip)
Telephone: (559) 651-1776   Fax: (559) 651-0205   Email: _____

Federal Taxpayer ID / Social Security Number  94-2233668

ASSIGNEE:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _Timothy McGuire_
    Timothy McGuire

PG&E

933/A