1  Ricky L. Shackelford, Bar No. 151262
   JONES, DAY, REAVIS & POGUE
2  555 West Fifth Street
   Suite 4600
3  Los Angeles, California 90013
   Telephone:    (213) 489-3939
4  Facsimile:    (213) 243-2539

5  Attorneys for Creditors
   BlackRock, Inc.
6  Williams Energy Services
   Williams Energy Marketing
7  Seattle City Light
   Public Utility District No. 2 of
8      Grant County, Washington
   Marconi Communications

9

COPY

FILED

JUN 20 2001

KEENAN G. CASADY, CLERK
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

10           UNITED STATES BANKRUPTCY COURT

11           NORTHERN DISTRICT OF CALIFORNIA

12              SAN FRANCISCO DIVISION

13

14  **In re:**                          CASE NO.  01-30923  SFM

15  **PACIFIC GAS AND ELECTRIC**        Chapter  11
    **COMPANY, a California**
16  **Corporation**                     **BANKRUPTCY RULE 2019 STATEMENT**
                                        **OF JONES, DAY, REAVIS & POGUE**
17           **Debtor.**

18  Federal I.D. No. 94-0742640

19

20

21

22      **TO THE CLERK OF THE BANKRUPTCY COURT AND TO ALL PARTIES IN**

23  **INTEREST:**

24      In accordance with Rule 2019(a) of the Federal Rules of Bankruptcy Procedure, Jones,

25  Day, Reavis & Pogue (**"Jones Day"**), counsel for BlackRock, Inc. (**"BlackRock"**), Williams

26  Energy Services (**"Williams Services"**), Williams Energy Marketing (**"Williams Marketing"**),

27  Seattle City Light (**"City Light"**), Public Utility District No. 2 of Grant County, Washington

28

---

Case: 01-30923   Doc# 1062   Filed: 06/20/01   Entered: 06/21/01 12:23:00   Page 1 of
56

1062

(*"Grant County"*) and Marconi Communications (*"Marconi"*) (collectively the *"Creditors"*), states the following:

1.      Jones Day has been employed to represent the Creditors, whose addresses are listed below, in the captioned Chapter 11 case of Pacific Gas and Electric Company (*"PG&E"*):

| Name | Address |
|---|---|
| BlackRock | 345 Park Avenue<br>New York, NY 10154 |
| Williams Services and<br>Williams Marketing | One Williams Center<br>40th Floor<br>Tulsa, OK 74172 |
| City Light | City of Seattle<br>700 Fifth Street, Suite 3300<br>Seattle, WA 98104-5031 |
| Grant County | P.O. Box 878<br>Ephrata, WA 98823 |
| Marconi | 1000 Fore Drive<br>Warrendale, PA 15086-7502 |

2.      The nature, amount and time of acquisition of the Creditors' claims against PG&E are currently under analysis.

3.      Certain of the Creditors or their affiliates are creditors of PG&E by virtue of having provided natural gas and/or electricity to PG&E for which PG&E has not paid. BlackRock is a creditor of PG&E by virtue of holding unsecured debt of PG&E in the form of bonds issued by PG&E. Jones Day has been retained to represent the Creditors in connection with their respective claims as secured and/or unsecured creditors of PG&E.

4.      The Creditors are fully advised with respect to Jones Day's concurrent representation as set forth herein and each such Creditor has agreed to such concurrent representation.

2

**BANKRUPTCY RULE 2019 STATEMENT OF JONES, DAY, REAVIS & POGUE**

1    5.    Jones Day does not own, nor has it ever owned, any claim against or any interest

2  in PG&E.

3

4  Dated: June 19, 2001                              JONES, DAY, REAVIS & POGUE

5

6                                                    By: _____

7                                                         Ricky L. Shackelford

8                                                    Attorneys for Creditors
                                                     Williams Energy Services
9                                                    Williams Energy Marketing
                                                     Seattle City Light
10                                                   Public Utility District No. 2 of
                                                          Grant County, Washington
11

12       I, Ricky L. Shackelford, Esq., attorney for the Creditors, certify under penalty of perjury

13  that the foregoing Rule 2019 Statement is true and correct to the best of my knowledge,

14  information and belief.

15  Executed on:   June 19, 2001                     By: _____

16                                                        Ricky L. Shackelford

17

18

19

20

21

22

23

24

25

26

27

28
                                          3
─────────────────────────────────────────────────────────────
BANKRUPTCY RULE 2019 STATEMENT OF JONES, DAY, REAVIS & POGUE

## CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in County of Los Angeles. State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Jones, Day, Reavis and Pogue, 555 West Fifth Street, Suite 4600, Los Angeles California 90013-1025. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On June 19, 2001, I served the attached:

**BANKRUPTCY RULE 2019 STATEMENT OF JONES, DAY, REAVIS & POGUE**

on the parties to this action and then placing a true copy thereof in a sealed envelope, addressed as follows:

SEE ATTACHED SERVICE LIST

__XX__ (BY MAIL) I placed each such envelope, with postage thereon fully prepaid for first class mail, for collection and mailing at Los Angeles, California, following ordinary business practices. I am readily familiar with the practice of the Jones, Day, Reavis & Pogue for processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the U.S. Postal Service the same day as it is placed for processing. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

____ (State)   I declare under penalty of perjury that the State of California that the above is true and correct.

__XX__ (Federal)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 19, 2001, at Los Angeles, California.

_____
Peter Zachar

LA-1108982v1

# SPECIAL NOTICE LIST
## As of June 12, 2001

Aaron M. Oliner
Buchalter, Nemer, Fields & Younger
333 Market Street
San Francisco, California 94105
[Counsel for CSAA]

Adam A. Lewis
Morrison & Foerster
425 Market Street, 33rd Floor
San Francisco, California 94105
[Counsel for El Paso, Idaho Power]

Adrienne Vadell Sturges
Sodexho Marriott Services, Inc.
9801 Washingtonian Boulevard, 12th Floor
Gaithersburg, MD 20878

Alan Z. Yudowsky
Anne E. Wells
Stroock & Stroock & Lavan LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067
[Counsel for Sempra Energy Trading Corp]

Alex Makler
Calpine Corporation
6700 Koll Center Parkway, Suite 200
Pleasanton, California 94566

Amy Hallman Rice
Dorsey & Whitney LLP
Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 5540-1498
[Counsel for U.S. Bank Trust National Association]

Angela M. Alioto
Law Offices of Joseph L. Alioto
  and Angela Alioto
700 Montgomery Street
San Francisco, California 94111
[Counsel for Frank Pinguelo]

WD 042601/1-1419901/gff/913334/v1

Arlen Orchard
Sacramento Municipal Utility District
6201 S. Street, Mail Stop B408
Sacramento, California 95817

Arnold Wallenstein
ThermoEcotek Corporation
245 Winter Street, Suite 300
Waltham, MA 02154

Aron Mark Oliner
Buchalter, Nemer, Fields & Younger, A Professional
Corporation
333 Market Street, 29th Floor
San Francisco, California 94105
[Counsel for MBIA Insurance Corporation]

B.C. Barmann, Sr.
County Counsel
Attn: Jerri S. Bradley, Deputy
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California 93301
[Counsel for Phil Franey, Treasurer/Tax Collector for Kern
County]

Bank of America National Trust and Savings Association
Attn: Peggie Sanders
1850 Gateway Boulevard
Concord, CA 94520

Bank of America National Trust and Savings Association
CA5-705-12-10
Attn: Adeline Tourunian
555 California Street, 12th Floor
San Francisco, CA 94104

Bank of America
Attn: Clara Strand
555 South Flower Street
Mail Code CA9-706-11-21
Los Angeles, CA 90071

Bank One
Corporate Trust Administration
Attn: Janice Ott Rotunno
Mail Code IL1-0126
1 Bank One Plaza
Chicago, IL 60670-0126

Bank One, NA
Attn: Robert G. Bussa, Jane Bek
Energy & Utilities
Mail Code IL 1-0363
Bank One Plaza
Chicago, IL 60670

Bankers Trust Co. of California, NA
Structured Finance Group
Attn: Peter Becker
4 Albany St., 10th Floor
New York, NY 10006

Bankers Trust Co.
Trustee Corp. Trust
Safet Kalabovic
4 Albany Street, 4th Floor
New York, NY 10006

Bankers Trust Company
Corporate Trust Services
Attn: Safet Kalabovic
4 Albany Street, 4th Floor
New York, NY 10006

Ben Whitwell
Whitwell & Emhoff LLP
202 N. Canon Drive
Beverly Hills, California 90210
[Attorney for California Power Exchange]

Bennett G. Young
LeBoeuf, Lamb, Greene & MacRae, LLP
One Embarcadero Center, Suite 400
San Francisco, California 94111
[Counsel for Enron North America Corp and Enron Canada
Corp.]

Beth Smayda, Director
MBIA Insurance Corporation
113 King Street
Armonk, New York 10504

Bill Wong
AMROC Investments, LLC
535 Madison Avenue, 15th Floor
New York, NY 10022

BMO Nesbitt Burns
Attn: John Harche
700 Louisiana, Suite 4400
Houston, TX 77002

BNP Paribas
Attn: Mark Ranaud
787 7th Avenue, 31st Floor
New York, NY 10019

BNY Western Trust Company
Attn: Rose Ruelos, Corp. Trust Administration
550 Kearny St., Suite 600
San Francisco, CA 94108-2527

BNY Western Trust Company
Attn: Rose Ruelos, Corp. Trust Administration
550 Kearny St., Suite 600
San Francisco, CA 94108-2527

BP Energy Co
Attn: Louis Anderson
501 Westlake Park Blvd
Houston, TX 77079

BP Energy Company
501 Westlake Park Boulevard
Houston, Texas 77079
Attn: Ken McClanahan

Brian L. Holman
White & Case LLP
633 West Fifth Street, 19th Floor
Los Angeles, California 90071
[Counsel for Mirant Corporation]

Bruce Bennett, Esq.
Bennett J. Murphy, Esq.
Hennigan Bennett & Dorman
601 South Figueroa St., Suite 3300
Los Angeles, CA 90017
[Counsel for Sempra and Southern California Gas
Company]

Bruce W. Leaverton
Mary Jo Heston
Lane Powell Spears Lubersky LLP
1420 Fifth Avenue, Suite 4100
Seattle, WA 89101
[Counsel for Mid-Set Cogen. , Coalinga Cogen. Co., Salinas
River Cogen Co., and Sargent Canyon Cogen. Co.]

Bryan Krakauer, Esq.
Sidley & Austin
One First National Plaza
Chicago, IL 60603
(Attorney for Bank of America, Admin. Agent)

Bryant Danner
Southern California Edison
2244 Walnut Grove Ave.
Rosemead, CA 91770

Cahal B. Carmody
Bank of Montreal
4400 Nations Bank Building
700 Louisiana Street
Houston, TX 77002

California Farm Bureau Federation
2300 River Plaza Drive
Sacramento, California  95833

California Independent System Op.
Margaret A. Rostker
P.O. Box 639014
Folsom, CA  95630-9017

California Independent System Operator
Attn:  Margaret A. Rostker
151 Blue Ravine Rd.
Folsom, CA 95630

California Power Exchange
Attn:  Don Deach
100 S. Freemont Ave., Bldg. A9
Alhambra, CA 91803-4737

California Power Exchange
Attn:  Lynn Miller
2000 S. Los Robles Avenue
Suite 400
Pasadena, CA 91101-2482

California Power Exchange
Lynn Miller
100 S. Freemont Avenue, Bldg A9
Alhambra, CA  91803-4737

California Public Utilities Commission
Alan Kornberg, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY  10019-6064
(Attorney for California Public Utilities Commission)

California Public Utilities Commission
Attn:  General Counsel
505 Van Ness Avenue
San Francisco, CA 94102

Case: 01-30923    Doc# 1062    Filed: 06/20/01    Entered: 06/21/01 12:23:00    Page 10
of 56

California State Board of Equalization
PO Box 942879
Sacramento, CA 94279-8063

Calpine Gilroy Cogeneration LP
Robert Brown
1400 Pecheco Pass Highway, Gate 1
Gilroy, California 95020

Calpine Gilroy Cogeneration LP
Robert Brown
Pennzoil Building
700 Milam Street, Suite 800
Houston, TX 77002

Calpine Greenleaf Inc.
875 North Walton
Yuba City, California 95993

Calpine Greenleaf, Inc.
5087 South Township Road
Yuba City, California 95993

Calpine Pittsburg Power Plant
Zahir Ahmadi
50 W. San Fernando St.
San Jose, CA 95113

Carl A. Eklund
LeBoeuf, Lamb, Greene & MacRae, LLP
125 West 55th Street
New York, NY 10019
[Counsel for Enron North America Corp and Enron Canada
Corp.]

Carla Batchler
Trust Department
Bank of Cherry Creek
3033 East 1st Avenue
Denver, Colorado 80206

Chaim J. Fortgang, Esq.
Richard G. Mason, Esq.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
[Counsel for Unofficial Committee of Pacific Gas & Electric
Company First Mortgage Bondholders]

Chevron U.S.A. Production Co.
P.O. Box 840659
Dallas, TX  75284-0659

Christine C. Yokan
General Electric Capital Business Asset Funding Corp.
10900 N.E. 4th Street, Suite 500
Bellevue, Washington 98004

Christopher Beard
Beard & Beard
306 N. Market Street
Frederick, MD 21701

Chritine C. Yokan
General Electric Capital Business Asset Funding
Corporation
10900 N.E. 4th Street, Suite 500
Bellevue, Washington  98004

Coast Energy Canada Inc.
444-7th Avenue S.W., Suite 700
Calgary, Alberta
Canada T2P 0X8
Attn:  Caroline Pitre

Coast Energy Group, A Division of Cornerstone Propane, L.P.
1600 Highway 6, Suite 400
Sugarland, TX 77478
Attn:  Ruben Alonso

Cook Inlet Energy Supply
10100 Santa Monica Blvd., 25th Floor
Los Angeles, CA 90067
Attn:  Hans O. Saeby

Case: 01-30923    Doc# 1062    Filed: 06/20/01    Entered: 06/21/01 12:23:00    Page 12
of 56

Craig H. Millet
Gibson Dunn & Crutcher LLP
Jamboree Center
4 Park Plaza, Suite 1400
Irvine, California 92614
[Counsel for Tucson Electric Power Company]

D. Cameron Baker
City Attorney
City and County of San Francisco,
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102

D. Cameron Baker
City Attorney
L. Joanne Sakai
Theresa Mueller
City Hall, Room 234
One Dr. Carlton B. Goodlett Place
San Francisco, California 94102
[Counsel for the City and County of San Francisco]

DACA V, LLC
Attn: Julie Bubnack
2120 W. Washington Street
San Diego, California 92110

Dale W. Mahon
9951 Grant Line Road
Elk Grove, California 95624
[Counsel for Mutual Hydro]

Daniel A. DeMarco
David T. Graham
Hahn Loeser & Parks LLP
21 East State Street, Suite 1050
Columbus, Ohio 43215
[Counsel for Twenty-First Century Communications]

Daniel H. Slate
Deborah Fried-Rubin
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
[Counsel Viacom Inc.]

Daniel H. Slate
Noah Graff
Hughes Hubbard & Reed LLP
350 South grand Avenue, 36th Floor
Los Angeles, California 90071
[Counsel Viacom Inc.]

Daniel M. Pelliccioni
Julia W. Brand
Katten Muchin Zavis
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
[Proposed Counsel for Official Committee of Unsecured
Creditors]

Daniel P. Ginsberg
Howard S. Beltzer
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
[Counsel for Deutch Bank AG, New York Branch]

Daniel R. Murray
Vincent E. Lazar
Jenner & Block, LLC
One IBM Plaza
Chicago, IL 60611

Daren R. Brinkman
Brinkman & Associates
800 Wilshire Boulevard, Suite 950
Los Angeles, California 90017
[Counsel for TransAlta Energy]

David A. Burns
Baker Botts LLP
One Shell Plaza
910 Loiusiana
Houston, TX 77002
[Counsel for Reliant Energy, Inc.]

David A. Gill
Richard K. Diamond
Danning, Gill, Diamond & Kollitz LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067
[Counsel for Interested Party, Department of Water and
Power]

David Boies
Christopher A. Boies
Philip C. Korologos
Boies, Schiller & Flexner LLP
80 Business Park Drive, Suite 110
Armonk, New York 10504
[Counsel for POSDEF Power Company, L.P.]

David Gould
McDermott, Will & Emery
2049 Century Park East, 34th Floor
Los Angeles, California 90067
[Counsel for Morgan Stanley Capital Group Inc.]

David H. Ford
David Kovner
OZ Management LLC
9 West 57th Street, 39th Floor
New York, NY 10019

David J. Hankey
Gohn, Hankey & Stichel LLP
Suite 1520, The Fidelity Building
210 North Charles Street
Baltimore, Maryland 21201
[Counsel for Corestaff Services (California), Inc.]

David L. Ronn
Mayer, Brown & Platt
700 Louisiana, Suite 3600
Houston, Texas 77002
[Counsel for Cook Inlet Energy Supply]

David Neale
Levene, Neale, Bender, Rankin & Brill LLP
1801 Avenue of the Stars, Suite 1120
Los Angeles, California 90067
[Counsel for California Independent System Operator, Inc.]

David Neale
Levene, Neale, Bender, Rankin Brill LLP
1801 Avenue of the Stars, Suite 1120
Los Angeles, California 90067
[Attorney for California Independent System Operator]

David S. MacCuish
Andrew M. Gilford
Kara Hatfield
Weston, Benshoof, Rochefort
444 South Flower Street, Forty Third Floor
Los Angeles, California 90071
[Counsel for POSDEF Power Company, L.P.]

David T. Biderman
Perkins Coie LLP
1620 26th Street, Sixth Floor
Santa Monica, CA 90404-4013
[Counsel for Bank of Montreal]

Department of Justice
U.S. Attorney's Office
450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102

Deutsche Bank AG
New York Branch
Attn: E.S. Medla
31 West 52nd Street
New York, NY 10019

Deutsche Bank AG
New York Branch
Attn: John Quinn
31 West 52nd Street
New York, NY 10019

Diane C. McKenzie
Office of the Treasurer and Tax Collector
County of San Bernardino
172 W. Third Street, 1st Floor
San Bernardino, California 92415
[Secured Creditor County of San Bernardino, California]

DK Acquisition Partners, L.P.
c/o M.H. Davidson & Co.
885 Third Avenue, Suite 3300
New York, NY 10022
Attn: Tony Yoseloff

Don Gaffney
Snell & Wilmer LLP
One Arizona Center
400 East Van Buren
Phoenix, AZ 85004
[Counsel for Arizona Public Service Co.]

Douglas P. Bartner
Andrew Tenzer
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022
[Counsel for Citibank, N.A.]

Duane H. Nelsen
GWF Power Systems Company, Inc.
4300 Railroad Ave.
Pittsburgh, CA 94565-6006

Dulcie D. Brand
Ricky L. Shackelford
James L. Poth
Jones Day Reavis & Pogue
555 West Fifth Street, Suite 4600
Los Angeles, California 90013
[Counsel for Williams Energy Services and Williams Energy
Marketing]

Dynergy Canada Marketing & Trade
350 – 7th Avenue S.W.
Calgary, Alberta
Canada, T2P 3N9
Attn: Steve Barron

Dynergy Marketing & Trade
1100 Louisiana Street, Suite 5800
Houston, Texas 77002
Attn: Steve Barron

Edward Curren
The Babcock & Wilcox Company
20 S. Van Buren Avenue
P.O. Box 351
Barberton, Ohio 44203

Edward J. Tiedemann
Kronick, Moskowitz, Tiedemann & Girard
400 Capitol Mall, 27nd Floor
Sacramento, California 95814
[Counsel for Southern Joaquin Valley Power Authority]

Edwin Berlin
Richard Wyron
Swidler Berlin Shereff Friedman, LLP
3000 K Street, N.W.
Washington, DC 20007
[Counsel for California Independent System Operator, Inc.]

El Paso Merchant Energy Gas LP
Darrel Rogers
1001 Louisiana Street
Houston, TX 77002

Case: 01-30923    Doc# 1062    Filed: 06/20/01    Entered: 06/21/01 12:23:00    Page 18
of 56

El Paso Merchant Energy, L.P.
1010 Travis Street
Houston, Texas 77002
Attn: John Harrison

Elaine M. Seid
McPharlin, Sprinkles & Thomas LLP
10 Alamaden Boulevard, Suite 1460
San Jose, California 95113
[Counsel for City of Santa Clara]

Ellen K. Wolf
Michael S. Abrams
Gilchrist & Rutter
Wilshire Palisades Building
1299 Ocean Avenue, Suite 900
Santa Monica, California 90401
[Counsel for IBM Corporation]

Enron Canada Corporation
3500 Canterra Tower
400 3rd Ave. S.W.
Calgary, AB T2P 4H2
Canada

Estela O. Pino
Cynthia E. Chisum
Pino & Associates
1260 Fulton Avenue
Sacramento, California 95825
[Counsel for Elliot Jones, Jr.]

Evan C. Hollander
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

Evan Hollander
White & Case
1155 Avenue of the Americas
New York, NY 10036
[Counsel for BNY]

Evelyn H. Biery
Corestaff Services (California), Inc.
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, Texas 77010
[Counsel for Corestaff Services (California), Inc.]

Fernando De Leon
Attorney at Law
California Energy Commission
1516 9th Street, MS-14
Sacramento, California 95814

Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-2021

G. Larry Engel
Roberto J. Kampfner
Brobeck, Phleger & Harrison LLP
One Market
Spear Street Tower
San Francisco, California 94105
[Counsel for City of Palo Alto and its municipality utility]

Gary P. Blitz
Piper Marbury Rudnick & Wolfe LLP
1200 19th Street, N.W.
Washington, D.C. 20036
[Counsel for Certain Underwriters at Lloyd's and Interested
Insurance Companies]

George O'Brien
Vice President and Treasurer
Intecom, Inc.
5057 Keller Springs Road
Addison, Texas 75001

Geysers Power Company LLC
Joe McClendon
6700 Koll Center Pky #200
Pleasanton, CA 94566

Case: 01-30923  Doc# 1062  Filed: 06/20/01  Entered: 06/21/01 12:23:00  Page 20
of 56

Glenn M. Reisman
Two Corporate Drive
P.O. Box 861
Shelton, CT 06484
[Counsel for GE Power Systems and GE Supply Divisions]

Gordon P. Erspamer
Morrison & Foerster LLP
101 Ygnacio Valley Road, Suite 450
P.O. Box 8130
Walnut Creek, California 94595
[Counsel for AES New Energy, Inc.]

Grant Kolling
City of Palo Alto
P.O. Box 10250
Palo Alto, California 94303

Gregory Clore
Gnazzothill, A.P.C.
625 Market Street, Suite 1100
San Francisco, California 94105
[Counsel for Mid-Set Cogen. , Coalinga Cogen. Co., Salinas
River Cogen Co., and Sargent Canyon Cogen. Co.]

Gregory W. Jones
El Paso Merchant Energy
1001 Louisiana, Suite 2754B
Houston, Texas 77002

GWF Power Systems LP
4300 Railroad Ave.
Pittsburg, CA 94565

Harold L. Kaplan
Jeffrey M. Schwartz
Mark F. Hebbeln
Gardner, Carton & Douglas
321 North Clark Street, 34th Floor
Chicago, IL 60610
[Counsel for Indenture Trustee for 7.90% Deferrable Interest
Subordinated Debendures Series A]

Heather Brown
Williams Energy Marketing and Trading Co.
One Williams Center, Suite 4100
Tulsa, OK 74172

Heinz Binder
Robert G. Harris
Binder & Malter
2775 Park Avenue
Santa Clara, California 95050
[Counsel for Corestaff Services (California), Inc.]

Hodgson Russ LLP
Attn: Stephen L. Yonaty, Esq.
One M&T Plaza, Suite 2000
Buffalo, New York 14203

Howard J. Weg
Peitzman, Glassman & Weg
1900 Avenue of the Stars, Suite 650
Los Angeles, California 90067
[Counsel for Powerex Corp.]

Howard Susman
Duckor Spralding & Metzger
401 West A Street, Suite 2400
San Diego, California 92101
[Counsel for Altamont – Midway, Ltd.]

Hydee R. Feldstein
Cynthia M. Cohen
Paul, Hastings, Janofsky & Walker LLP
Twenty Third Floor
555 South Flower Street
Los Angeles, California 90071
[Counsel for Rio Bravo Poso, Rio Bravo Rocklin, Rio Bravo
Fresno and Malancha Hydro Limited Partnership]

Case: 01-30923    Doc# 1062    Filed: 06/20/01    Entered: 06/21/01 12:23:00    Page 22
of 56

Hydee R. Feldstein
Katherine A. Traxler
Kelly Aran
Paul, Hastings, Janofsky & Walker LLP
Twenty Third Floor
555 South Flower Street
Los Angeles, California 90071
[Counsel for Constellation Power Source, Inc.]

I. Richard Levy
Gerard, Singer & Levick, P.C.
16200 Addison Road, Suite 140
Addison, Texas 75001
[Counsel for Babcock & Wilcox Company]

Iathan T. Annand
Pacific Gas and Electric Company
77 Beale Street
San Francisco, California 94105

ICC Energy Corporation
302 N. Market Street, Suite 500
Dallas, TX 75202-1846
Attn: Karl Butler

Internal Revenue Service
Fresno, CA 93888

Internal Revenue Service
Spec Proc / Bankruptcy
1301 Clay Street, Suite 1400
Oakland, CA 94612

Irving Sulmeyer
Victor A. Sahn
Frank V. Zerunyan
Sulmeyer, Kupetz, Baumann & Rothman
300 South Grand Avenue, 14th Floor
Los Angeles, California 90071
[Counsel for Certain California Counties with Claims against
PG&E]

Case: 01-30923    Doc# 1062    Filed: 06/20/01    Entered: 06/21/01 12:23:00    Page 23
of 56

Marc Barreca
John R. Knall, Jr.
Preston Gates & Ellis LLP
701 Fifth Avenue, Suite 5000
Seattle, WA 98104
[Counsel for PPL Montana, LLC]

Marc Hirschfield
Benjamin Hoch
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, New York 10019-6092

Marc S. Cohen
Jeffrey A. Krieger
Greenberg Glusker Fields Claman  Machtinger & Kinsella
1900 Avenue of the Stars, Suite 2100
Los Angeles, California 90067
[Counsel for Official Committee of Participants' Creditors
Claims]

Marilyn Morris
Kenneth M. Miller
Morgan, Miller & Blair
1676 No. California Boulevard, Suite 200
Walnut Creek, California 94596
[Counsel for Pulte Homes Corporation]

Marimargaret Webdell
Sacramento County Department of Finance
700 H Street, Room 1710
Sacramento, California 95814
[Creditor County of Sacramento]

Mark A. Speiser
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
[Counsel for J. Aron & Company]

Case: 01-30923   Doc# 1062   Filed: 06/20/01   Entered: 06/21/01 12:23:00   Page 24
of 56

James E. Spiotto
Ann Acker
Chapman & Cutler
111 W. Monroe Street
Chicago, IL 60603
[Counsel for Pacific Investment Management Company]

James E. Till, Esq.
Perkins Coie LLP
1211 SW Fifth Ave., Suite 1500
Portland, OR 97204
[Counsel for Bank of Montreal]

James L. Lopes
Howard, Rice, Nemerovski, Canady, Falk & Rabkin
Three Embarcadero Center, 7th Floor
San Francisco, California 94111
[Counsel for Pacific Gas and Electric Company]

James R. Thompson
Idaho Power Company
1221 W. Idaho Street
Boise, Idaho 83702

James S. Monroe
Lillick & Charles LLP
Two Embarcadero Center, Suite 2700
San Francisco, California 94111
[Counsel for SPL WorkdGroup, Inc.]

Janine D. Bloch
Preston Gates & Ellis LLP
One Maritime Plaza, Suite 2400
San Francisco, California 94111
[Counsel for PPL Montana, LLC]

Jeffrey M. Wilson
Saybrook Capital LLC
303 Twin Dolphin Drive, Suite 600
Redwood City, California 94065
[Proposed Investment Banker to Committee]

Case: 01-30923    Doc# 1062    Filed: 06/20/01    Entered: 06/21/01 12:23:00    Page 25 of 56

Jeffrey N. Rich
Kirkpatrick & Lockhart
1251 Avenue of the Americas, 45th Floor
New York, NY 10020
[Counsel for Waddell & Reed Advisors]

Jeffry A. Davis
Gray Cary Ware & Freidenrich LLP
401 B Street, Suite 1700
San Diego, California 92101
[Counsel for International Brotherhood of Electrical
Workers, Local 47 and Local 1245]

Jennifer A. Merlo
Bradley E. Pearce
Moore & Van Allen, PLLC
Bank of America Corporation Center
100 North Tryon Street, Floor 47
Charlotte, North Carolina 28202

Joann Noble-Choder
Viacom, Inc.
11 Stanwix Street
Pittsburgh, PA 15222

JoAnn P. Russell
Duke Energy Trading and Marketing LLC
10777 Westheimer, Suite 650
Houston, TX 77042

Jody A. Meisel
2632 Larkin Street, Suite 0
San Francisco, California 94109
[Counsel for Frank Pinguelo]

John Chu
Corporate Counsel Law Group LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
[Counsel for Bay Area Rapid Transit District]

John F. Shellabarger
Carriage Homes, Inc.
Law Offices of John F. Shellabarger
928 Garden Street, Suite 3
Santa Barbara, California 93101
[Counsel for Carriage Homes, Inc.]

John G. Klaugberg
LeBoeuf, Lamb, Greene & MacRae, LLP
125 West 55th Street
New York, NY 10019
[Counsel for Enron North America Corp and Enron Canada
Corp.]

John P. Dillman
Linerbarger Heard Goggan Blair
Graham Pena & Sampson, LLP
P.O. Box 3064
Houston, TX 77253

John P. Hurt
The Babcock & Wilcox Company
20 S. Van Buren Avenue
P.O. Box 351
Barberton, Ohio 44203

John P. Melko
Wendy K. Laubach
Verner, Liipfert, Bernhard, McPherson and Hand
1111 Bagby, Suite 4700
Houston, TX 77002
[Counsel for Sacramento Municipal Utility District]

John Robert Weiss
Katten Muchin Zavis
525 West Monroe Street, Suite 1600
Chicago, IL 60661
[Proposed Counsel for Official Committee of Unsecured
Creditors]

John T. Hansen
Deborah H. Beck
Nossaman, Guthner, Knox & Elliott
50 California Street, 34th Floor
San Francisco, California 94111
[Counsel for Committee of PG&E Retirees and Survivors]

Jonathan Rosenthal
Jon P. Schotz
Jonathan Y. Thomas
Saybrook Capital LLC
401 Wilshire Boulevard, Suite 850
Santa Monica, California 90401
[Proposed Investment Banker to Committee]

Joseph A. Eisenberg, Esq.
Jeffer, Mangels, Butler & Marmaro
2121 Avenue of the Stars, 10th Fl.
Los Angeles, CA 90067
(Attorney for California Power Exchange)

Joseph A. Eisenberg, P.C.
Victoria S. Kaufman
Jeffer, Mangels, Butler & Marmaro LLP
2121 Avenue of the Stars, Tenth Floor
Los Angeles, CA 90067
[Counsel for California Power Exchange Corp.]

Juan C. Basombrio
Kent J. Schmidt
Dorsey & Whitney LLP
650 Town Center Drive, Suite 1850
Costa Mesa, California 92626
[Counsel for US Bank Trust National Association]

Julia Hill, County Counsel
County of Santa Cruz
Office of the Treasurer – Tax Collector
701 Ocean Street, Room 505
Santa Cruz, California 95060
[Counsel for County of Santa Cruz]

Case: 01-30923    Doc# 1062    Filed: 06/20/01    Entered: 06/21/01 12:23:00    Page 28
of 56

Karen Keating Jahr, County Counsel
Michael A. Ralston, Assistant County Counsel
1815 Yuba Street, Suite 3
Redding, California 96001

KBC Bank
Attn: Daniel To
515 So. Figueroa St., Suite 1920
Los Angeles, CA 90071

Kelly Greene McConnell
Givens Pursley LLP
277 North 6th Street, Suite 200
Boise, ID 83702
[Counsel for Windpower Partners, 1987, 1988, Altamond
Winds, Inc. Windworks, Inc.]

Kenneth M. Greene
Carruthers & Roth PA
Post Office Box 540
Greensboro, North Carolina 27402
[Counsel for Royal Insurance Company]

Kenneth N. Klee
David M. Stern
Michael L. Tuchin
Michelle C. Campbell
Klee, Tuchin, Bogdanoff & Stern LLP
1880 Century Park East, Suite 200
Los Angeles, California 90067
[Counsel for POSDEF Power Company, L.P.]

Kenneth N. Russak
Pillsbury Winthrop LLP
725 South Figueroa Street, Suite 2800
Los Angeles, California 90017
[Counsel for Dynergy Power Marketing, Inc.; El Segundo
Power LLC; Long Beach Generation LLC; Cabrillo Power I
LLC; Cabrillo Power II, LLC; Dynergy Marketing & Trade
LLC; West Coast LLC]

Case: 01-30923   Doc# 1062   Filed: 06/20/01   Entered: 06/21/01 12:23:00   Page 29
of 56

Kevin K. Haah
Ervin, Cohen & Jessup LLP
9401 Wishire Boulevard, 9th Floor
Beverly Hills, California 90212
[Counsel for Ronald A. Katz Technology Licensing L.P.]

Kimberly S. Winick
Mayer, Brown & Platt
350 South Grand Avenue, 25th Floor
Los Angeles, California 90071
[Counsel for Aera Energy LLC]

Kjehl T. Johansen
Legal Division
Office of City Attorney
Department of Water and Power
P.O. Box 51111, Suite 340
Los Angeles, California 90051

Larren M. Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
[Counsel for El Paso Merchant Energy L.P.]

Lawrence M. Jacobson
Baker and Jacobson
11377 West Olympic Boulevard, Suite 500
Los Angeles, California 90064
[Counsel for Tishman Construction Corp. of California]

Lillian G. Stenfeldt
Fred Hjelmeset
Gray Cary Ware & Freidenrich LLP
1755 Embarcadero
Palo Alto, California 94303
[Counsel for International Brotherhood of Electrical
Workers, Local 47 and Local 1245]

Linda Boyle
Time Warner Telecom Inc.
10475 Park Meadows Drive, Suite 400
Littleton, CO 80124

Lori J. Scott
Shasta County Treasurer – Tax Collector
P.O. Box 991830
Redding, California  96099

Lynne Richardson
Air Products and Chemicals Inc.
Business Servces A6328
7201 Hamilton Boulevard
Allentown, PA  18195

M. David Minnick
Pillsbury Winthrop LLP
50 Fremont Street
San Francisco, California 94105
[Counsel for ThermoEcotek Corporation]

M. Freddie Reiss
PricewaterhouseCoopers LLP
400 South Hope Street
Los Angeles, California  90071
[Proposed Financial Advisor to Committee]

M.O. Sigal Jr
Simpson Thatcher & Bartlett
425 Lexington Avenue
New York, NY  10017
[Counsel for Duke Energy Trading and Marketing]

Madison S. Spach, Jr.
Spach & Associates, P.C.
4675 MacArthur Court, Suite 550
Newport Beach, California  92660
[Counsel for William Lyon Homes, Inc.]

Mairi V. Luce
Duane Morris & Heckscher LLP
4200 One Liberty Place
Philadelphia PA  19103
[Counsel for Santa Clara Valley Water District]

Case: 01-30923    Doc# 1062   · Filed: 06/20/01    Entered: 06/21/01 12:23:00    Page 31 of 56

Marc Barreca
John R. Knall, Jr.
Preston Gates & Ellis LLP
701 Fifth Avenue, Suite 5000
Seattle, WA 98104
[Counsel for PPL Montana, LLC]

Marc Hirschfield
Benjamin Hoch
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, New York 10019-6092

Marc S. Cohen
Jeffrey A. Krieger
Greenberg Glusker Fields Claman Machtinger & Kinsella
1900 Avenue of the Stars, Suite 2100
Los Angeles, California 90067
[Counsel for Official Committee of Participants' Creditors
Claims]

Marilyn Morris
Kenneth M. Miller
Morgan, Miller & Blair
1676 No. California Boulevard, Suite 200
Walnut Creek, California 94596
[Counsel for Pulte Homes Corporation]

Marimargaret Webdell
Sacramento County Department of Finance
700 H Street, Room 1710
Sacramento, California 95814
[Creditor County of Sacramento]

Mark A. Speiser
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
[Counsel for J. Aron & Company]

Case: 01-30923   Doc# 1062   Filed: 06/20/01   Entered: 06/21/01 12:23:00   Page 32
of 56

Mark C. Ellenberg
Cadwalader, Wickersham & Taft
1201 F Street N.W., Suite 1100
Washington, D.C. 20004
[Counsel for MBIA]

Mark Finnemore
Internal Revenue Service
Small Business/Self-Employed Division Counsel
160 Spear Street, 9th Floor
San Francisco, California 94105
[Counsel for the United States of America]

Mark Gorton
Mary E. Olden
Todd M. Bailey
McDonough, Holland & Allen
555 Capitol Mall, Ninth Floor
Sacramento, California 95814
[Counsel for Northern California Power Agency]

Mark P. Weitzel
Paul C. Lacourciere
Thelen, Reid & Priest LLP
101 Second Street, Suite 1800
San Francisco, California 94105
[Counsel for Burney Forest Products]

Martha E. Romero
Law Offices of Martha E. Romero
7743 South Painter Avenue, Suite A
Whittier, California 90602
[Counsel for Secured Creditors Various California Counties
in California]

Martin A. Martino
Castle Companies
12885 Alcosta Boulevard, Suite A
San Ramon, California 94583

Martin G. Bunin
Craig E. Freeman
Thelen, Reid & Priest LLP
40 W. 57th Street, 26th Floor
New York, NY  10019
[Counsel for Calpine Corporation]

Martin L. Fineman
David Wright Tremaine LLP
One Embarcadero Center, Suite 600
San Francisco, California  94111
[Counsel for Wheelabrator Shasta Energy Co.]

Martin Marz
BP Amoco
P.O. Box 3092
Houston, Texas  77079

Mary Ann Kilgore
General Attorney
Union Pacific Railroad Company
1416 Dodge Street, Room 830
Omaha, Nebraska  68179

Mary B. Holland
Financial Consultant
Salomon Smith Barney
1111 Superior Ave.  Suite 1800
Cleveland, Ohio 44114-2507
[Trustee for the account of St.
Edward's High School]

Matt Holley
Lodestar Corporation
Two Corporation Way
Peabody, MA  01960

MBIA Insurance Corporation
Attn:  IPM-PCF
113 King Street
Armonk, NY 10504

Melanie Fannin
General Counsel
Senior Vice President & Secretary
2600 Camino Ramon, Room 4CS100
San Ramon, California 94583

Mellon Bank, N.A.
Attn: L. Scott Sommers
400 So. Hope Street, 5th Floor
Los Angeles, CA 90071-2806

Merle C. Meyers
Katherine D. Ray
Goldberg, Stinnett, Meyers & Davis
44 Montgomery Street, Suite 2900
San Francisco, California 94104
[Counsel for Modesto Irrigation District]

Merrill Lynch
Attn: Ahi Aharon
World Financial Ctr., North Tower
250 Vesey Street, 10th Floor
New York, NY 10281-1310

Michael A. Berman
Securities and Exchange Commission
450 Fifth Street, N.W. (Mail Stop 0606)
Washington, D.C. 20549

Michael A. Rosenthal
Keith D. Ross
Gibson Dunn & Crutcher LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
[Counsel for NRG Energy, Inc.]

Michael B. Lubic
McCutchen Doyle Brown & Enersen LLP
355 South Grand Avenue, Suite 4400
Los Angeles, California 90071
[Counsel for Reliant Energy, Inc.]

Michael E. Ross
AES New Energy, Inc.
350 South Grand Avenue, Suite 2950
Los Angeles, California 90017

Michael F. O'Friel
Wheelabrator Technologies, Inc.
4 Liberty Lane West
Hampton, NH 03842

Michael Friedman
Richard Spears Kibbe & Orbe
One Chase Manhattan Plaza
New York, NY 10005
[Counsel for DK Acquisition Partners]

Michael Hamilton
PricewaterhouseCoopers LLP
1301 Avenue of the Americas
New York, NY 10019
[Proposed Financial Advisor to Committee]

Michael L. Tuchin
David M. Stern
Michelle C. Campbell
Klee, Tuchin, Bogdanoff & Stern LLP
1880 Century Park East, Suite 200
Los Angeles, California 90067
[Counsel for Caithness Energy, LLC and FPL Energy Inc.]

Michael Morris
Hennigan, Bennet & Dorman
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
[Counsel for Southern California Gas Company]

Michael Rochman
School Project for Utility Rate Reduction
1430 Willow Pass Road, Suite 240
Concord, California 94520

Mike R. Jaske
California Energy Commission
1516 Ninth Street, MS-22
Sacramento, California 95814

Mitchell I. Sonkin
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY 10038
[Counsel for MBIA]

Morgan Guaranty Trust Company of New York
Attn: Carl J. Mehldau
60 Wall Street
New York, NY 10260

Mr. David Boergers, Secretary
Federal Energy Regulatory Commission
888 First Street, N.E., Room 1-A
Washington, DC 20246

N.R.G. Energy/Crocket Cogen
Keith Richards
750 B Street, Suite 2740
San Diego, California 92101

Nancy Newman
Steinhart & Falconer LLP
333 Market Street, 32nd Floor
San Francisco, California 94105
[Counsel for Regency Centers, L.P.]

Nanette D. Sanders
Sarah E. Petty
Snell & Wilmer LLP
1920 Main Street, Suite 1200
Irvine, California 92614
[Counsel for Arizona Public Service Co.]

Case: 01-30923    Doc# 1062    Filed: 06/20/01    Entered: 06/21/01 12:23:00    Page 37
of 56

Neil J. Rubenstein
Holly R. Shilliday
Arter & Hadden LLP
Two Embarcadero Center, 5th Floor
San Francisco, California 94111
[Counsel for Association of Bay Area Governments and
ALCAN Alum. Corp.]

Neil W. Rust
White & Case LLP
633 West Fifth Street, Suite 1900
Los Angeles, California 90071
[Counsel for Deutch Bank AG, New York Branch]

Office of the U.S. Trustee
Attn: Stephen Johnson
250 Montgomery Street, Suite 1000
San Francisco, CA 94104-3401

Oscar R. Cantu
Weil, Gotshal & Manges LLP
701 Brickell Avenue, Suite 2100
Miami, Florida 33131
[Counsel for PG&E Corporation]

Pancanadian Energy Services Inc.
1200 Smith Street, Suite 900
Houston, TX 77002
Attn: Brian Redd

Patricia S. Mar
Morrison & Foerster LLP
425 Market Street, 33rd Floor
San Francisco, CA 94105-2482
E-mail: pmar@mofo.com
[Counsel for AES New Energy, Inc.]

Patricia S. Mar, Esq.
Morrison & Foerster LLP
425 Market Street, 33rd Floor
San Francisco, CA 94105-2482
[Counsel for Avista Energy, Inc. and GWF Power Systems
Company, Inc.]

Paul J. Pantano, Jr.
McDermott, Will & Emery
600 13th Street, N.W.
Washington, D.C. 20005
[Counsel for Morgan Stanley Capital Group Inc.]

Paul M. Bartkiewicz
Joshua M. Horowitz
Bartkiewicz, Kronick & Shanahan
1011 Twenty Second Street
Sacramento, California 95816
[Counsel for Browns Valley Irrigation District and Yolo
County Flood Control and Water Conservation District]

Peter J. Benvenutti
Heller Ehrman White & McAuliffe LLP
333 Bush Street
San Francisco, California 94104

Peter J. Gurfein
Jeffrey C. Krause
Gregory K. Jones
Akin, Gump, Strauss, Hauer & Feld
2029 Century Park East, Suite 2600
Los Angeles, California 90067

Peter R. Boutin
Keesal, Young & Logan
Four Embarcadero Center, Suite 1500
San Francisco, California 94111
[Counsel for Texaco Natural Gas, Inc, Texaco Canada Pet.,
Texaco Exploration & Prod., Texaco Midway-Sunset Cogen.,
Texaco Yoakum Energy Co., Texaco San Ardo Energy,
Texaco Coal. Energy Co.]

Peter S. Clark II
Derek J. Baker
Reed Smith, LLP
2500 Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301

Peter S. Munoz
Gregg M. Ficks
Crosby, Heafy, Roach & May
Two Embarcadero Center
San Francisco, California 94111
[Counsel for Placer County Water Agency, Oroville-
Wyandotte Irrigation District, Yuba County Water Agency,
Nevada Irrigation District Oakdale and South San Joaquin
Irrigation Districts, Merced Irrigation District, Humboldt Bay
Municipal Water District, Merrit Community Capital
Corporation]

Philip Warden
Pillsbury, Winthrop LLP
50 Fremont Street
San Francisco, California 94105
[Counsel for Southern California Gas Company]

Phillip S. Warden
Pillsbury Winthrop LLP
50 Fremont Street
San Francisco, California 94105
[Counsel for Dynergy Power Marketing, Inc.; El Segundo
Power LLC; Long Beach Generation LLC; Cabrillo Power I
LLC; Cabrillo Power II, LLC; Dynergy Marketing & Trade
LLC; West Coast LLC

Pillsbury Winthrop LLP
725 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Attn: Kenneth N. Russak, Esq.
[Counsel to Parties in Interest: Dynergy Power Marketing,
Inc., El Segundo Power LLC, Long Beach Generation LLC,
Cabrillo Power I LLC, Cabrillo Power II, LLC, Dynergy
Marketing & Trade LLC and West Coast Power, LLC]

R. Dale Ginter
Downey, Brand, Seymour & Rohwer LLP
555 Capitol Mall, 10th Floor
Sacramento, California 95814
[Counsel for Merced Irrigation District, Occidental of Elk
Hills, Diamond Walnut Growers, and Hertz Corporation]

Case: 01-30923    Doc# 1062    Filed: 06/20/01    Entered: 06/21/01 12:23:00    Page 40
of 56

R. Paul Yetter
Yetter & Warden LLP
600 Travis, Suite 3800
Houston, Texas 77002
[Counsel for The Board of Directors of Local Governments
Investment Cooperative]

Rabobank International
Attn: Gladys Montes
Four Embarcadero Center
Suite 3200
San Francisco, CA 94111

Rabobank Nederland
New York Branch
Attn: International Trade Services
245 Park Avenue
New York, NY 10167-0062

Ralph B. Levy
James A. Pardo, Jr.
Brian C. Walsh
Jeffrey E. Bjork
King & Spalding
191 Peachtree Street
Atlanta, GA 30303
[Counsel for Texaco Natural Gas, Inc, Texaco Canada Pet.,
Texaco Exploration & Prod., Texaco Midway-Sunset Cogen.,
Texaco Yoakum Energy Co., Texaco San Ardo Energy,
Texaco Coal. Energy Co.]

Randy Michelson
McCutchen, Doyle, Brown & Enersen, LLP
Three Embarcadero Center
San Francisco, California 94111
[Counsel for Reliant Energy, Inc.]

Region IV
U.S. Nuclear Regulatory Commission
Ellis W. Mershoff
Regional Administrator
611 Ryan Plaza Drive, suite 400
Arlington, TX 76011-8064

Richard A. Lapping
Louis J. Cisz, III
Thelen Reid & Priest LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3601
[Counsel for Creditor, Calpine Corporation and its Affiliated
Entities]

Richard Blackstone Webber II
2507 Edgewater Drive
Orlando, FL 32804
[Counsel for Blue Cross and Blue Shield of Florida, Inc.]

Richard C. Josephson
Stoel Rives LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
[Counsel for PacifiCorp and Crockett Cogen.]

Richard Hopp
14416 Victory Boulevard, Suite 108
Van Nuys, California 91401
[Richard Hopp in Propria Persona]

Richard Purcell
Attn: Energy Supply
Conectiv
800 Kings Street
P.O. Box 231
Wilmington, DE 19899

Richard Stevens
Avista Corp.
P.O. Box 3727
Spokane, WA 99220

Richard W. Esterkin
Morgan, Lewis & Bockius LLP
300 South Grand Avenue
Los Angeles, California 90071
[Counsel for Fuji Bank, Limited]

Case: 01-30923    Doc# 1062    Filed: 06/20/01    Entered: 06/21/01 12:23:00    Page 42
of 56

Richard Wyron
Swidler Berlin Shereff Friedman LLP
3000 K Street, NW, Suite 300
Washington, DC 20007
[Attorney for California Independent System Operator]

Robert A. Greenfield, Esq.
Stutman, Treister & Glatt
3699 Wilshire Blvd., #900
Los Angeles, CA 90010-2766

Robert D. Albergotti
Stacey Jernigan
Scott W. Everett
Haynes and Boone LLP
901 Main Street, Suite 3100
Dallas, Texas 75202

Robert Darby
Corestaff Services (California), Inc.
Fulbright & Jaworski LLP
865 South Figueroa, 29th Floor
Los Angeles, California 90017
[Counsel for Corestaff Services (California), Inc.]

Robert E. Izmirian
Aaron M. Oliner
Buchalter, Nemer, Fields & Younger
333 Market Street
San Francisco, California 94105
[Counsel for MBIA]

Robert Jay Moore
Paul S. Aronzon
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street
Los Angeles, California 90017
[Counsel for Official Committee of Unsecured Creditors]

Case: 01-30923   Doc# 1062   Filed: 06/20/01   Entered: 06/21/01 12:23:00   Page 43
of 56

Robert M. Blum
Thelen Reid & Priest LLP
101 Second Street, Suite 1800
San Francisco, California 94105
[Counsel for Davey Tree Surgery Company]

Robert S. Mueller
United States Attorney
Jocelyn Burton
Assistant United States Attorney
Douglas K. Chang
450 Golden Gate Avenue, 10th Floor
San Francisco, California 94102
[Counsel for United States of America]

Robert S. Mueller, III
United States Attorney
Jay R. Weill
Assistant United States Attorney
Thomas MacKinson
160 Spear Street, Ninth Floor
San Francisco, California 94105
[Counsel for the United States of America]

Rock S. Koebbe
5356 North Cattail Way
Boise, ID 83703

Roger L. Efremsky
Austin P. Nagel
Law Offices of Efremsky & Nagel
5776 Stoneridge Mall Road, Suite 360
Pleasanton, California 94588
[Counsel for Toyota Motor Credit Corp.]

Roi Chandy
Teachers Insurance and Annuity Assoc. of America
730 Third Avenue
New York, NY 10017

Case: 01-30923    Doc# 1062    Filed: 06/20/01    Entered: 06/21/01 12:23:00    Page 44
of 56

Roland Pfeifer
Office of the City Attorney
1500 Warburton Avenue
Santa Clara, California 95050

Rosanne Thomas Matzat
Hahn & Hessen LLP
350 Fifth Avenue, Suite 3700
New York, NY 10118
[Counsel for Metropolitan Life Insurance Co.]

Samuel Jackson, City Attorney
Office of the City Attorney, City of Sacramento
Robert D. Tokunaga, Deputy City Attorney
980 Ninth Street, Tenth Floor
Sacramento, California 95814
[Counsel for City of Sacramento]

Sandra W. Lavigna
Sarah D. Moyed
Securities Exchange Commission
5670 Wilshire Blvd., 11th Fl.
Los Angeles, CA 90036

Scott C. Clarkson
Eve A. Marsella
Clarkson, Gore & Marsella
3424 Carson Street, Suite 350
Torrance, California 90503
[Counsel for Utilisource]

Scott O. Smith
Buchalter, Nemer, Fields & Younger
601 South Figueroa Street, Suite 2400
Los Angeles, California 90017
[Counsel for Quanta Services, Inc.]

Secretary of Treasury
15th & Pennsylvania Avenue
Washington, D.C. 20549

Sempra Energy Trading Corp.
Tony Ferrajina
58 Commerce Drive
Stamford, CT 06902

Sertling Koch
TransAlta Energy Marketing (U.S.) Inc.
Box 1900 Station "M"
110-12th Avenue, SW
Calgary, Alberta T2P 2MI

Seth A. Ribner
Simpson Thatcher & Bartlett
10 Universal City Plaza, Suite 1850
Universal City, California 91608
[Counsel for Duke Energy Trading and Marketing]

Sharyn B. Zuch
Wiggin & Dana
One CityPlace, 34th Floor
185 Asylum Street
Hartford, CT 06103
[Counsel for American Payment Systems]

Sheryl Gussett
Reliant Energy, Inc.
1111 Louisiana, 43rd Floor
Houston, TX 77002
[Counsel for Reliant Energy, Inc.]

Sierra Pacific Industries
File #51950
San Francisco, California 94160

Southern California Gas Company
555 W. Fifth St.,
GT24E1
Los Angeles, CA 90013-1000
Attn: Jim Nakata

Case: 01-30923    Doc# 1062   Filed: 06/20/01    Entered: 06/21/01 12:23:00    Page 46
of 56

Stan T. Yamamoto
Eileen M. Teichert
City of Riverside
City Attorney's Office
City Hall, 3900 Main Street
Riverside, California 92522
[Counsel for City of Riverside]

Stanley E. Pond
Winchell & Pond
1700 South El Camino Real, Suite 506
San Mateo, California 94402
[Counsel for General Capital Corporation]

State of California EDD
PO Box 826880
Sacramento, CA 94280

State of California
Dept. of Water Resources
c/o Chief – Energy Division
Attn: Dan Herdocia
1416 9th Street, Room 1640
Sacramento, CA 95814

State of California
Office of the Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-3664

State of California
Office of the Attorney General
PO Box 94255
Sacramento, CA 94244-2550

Stephanie Nolan Deviney
Brown & Connery LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ 08108
[Counsel for SAP America, Inc.]

Case: 01-30923   Doc# 1062   Filed: 06/20/01   Entered: 06/21/01 12:23:00   Page 47 of 56

Stephen C. Becker
Becker Law Office
P.O. Box 192991
San Francisco, California 94119
[Attorneys for Stafco Personnel Management, Inc.]

Stephen Shane Stark, County Counsel
Enrique R. Sanchez, Sr.
County of Santa Barbara
105 E. Anapamu Street, Suite 201
Santa Barbara, California 93101
[Counsel for Santa Barbara County and Santa Barbara County
Treasurer – Tax Collector]

Steve G. F. Polard
Perkins Coie LLP
1620-26th Street, Sixth Floor
Santa Monica, California 90404
[Counsel for Creditor Puget Sound Energy, Inc.]

Steve J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

Steven H. Felderstein, Esq.
Felderstein, Willoughby & Pascuzzi
400 Capital Mall, Suite 1450
Sacramento, CA 95814-4434
(Attorney for State of California)

Steven M. Abramowitz
Vinson & Elkins LLP
666 Fifth Avenue, 26th Floor
New York, NY 10103
[Counsel for TransAlta Energy]

Steven M. Basha
County Counsel
Attn: Stephen B. Nocita, Senior Deputy
625 Court Street, Room 201
Woodland, California 95695
[Counsel for County of Yolo]

Steven M. Bunkin
J. Aron & Company
85 Broad Street
New York, NY 10004

Steven M. Olson
Geary, Shea, O'Donnell & Grattan, P.C.
37 Old Courthouse Square, 4th Floor
Santa Rosa, California 95404
[Counsel for ABB Power T&D Company, Inc.]

Terrance L. Stinnett
Miriam Khatiblou
Goldberg, Stinnett, Meyers & Davis
44 Montgomery Street, Suite 2900
San Francisco, California 94104
[Counsel for Pacific Bell Telephone Company, Pacific Telesis
Group, SBC Global Services, Inc., SBC Communications,
Inc.]

Texaco Canada Petroleum Inc.
2035 400 3rd Avenue, S.W.
Calgary, Alberta
Canada T2P 4H2
Attn: Bill Collier

Texaco Natural Gas Inc.
1111 Bagby Street
Houston, Texas 77002
Attn: Bill Collier

The Bank of New York
Attn: Michael Pitflick, Corp. Trust Administration
101 Barclay Street – 21W
New York, NY 10286

The Bank of New York
Michael Pitflick, Corporate Trust Ad
101 Barclay Street-21W
New York, NY 10286

Case: 01-30923    Doc# 1062·    Filed: 06/20/01    Entered: 06/21/01 12:23:00    Page 49
of 56

The Fuji Bank, Limited
Attn: Jonathan Bigelow
333 So. Hope Street, 39th Floor
Los Angeles, CA 90071

The Sumitomo Bank Ltd.
Attn: Al Galluzzo
777 S. Figueroa St., Suite 2600
Los Angeles, CA 90017-3138

The Toronto Dominion Bank
Attn: F.B. Hawley
909 Fannin, Suite 1700
Houston, TX 77010

Thomas B. Walper, Esq.
Munger, Tolles & Olson LLP
355 South Grand Ave., Suite 3500
Los Angeles, CA 90071-1560
[Counsel for Southern California Edison]

Thomas C. Walsh
BTM Capital Corporation
125 Summer Street
Boston, MA 02110

Thomas C. Walsh
BTM Capital Corporation
125 Summer Street
Boston, MA 02110

Thomas E. Lauria
Jerry R. Bloom
Brian L. Holman
White & Case LLP
633 West Fifth Street, 19th Floor
Los Angeles, California 90071
[Counsel for Oildale Energy LLC]

Case: 01-30923   Doc# 1062   Filed: 06/20/01   Entered: 06/21/01 12:23:00   Page 50
of 56

Thomas E. Lumsden
PricewaterhouseCoopers LLP
199 Fremont Street
San Francisco, California 94105
[Proposed Financial Advisor to Committee]

Thomas M. Berliner
Duane Morris & Heckscher LLP
100 Spear Street, Suite 1500
San Francisco, California 94105
[Counsel for Santa Clara Valley Water District]

Thomas MacKinson
Internal Revenue Service
Small Business/Self-Employed Division
1301 Clay Street, Room 1400-S
Oakland, California 94105
[Counsel for the United States of America]

Timothy F. Hodgdon
Teachers Insurance and Annuity Assoc. of America
730 Third Avenue
New York, NY 10017

TJ Vigliotta
Lazard Frères & Co. LLC
30 Rockefeller Plaza, 60th Floor
New York, NY 10020

Tony O. Hemming
Texaco Legal Department
1111 Bagby Street
Houston, TX 77002

TXU Energy Trading Canada Limited
1717 Main Street
Dallas, Texas 75201
Attn: Jeff Shorter

TXU Energy Trading Company
1717 Main Street
Dallas, Texas 75201
Attn: Jim Macredie

U.S. Bank
Corporate Trust Services
Attn: LaDonna Morrison
180 East Fifth St., 3rd Floor
St. Paul, MN 55170

U.S. Nuclear Regulatory Commission
Attn: Document Control Desk
Washington, DC 20555-0001

U.S. Trust Company, National Association
One Embarcadero Center, Suite 2050
San Francisco, CA 94111-3709
Attn: Josephine Libunao

Union Bank of Switzerland
New York Branch
Attn: Paul Morrison
299 Park Avenue
New York, NY 10171

US Bank, Corporate Trust Services
Ladonna Morrison
P.O. Box 64111
St. Paul, MN 55164-0111

Victoria Lang
AT&T Corp.
795 Folsom Street, 2nd Floor
San Francisco, California 94107
[Counsel for AT&T Corp]

Wendy L. Hagenau
Powell, Goldstein, Frazer & Murphy
16th Floor
191 Peachtree Street, N.E.
Atlanta, GA 30303
[Counsel for Intecom Inc.]

Wheelabrator Shasta Energy Co. Inc.
20811 Industry Rd.
Anderson, CA 96007

White & Case, LLP
Attn: Neil Millard
633 West Fifth St., Suite 1900
Los Angeles, CA 90071-2007
(Attorney for BNY Western Trust Company)

White & Case, LLP
Attn: Neil Millard/C. Randolph Fishburn
633 West Fifth St., Suite 1900
Los Angeles, CA 90071-2007
(Attorney for Bank of New York)

William Bates III
McCutchen, Doyle, Brown & Enersen, LLP
3150 Porter Drive
Palo Alto, California 94304
[Counsel for Reliant Energy, Inc.]

William C. Morison-Knox
Michael D. Prough
Robert M. Forni, Jr.
Morison-Knox Holden Melendez & Prough, LLP
500 Ygnacio Valley Road, Suite 450
Walnut Creek, California 94596
[Counsel for National Union Fire Insurance Company of
Pittsburgh, PA]

William H. Kiekhofer III
Yale K. Kim
Steven E. Rich
Kelley Drye & Warren LLP
777 South Figueroa Street, Suite 2700
Los Angeles, CA 90017
[Counsel for BP Energy Company, BP AMOCO]

William J. Flynn
Neyhart, Anderson, Freitas, Flynn & Grosboll
600 Harrison Street, Suite 535
San Francisco, California 94107
[Counsel for IBEW Local #1245]

Case: 01-30923    Doc# 1062    Filed: 06/20/01    Entered: 06/21/01 12:23:00    Page 53
of 56

William M. Goodman
Ligi C. Yee
Topel & Goodman
832 Sansome Street, Fourth Floor
San Francisco, California 94111

William M. Rossi-Hawkins
Phillips, Lytle, Hitchcock, Blaine & Huber
437 Madison Avenue, 34th Floor
New York, NY 10022
[Counsel for HSBC Bank USA]

William P. Weintraub
Pachulski Stang Ziehl Young & Jones
Three Embarcadero Center, Suite 1020
San Francisco, California 94111
[Counsel for PG&E Corp.]

Williams Energy Marketing & Trading Co. (Canada)
One Williams Center, 19th Floor
Department 558
P.O. Box 2848
Tulsa, Oklahoma 74101
Attn: Kelly Knowlton

Zack Starbird
Mirant Corporation
1155 Perimeter Center West
Atlanta, GA 30338

Nelson E. Bahler
The Grupe Company
3255 W. March Lane, Suite 400
Stockton, California 95219
[Counsel for The Grupe Company]

Martin L. Nelson
Kawana Springs, Inc.
2880 Cleveland Avenue, Suite 8
Santa Rosa, California 95403

Case: 01-30923    Doc# 1062    Filed: 06/20/01    Entered: 06/21/01 12:23:00    Page 54
of 56

Andrew N. Chau
1177 West Loop South, Suite 1900
Houston, Texas 77027

Thomas E. Lauria
Jerry R. Bloom
Brian L. Holman
White & Case LLP
633 West Fifth Street, 19th Floor
Los Angeles, California 90071
[Counsel for Ripon Cogeneration, Inc.

Michael R. Enright
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
[Counsel for General Electric Company]

Jeremiah F. Hallisey
Hallisey & Johnson
300 Montgomery Street, Suite 538
San Francisco, California 94104

Joseph J. Smolinski
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
[Counsel for El Dorado Hydro and Rock Creek Limited
Partnership]

Case: 01-30923    Doc# 1062    Filed: 06/20/01    Entered: 06/21/01 12:23:00    Page 55
of 56

1

2

3   Linda Stanley
    United States Trustee
4   Stephen Johnson
    250 Montgomery Street, Suite 1000
5   San Francisco, CA  94104-3333

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LA-1108992v1