JAMES L. LOPES (No. 63678)
JEFFREY L. SCHAFFER (No. 91404)
JANET A. NEXON (No. 104747)
WILLIAM J. LAFFERTY (No. 120814)
HOWARD, RICE, NEMEROVSKI, CANADY,
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4065
Telephone:  415/434-1600
Facsimile:   415/217-5910

Attorneys for Debtor and Debtor in Possession
PACIFIC GAS AND ELECTRIC COMPANY

FILED
JUL 23 2001
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

PACIFIC GAS AND ELECTRIC COMPANY, a California corporation,

Debtor.

Federal I.D. No. 94-0742640

Case No. 01-30923 DM

Chapter 11 Case

Date: July 27, 2001
Time: 1:30 p.m.
Place: 235 Pine Street, San Francisco
Judge: Hon. Dennis Montali

## NOTICE OF WITHDRAWAL OF APPLICATION

PLEASE TAKE NOTICE THAT Pacific Gas and Electric Company ("PG&E"), the debtor and debtor in possession herein, hereby withdraws its Application for an Order Pursuant to Section 327(a) and 328(a) of the Bankruptcy Code Authorizing the Retention

WD.072001/1-1419903/42/932942/v1

Case: 01-30923    Doc# 1576    Filed: 07/23/01    Entered: 07/24/01 09:12:00    Page 1 of 4

and Employment of Dresdner, Kleinwort, Wasserstein, Inc. as Financial Advisor and Investment Banker.

DATED: July 23, 2001

HOWARD, RICE, NEMEROVSKI, CANADY,
FALK & RABKIN
A Professional Corporation

By: *[signature]*

Attorneys for Debtor and Debtor in Possession
PACIFIC GAS AND ELECTRIC COMPANY

# PROOF OF SERVICE BY MAIL

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is Three Embarcadero Center, 7th Floor, San Francisco, California 94111-4065.

I am readily familiar with the practice for collection and processing of documents for mailing with the United States Postal Service of Howard, Rice, Nemerovski, Canady, Falk & Rabkin, A Professional Corporation, and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business.

On July 23, 2001, I served the following document(s) described as NOTICE OF WITHDRAWAL OF APPLICATION on the persons listed below by placing the document(s) for deposit in the United States Postal Service through the regular mail collection process at the law offices of Howard, Rice, Nemerovski, Canady, Falk & Rabkin, A Professional Corporation, located at Three Embarcadero Center, 7th Floor, San Francisco, California, to be served by mail addressed as follows:

Patricia Cutler, Esq.
Office of the U. S. Trustee
250 Montomgery Street
San Francisco, CA 94104

Paul Aronzon, Esq.
Milbank, Tweed, Hadley & McCloy
601 South Figueroa Street
Los Angeles, CA 90017

Robert Rosenberg, Esq.
Latham & Watkins
885 Third Avenue, Suite 1000
New York, NY 10022

BNY Western Trust
Attention: Mr. Todd Duncan
700 South Flower Street, 5th Floor
Los Angeles, CA 90017

White & Case LLP
Attn: Evan C. Hollander, Esq.
1155 Avenue of the Americas
New York, NY 10038

1  I declare under penalty of perjury that the foregoing is true and correct. Executed at
2  San Francisco, California on July 23, 2001.

_____
Janet S. Maslow

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation