JAMES L. LOPES (No. 63678)
JANET A. NEXON (No. 104747)
GARY M. KAPLAN (No. 155530)
HOWARD, RICE, NEMEROVSKI, CANADY,
  FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4065
Telephone: 415/434-1600
Facsimile: 415/217-5910

Attorneys for Debtor and Debtor in Possession
PACIFIC GAS AND ELECTRIC COMPANY

FILED
01 AUG 21 PM 1:56
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA.
SAN FRANCISCO, CA.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY, a California corporation,<br><br>Debtor.<br><br>Federal I.D. No. 94-0742640 | Case No. 01-30923 DM<br><br>Chapter 11<br><br>[No Hearing Requested] |

ORDER ON DEBTOR'S APPLICATION FOR AN ORDER
AUTHORIZING THE RETENTION AND EMPLOYMENT OF
ROTHSCHILD INC. AS FINANCIAL ADVISOR AND INVESTMENT BANKER

The Court having reviewed the Debtor's Application for an Order Authorizing the Retention and Employment of Rothschild Inc. ("Rothschild") as Financial Advisor and Investment Banker (the "Application") filed herein by Pacific Gas and Electric Company, the debtor and debtor in possession ("Applicant" or the "Debtor") in the above-captioned case, and the Declaration of David L. Resnick in support of the Application (the "Declaration"), the Court having found that the Application and Declaration comply with Sections 327(a) and 329(a) of the Bankruptcy Code and Bankruptcy Rules 2014(a) and

5002(a), and the Court being satisfied that Rothschild represents no interest adverse to the Debtor's estate with respect to the matters upon which it is to be engaged, that Rothschild is a "disinterested person" as that term is defined under Sections 104(14) and 1107(b) of the Bankruptcy Code, and that the employment of Rothschild is necessary and would be in the best interests of the Debtor, its creditors and the Debtor's estate; and due and adequate notice of the Application having been given under the circumstances; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b); and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED** that the Application is granted; and it is further

**ORDERED** that Applicant is authorized to employ and retain Rothschild as Financial Advisor and Investment Banker, on the terms and conditions set forth in the Application, effective as of July 25, 2001.

Dated: August 21, 2001

DENNIS MONTALI

UNITED STATES BANKRUPTCY JUDGE

APPROVED:

OFFICE OF THE UNITED STATES TRUSTEE

By: _Stephen Johnson_  8/13/01
STEPHEN L. JOHNSON