JAMES L. LOPES (No. 63678)
JEFFREY L. SCHAFFER (No. 91404)
JANET A. NEXON (No. 104747)
WILLIAM J. LAFFERTY (No. 120814)
HOWARD, RICE, NEMEROVSKI, CANADY,
  FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4065
Telephone: 415/434-1600
Facsimile: 415/217-5910

**FILED**

AUG 3 1 2001

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Attorneys for Debtor and Debtor in Possession
PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

PACIFIC GAS AND ELECTRIC
COMPANY, a California Corporation,

Debtor.

Federal I.D. No. 94-0742640

No. 01-30923 DM

Chapter 11 Case

[No Hearing Requested]

DEBTOR'S EX PARTE MOTION FOR EXTENSION OF TIME
TO FILE LIST OF EQUITY SECURITY HOLDERS

[SUPPORTING DECLARATION OF LINDA Y. H. CHENG FILED HEREWITH]

Pacific Gas and Electric Company, the debtor and debtor in possession in the

above-captioned case ("PG&E" or the "Debtor"), hereby moves this Court, pursuant to

Federal Rule of Bankruptcy Procedure 1007(a)(4), for an order extending the time for filing

its list of equity security holders required pursuant to Rule 1007(a)(3) to the date hereof. The

list of equity security holders is being filed contemporaneously herewith. This Motion is

based on the facts and law set forth herein, the Declaration of Linda Y. H. Cheng filed

concurrently herewith ("Cheng Decl."), and the record of this case.

    1.    On April 6, 2001 (the "Petition Date"), the Debtor filed a voluntary petition

Case: 01-30923   Doc# 2006   Filed: 08/31/01   Entered: 09/05/01 08:12:00   Page 1 of
3

1  under Chapter 11 of the Bankruptcy Code. The Debtor continues to manage and operate its

2  business and property as a debtor in possession pursuant to Sections 1107 and 1108 of the

3  Bankruptcy Code.

4  2.  Under Bankruptcy Rule 1007, the list of PG&E's equity security holders (the

5  "Equity Holders List") was due within fifteen days following the Petition Date—i.e., by April

6  23, 2001. PG&E inadvertently failed to file the Equity Holders List, and now seeks this

7  Court's authorization to file it with this Motion.

8  3.  On April 19, 2001, PG&E filed an "Emergency Ex Parte Motion for

9  Extension of Time to File Schedules of Assets and Liabilities and Statement of Financial

10  Affairs." Included within that Motion was a request for an extension of time to file the list of

11  equity security holders of the Debtor. On April 24, 2001, this Court entered its order

12  extending the time for Debtor to file its schedules to May 11, 2001, but the order did not

13  specifically extend time to file the list of equity security holders. Debtor accordingly filed its

14  schedules and statement of affairs on or before May 11, 2001, as provided in the order.

15  Cheng Decl. ¶3. The list of equity security holders was not filed at that time. Id.

16  4.  PG&E has only two common stockholders, PG&E Corporation, which holds

17  307,445,454 shares, and a subsidiary, PG&E Holdings LLC, which holds 19,481,213 shares.

18  It has approximately 13,055 preferred shareholders. Cheng Decl. ¶4.

19  5.  Bankruptcy Rule 1007(a)(4) provides that the Court may grant an extension

20  of time for filing the list of equity security holders, for cause shown, and on notice to the

21  United States Trustee and to any committee, trustee, examiner or other party as the Court may

22  direct. As reflected by the attached Proof of Service, this motion is being served concurrently

23  on the United States Trustee and counsel for the Official Unsecured Creditors' Committee.

24  No trustee, examiner, or other committee has been appointed.

25  6.  Immediately upon realizing that it had not filed the Equity Holders List,

26  Debtor took steps to obtain the information necessary to file the list with respect to the

27  preferred shareholders and to organize that information into a format which would be

28  accessible to the Court and to interested parties. Cheng Decl. ¶5. The list has now been

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

EX PARTE MOTION RE EXTENSION OF TIME TO FILE EQUITY HOLDERS LIST

WD 082801/1-1419903/42/941259/v1

2

completed and is being filed herein contemporaneously herewith. All known preferred shareholders now are on the Debtor's master mailing matrix, and were sent the Notice of the Bar Date and a form of Proof of Claim on July 6 or July 7, 2001, to their known addresses of record. Cheng Decl. ¶6.

 7. The Court is empowered to grant an extension of time to file the Equity Holders List pursuant to Federal Bankruptcy Rules 1007(a)(4). Federal Rule of Bankruptcy Procedure 1007 does not require a hearing on the relief requested herein. The Debtor requests that the Court grant the requested extension without requiring a hearing thereon; or alternatively, that the Court schedule the hearing on an expedited basis.

 For the reasons set forth above, Debtor respectfully requests that the Court enter its order granting PG&E an extension, until the date hereof, to file the Equity Holders List.

DATED: August 30, 2001

HOWARD, RICE, NEMEROVSKI, CANADY,
FALK & RABKIN
A Professional Corporation

By: _____
  WILLIAM J. LAFFERTY

Attorneys for Debtor PACIFIC GAS AND
ELECTRIC COMPANY

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

EX PARTE MOTION RE EXTENSION OF TIME TO FILE EQUITY HOLDERS LIST

WD 082801/1-1419903/42/941259/v1 -3-