JAMES L. LOPES (No. 63678)
JEFFREY L. SCHAFFER (No. 91404)
JANET A. NEXON (No. 104747)
WILLIAM J. LAFFERTY (No. 120814)
HOWARD, RICE, NEMEROVSKI, CANADY,
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4065
Telephone: 415/434-1600
Facsimile: 415/217-5910

Attorneys for Debtor and Debtor in Possession
PACIFIC GAS AND ELECTRIC COMPANY

FILED

AUG 3 1 2001

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

PACIFIC GAS AND ELECTRIC
COMPANY, a California Corporation,

    Debtor.

Federal I.D. No. 94-0742640

No. 01-30923 DM

Chapter 11 Case

[No Hearing Requested]

DECLARATION OF LINDA Y. H. CHENG IN SUPPORT OF
EX PARTE MOTION FOR ORDER EXTENDING
TIME TO FILE LIST OF EQUITY SECURITY HOLDERS

I, Linda Y. H. Cheng declare as follows:

1.   I am the Corporate Secretary of Pacific Gas and Electric Company, the debtor and debtor in possession in the above-captioned case ("PG&E" or the "Debtor"). My business address is One Market, Spear Tower, Suite 2400, San Francisco, California 94105. I make this declaration in my capacity as Corporate Secretary of PG&E, and, if called upon to do so, could and would testify competently to the facts set forth herein.

2.   I make this Declaration in support of PG&E's Ex Parte Motion for Order Extending Time to File List of Equity Security Holders (the "Motion") filed concurrently

DEC. OF LINDA Y. H. CHENG ISO EX PARTE MOT. RE EXT. OF TIME TO FILE EQUITY HOLDERS LIST
WD 082801/1-1419903/42/941237/v1                -1-

1 herewith. This Declaration is based on my personal knowledge of PG&E's operations and
2 procedures. If called as a witness, I could and would competently testify to the facts stated
3 herein.

4     3. On April 6, 2001 (the "Petition Date"), PG&E filed a voluntary petition
5 under Chapter 11 of the Bankruptcy Code. On April 19, 2001, PG&E filed an "Emergency
6 Ex Parte Motion for Extension of Time to File Schedules of Assets and Liabilities and
7 Statement of Financial Affairs." Included within that Motion was a request for an extension
8 of time to file the list of equity security holders of the Debtor. On April 24, 2001, this Court
9 entered its order extending the time for Debtor to file its schedules to May 11, 2001, but the
10 order did not specifically extend time to file the list of equity security holders. Debtor
11 accordingly filed its schedules and statement of affairs on or before May 11, 2001, as
12 provided in the order. The list of equity security holders was not filed at that time.

13     4. PG&E has only two common stockholders, PG&E Corporation, which holds
14 307,445,454 shares, and a subsidiary, PG&E Holdings LLC, which holds 19,481,213 shares.
15 It has approximately 13,055 preferred shareholders.

16     5. Immediately upon realizing that it had not filed the Equity Holders List,
17 Debtor took steps to obtain the information necessary to file the list with respect to the
18 preferred shareholders, and to organize that information into a format which would be
19 accessible to the Court and interested parties. The list has now been completed and is being
20 filed herein contemporaneously herewith.

21     6. All known preferred shareholders are on the Debtor's master mailing matrix.
22 Accordingly, I am informed and believe that, on July 6 or July 7, 2001, the preferred
23 shareholders were sent the Notice of the Bar Date and a form of Proof of Claim to their
24 known addresses of record.

DEC. OF LINDA Y. H. CHENG ISO EX PARTE MOT. RE EXT. OF TIME TO FILE EQUITY HOLDERS LIST
WD 082801/1-1419903/42/941237/v1 -2-

| | |
|---|---|
| 1 | I declare under penalty of perjury, under the laws of the United States of America, |
| 2 | that the foregoing is true and correct to the best of my knowledge, information and belief. |
| 3 | Executed on this 31st day of August, 2001 at San Francisco, California. |

*Linda Y. H. Cheng* (signature)

Linda Y. H. Cheng

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation