JAMES L. LOPES (No. 63678)
WILLIAM J. LAFFERTY (No. 120814)
JULIE B. LANDAU (No. 162038)
HOWARD, RICE, NEMEROVSKI, CANADY,
   FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4065
Telephone: 415/434-1600
Facsimile: 415/217-5910

Attorneys for Debtor and Debtor in Possession
PACIFIC GAS AND ELECTRIC COMPANY

FILED
01 DEC 17 PM 4:44
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA.
SAN FRANCISCO, CA.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC GAS AND ELECTRIC<br>COMPANY, a California corporation,<br><br>                Debtor.<br><br>Federal I.D. No. 94-0742640 | No. 01-30923 DM<br><br>Chapter 11 Case<br><br>Date: December 27, 2001<br>Time: 1:30 p.m.<br>Place: 235 Pine Street, 22nd Floor<br>       San Francisco, California |

STIPULATION TO RELIEF REQUESTED BY CALIFORNIA
HYDROPOWER REFORM COALITION'S MOTION TO HAVE LATE
PROOF OF CLAIM DEEMED TIMELY FILED AND FOR
WITHDRAWAL OF MOTION FOR STATUS AS PARTY IN INTEREST
AND ORDER THEREON

This Stipulation to Relief Requested by California Hydropower Reform Coalition's Motion to Have Late Proof of Claim Deemed Timely Filed and for Withdrawal of Motion for Status as Party in Interest ("Stipulation") is entered into by and between Pacific Gas and Electric Company ("PG&E"), debtor and debtor in possession herein, and California Hydropower Reform Coalition ("CHRC"), by and through their respective counsel, with reference to the following facts:

A. CHRC filed two motions on or about November 27, 2001: (i) the Motion to Have Late Proof of Claim Deemed Timely Filed (the "Late Claim Motion") and (ii) the Motion for Status as Party in Interest (the "Party in Interest Motion").

B. PG&E is willing to stipulate to the relief requested by the Late Claim Motion as set forth below. Consequently, upon approval of this Stipulation, CHRC will hold a timely-filed claim and qualifies as a party in interest under Section 1109(b) of the Bankruptcy Code.

## STIPULATION

NOW, THEREFORE, the parties hereto stipulate and agree as follows:

1. PG&E agrees to the relief requested in the Late Claim Motion, reserving all rights to object to CHRC's claim on grounds other than timeliness of the filing.

2. CHRC hereby withdraws the Party in Interest Motion, reserving its right to re-file the motion if this Stipulation is not approved by the Court.

DATED: December 12, 2001

HOWARD, RICE, NEMEROVSKI, CANADY, FALK & RABKIN
A Professional Corporation

By: /s/ Julie B. Landau
JULIE B. LANDAU

Attorneys for Debtor and Debtor in Possession
PACIFIC GAS AND ELECTRIC COMPANY

DATED: December 12, 2001

NATURAL HERITAGE INSTITUTE

By: /s/ Richard Roos-Collins
RICHARD ROOS-COLLINS

Attorneys for CALIFORNIA HYDROPOWER REFORM COALITION

THE OFFICIAL CREDITOR'S COMMITTEE DOES NOT OBJECT TO THE FOREGOING STIPULATION OR THE RELIEF REQUESTED THEREIN:

MILBANK, TWEED, HADLEY & McCLOY

By: _____
ROBERT JAY MOORE

Attorneys for Official Committee of Unsecured Creditors

## STIPULATION

NOW, THEREFORE, the parties hereto stipulate and agree as follows:

1. PG&E agrees to the relief requested in the Late Claim Motion, reserving all rights to object to CHRC's claim on grounds other than timeliness of the filing.

2. CHRC hereby withdraws the Party in Interest Motion, reserving its right to re-file the motion if this Stipulation is not approved by the Court.

DATED: December 17, 2001         HOWARD, RICE, NEMEROVSKI, CANADY,
                                 FALK & RABKIN
                                 A Professional Corporation

                                 By: _____
                                     JULIE B. LANDAU

                                 Attorneys for Debtor and Debtor in Possession
                                 PACIFIC GAS AND ELECTRIC COMPANY

DATED: December 17, 2001         NATURAL HERITAGE INSTITUTE

                                 By: _____
                                     RICHARD ROOS-COLLINS

                                 Attorneys for CALIFORNIA HYDROPOWER
                                 REFORM COALITION

THE OFFICIAL CREDITOR'S COMMITTEE DOES NOT OBJECT TO THE FOREGOING STIPULATION OR THE RELIEF REQUESTED THEREIN:

MILBANK, TWEED, HADLEY & McCLOY

By: _____
    MICHAEL SOROCHINSKY

Attorneys for Official Committee of Unsecured Creditors

# ORDER

Upon consideration of the foregoing Stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Stipulation is approved, and the hearings set for December 27, 2001 at 1:30 p.m. on the Late Claim Motion and the Party in Interest Motion are hereby taken off calendar.

Dated: DEC 17 2001

_____
DENNIS MONTALI
UNITED STATES BANKRUPTCY JUDGE

WD 121001/1-1419922/963239/v1

## PROOF OF SERVICE BY MAIL

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is Three Embarcadero Center, 7th Floor, San Francisco, California 94111-4065.

I am readily familiar with the practice for collection and processing of documents for mailing with the United States Postal Service of Howard, Rice, Nemerovski, Canady, Falk & Rabkin, A Professional Corporation, and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business.

On December 17, 2001, I served the following document(s) described as

**STIPULATION TO RELIEF REQUESTED BY CALIFORNIA HYDROPOWER REFORM COALITION'S MOTION TO HAVE LATE PROOF OF CLAIM DEEMED TIMELY FILED AND FOR WITHDRAWAL OF MOTION FOR STATUS AS PARTY IN INTEREST AND ORDER THEREON**

on the persons listed below by placing the document(s) for deposit in the United States Postal Service through the regular mail collection process at the law offices of Howard, Rice, Nemerovski, Canady, Falk & Rabkin, A Professional Corporation, located at Three Embarcadero Center, 7th Floor, San Francisco, California, to be served by mail addressed as follows:

*Please see attached Service List*

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on December 17, 2001.

_____
Bridgette M. Ollberding

-2-

Service List

BNY Western Trust
700 South Flower, 5th Floor
Los Angeles, CA 90017
Attn: Mr. Todd Duncan

Office of the U.S. Trustee
250 Montgomery Street, Suite 1000
San Francisco, CA 94104-3401
Attn: Mr. Stephen Johnson

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
Attn: Mr. Evan C. Hollander

WD 110801/1-1419904/956912/v1

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
&RABKIN
A Professional Corporation

-3-