UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: )  Bankruptcy No.: 01-30923 SFM11
) R.S. No.: KDG1
PACIFIC GAS AND ELECTRIC ) Hearing Date: Jan 3, 2002
COMPANY ) Time: 1:30 pm
)
Debtor(s) )
_____ )

**FILED**

DEC 20 2001

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: _____4/6/01_____ Chapter: 11
    Prior hearings on this obligation: _____None_____ Last Day to File §523/§727 Complaints:

(B) Description of personal property collateral (e.g. 1983 Ford Taurus): Various pumps, pipes, tanks and fittings.

   Secured Creditor [ ] or lessor [ x ]
   Fair market value:    $_____      Source of value: _____
   Contract Balance:     $_____      Pre-Petition Default:   $_____
   Monthly Payment:      $_____         No. of months: _____
   Insurance Advance:    $_____      Post-Petition Default:  $_____
                                             No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): N/A

   Fair market value: $_____    Source of value: _____  If appraisal, date: _____

   Moving Party's position (first trust deed, second, abstract, etc.):

   Approx. Bal.        $_____       Pre-Petition Default:   $_____
   As of (date): _____                 No. of months: _____
   Mo. payment:        $_____       Post-Petition Default:  $_____
   Notice of Default (date): _____     No. of months: _____
   Notice of Trustee's Sale: _____  Advances Senior Liens:  $_____

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

   Position                          Amount          Mo. Payment         Defaults

   1st Trust Deed: _____        $_____     $_____         $_____
   2nd Trust Deed: _____        $_____     $_____         $_____
   _____
   _____
   _____
                         (Total)     $_____     $_____         $_____

(D) Other pertinent information: Moving parties are about 232 plaintiffs in chromium litigation against Debtor pending in the Los Angeles County Superior Court. Debtor has objected to the claims filed by moving parties and seeks to transfer the resolution of their claims to the United States District Court. Moving parties request that the Court grant relief from the automatic stay so that the claims of the moving parties may be resolved in the Los Angeles County Superior Court for the reasons set forth in the Motion for Relief From Stay filed by moving parties.

Dated: December 18, 2001

T. Scott Belden, Attorneys for Moving Parties