```
1  WALTER J. LACK, State Bar No. 57550
   GARY A. PRAGLIN, State Bar No. 101256
2  JOY L. ROBERTSON, State Bar No. 165150
   ELIZABETH A. HERNANDEZ, State Bar No. 204322
3  ENGSTROM, LIPSCOMB & LACK
   A Professional Corporation
4  Sixteenth Floor
   10100 Santa Monica Boulevard
5  Los Angeles, California 90067-4107
   (310) 552-3800
6
   THOMAS V. GIRARDI, State Bar No. 36603
7  GIRARDI & KEESE
   1126 Wilshire Boulevard
8  Los Angeles, California 90017
   (213) 977-0211
9
   EDWARD L. MASRY, State Bar No. 31016
10 MASRY & VITITOE
   5707 Corsa Avenue, Second Floor
11 Westlake Village, California 91362
   (818) 991-8900
12
   Attorneys for Claimants/Plaintiffs
13
```

FILED

JAN 1 7 2002

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY, a California corporation,<br><br>        Debtor.<br><br>Federal I.D. No. 94-0742640 | Bankruptcy Case No.<br>01-30923 SFM11 - Chapter 11<br>[Assigned to: Judge Dennis Montali]<br><br>**CLAIMANTS' JOINDER IN NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>DATE:  January 3, 2002<br>TIME:  1:30 p.m.<br>PLACE: 235 Pine Street<br>       22nd Floor<br>       San Francisco, CA |

1

Claimants' Joinder in Notice of Motion and Motion for Relief From The Automatic Stay-01-30923 SFM11

1　　TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY
2　　JUDGE, THE UNITED STATES TRUSTEE, THE OFFICIAL COMMITTEE OF
3　　UNSECURED CREDITORS, THE DEBTOR AND DEBTOR-IN-POSSESSION, AND
4　　OTHER INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:
5　　　　**CLAIMANTS HEREBY** join in the Notice of Motion and Motion for Relief from
6　　the Automatic Stay which was filed by T. Scott Belden, Esq. of the law firm of Klein,
7　　DeNatale, Goldner, Cooper, Rosenlieb & Kimball, LLP, and which is scheduled to be
8　　heard on January 3, 2001 in the above-entitled court

10　　DATED: December 19th, 2001　　ENGSTROM, LIPSCOMB & LACK
　　　　　　　　　　　　　　　　　　GIRARDI & KEESE
11　　　　　　　　　　　　　　　　　MASRY & VITITOE

13　　　　　　　　　　　　　By: _[signature]_
14　　　　　　　　　　　　　　　　WALTER J. LACK
　　　　　　　　　　　　　　　　　GARY A. PRAGLIN
15　　　　　　　　　　　　　　　　JOY L. ROBERTSON
　　　　　　　　　　　　　　　　　ELIZABETH A. HERNANDEZ
16　　　　　　　　　　　　　　　　Attorneys for Claimants

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Boulevard, 16th Floor, Los Angeles, California 90067.

On December 19, 2001, I served the foregoing documents described as **CLAIMANTS' JOINDER IN NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY** on the interested parties in this action by placing a true copy thereof in a sealed envelope, with postage thereon fully prepaid in the United States mail at Los Angeles, California, addressed as follows:

### SEE ATTACHED SERVICE LIST

**X** (BY MAIL) I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid to the offices of the addressee(s) noted on the attached Service List. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**X** (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee.

**X** (BY FEDERAL EXPRESS) I caused such envelope(s) to be delivered by FEDERAL EXPRESS to the offices of the addressee(s) noted on the attached Service List.

___ (BY ELECTRONIC TRANSFER) I caused all of the pages of the above-entitled documents to be sent to the recipients noted via electronic transfer (FAX) at the respective telephone numbers indicated.

**X** (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

___ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 12, 2001 at Los Angeles, California.

MAUREEN JOHNSON                         _/s/ Maureen Johnson_
                                              Signature

## SERVICE LIST

Our File No.: 38000/1850

| | |
|---|---|
| Ernest J. Getto, Esquire<br>**LATHAM & WATKINS**<br>633 West Fifth, Suite 4000<br>Los Angeles, California 90071-2007<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763 | Attorneys for Defendant<br>PACIFIC GAS AND ELECTRIC<br>COMPANY<br>(Via Hand Delivery) |
| Thomas V. Girardi, Esquire<br>**GIRARDI & KEESE**<br>1126 Wilshire Boulevard<br>Los Angeles, California 90017<br>Telephone: (213) 977-0211<br>Facsimile: (213) 481-1554 | Attorneys for Plaintiffs<br>(Via U.S. Mail) |
| Edward L. Masry, Esquire<br>**MASRY & VITITOE**<br>5707 Corsa Avenue, 2nd Floor<br>Westlake Village, California 91362<br>Telephone: (818) 991-8900<br>Facsimile: (818) 991-6200 | Attorneys for Plaintiffs<br>(Via U.S. Mail) |
| Rene Tatro, Esquire<br>Craig S. Bloomgarden, Esquire<br>**TATRO COFFINO ZEAVIN BLOOMGARDEN**<br>1875 Century Park East, Suite 1220<br>Los Angeles, California 90067<br>Telephone: (310) 229-2493<br>Facsimile: (310) 229-2491 | Attorneys for Defendant,<br>PG&E<br>(Via Hand Delivery) |
| Office of the U.S. Trustee<br>Attention Stephen Johnston<br>250 Montgomery Street, Suite 1000<br>San Francisco, CA 94104-3401 | Via Federal Express |