FILED
FEB 0 1 2002
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY, a California corporation,<br><br>Debtor.<br><br>Federal I.D. No. 94-0742640 | Case No. 01-30923 DM<br><br>Chapter 11 Case<br><br>[No Hearing Requested] |

PLAN SUPPLEMENT DOCUMENTS FOR FIRST AMENDED
PLAN OF REORGANIZATION UNDER CHAPTER 11 OF
THE BANKRUPTCY CODE FOR PACIFIC GAS AND
ELECTRIC COMPANY PROPOSED BY PACIFIC GAS AND
ELECTRIC COMPANY AND PG&E CORPORATION
[Dated February 1, 2002]

This Plan Supplement contains the documents contemplated to be filed with the Bankruptcy Court on or before February 1, 2002 pursuant to Section 11.19 of the First Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code for Pacific Gas and Electric Company proposed by Pacific Gas and Electric Company and PG&E Corporation, dated December 19, 2001 (the "Plan"). Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to such terms in the Plan. The following documents are included in this Plan Supplement:

Exhibit 1    The Master Separation Agreement to be entered into by and among the Reorganized Debtor, the Parent, ETrans, GTrans, Gen and certain affiliates of such parties.

Exhibit 2    The Tax Matters Agreement to be entered into by and between the Reorganized Debtor and the Parent.

Exhibit 3    The Power Sales Agreement to be entered into by and between Gen and the Reorganized Debtor.

Exhibit 4    The Transportation and Storage Services Agreement to be entered

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

into by and between GTrans and the Reorganized Debtor.

| | |
|---|---|
| Exhibit 5 | Schedule 6.1(a)(i) to the Plan. |
| Exhibit 6 | Schedule 6.1(a)(ii) to the Plan. |
| Exhibit 7 | Schedule 6.1(b)(i) to the Plan. |
| Exhibit 8 | Schedule 6.1(b)(ii) to the Plan. |
| Exhibit 9 | Schedule 7.6(a) to the Plan.[1] |
| Exhibit 10 | Schedule 9.2 to the Plan. |

Pursuant to Section 11.11 of the Plan, the Proponents reserve the right to alter, amend, update, supplement or modify the Plan, which includes this Plan Supplement. This Plan Supplement may be inspected in the office of the Clerk of the Bankruptcy Court during normal court hours or through the "Pacific Gas & Electric Company Chapter 11 Case" link available through the website maintained by the Bankruptcy Court at http://www.canb.uscourts.gov. In addition, holders of Claims or Equity Interests may obtain a copy of the Plan Supplement upon written request to the Debtor at the address set forth in Section 11.15 of the Plan.

DATED: February 1, 2002

PACIFIC GAS AND ELECTRIC COMPANY

By: _____
Kent M. Harvey
Senior Vice President, Chief Financial Officer and Treasurer

PG&E CORPORATION

By: _____
Robert D. Glynn, Jr.
Chairman of the Board, Chief Executive Officer and President

---

[1] Schedule numbers for Exhibits 9 and 10 have changed in versions of the Plan lodged (but not filed) subsequent to the December 19, 2001 filing.

APPROVED AS TO CONTENT AND FORM:

HOWARD, RICE, NEMEROVSKI, CANADY,
  FALK & RABKIN
A Professional Corporation


By: /s/ James L. Lopes
Attorneys for Pacific Gas and Electric Company
Debtor and Debtor in Possession


WEIL, GOTSHAL & MANGES LLP


By: /s/ Craig Adas
Attorneys for PG&E Corporation


DEWEY BALLANTINE LLP


By: /s/ Alan Javer
Attorneys for PG&E Corporation