

COPY
FILED

02 MAR 13 PM 3:43

U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA.
SAN FRANCISCO, CA.

1　LATHAM & WATKINS
　　　Michael S. Lurey (State Bar No. 48235)
2　　　Ernest J. Getto (State Bar No. 55662)
　　　Kirk A. Wilkinson (State Bar No. 128367)
3　　　Cynthia H. Cwik (State Bar No. 141234)
4　633 West Fifth Street, Suite 4000
　Los Angeles, California 90071-2007
5　Telephone: (213) 485-1234
　Facsimile: (213) 891-8763
6

7　Attorneys for Pacific Gas and Electric Company,
　Debtor and Debtor in Possession
8

9　　　　　　UNITED STATES BANKRUPTCY COURT

10　　　　　　NORTHERN DISTRICT OF CALIFORNIA

11　　　　　　SAN FRANCISCO DIVISION

12　In re　　　　　　　　　　　| Bankruptcy Case No. 01-30923 SFM11

13　PACIFIC GAS AND ELECTRIC　| Chapter 11
　COMPANY, a California corporation,
14　　　　　　　　　　　　　　| [PROPOSED] ORDER DENYING CERTAIN
15　　　　　Debtor　　　　　　| CLAIMANTS' MOTION FOR RELIEF
　　　　　　　　　　　　　　　| FROM THE AUTOMATIC STAY
16
　　　　　　　　　　　　　　　| HEARING
17　Federal I.D. No. 94-0742640　| Date: January 3, 2002
　　　　　　　　　　　　　　　| Time: 1:30 p.m.
18　　　　　　　　　　　　　　| Place: 235 Pine Street, 22nd Floor
19　　　　　　　　　　　　　　|　　　San Francisco, CA 94104

20　　　　**THIS MATTER CAME BEFORE THE COURT** on the Claimants' Motion

21　For Relief From The Automatic Stay and Claimants' Joinder In Notice Of Motion And Motion

22　For Relief From The Automatic Stay (collectively the "Motion"), requesting that this Court lift

23　the automatic stay to allow certain civil suits pending against Pacific Gas and Electric Company

24　("PG&E") to proceed in the California state courts. Appearances were made as set forth in the

25　record of the hearing on the Motion and the Court's Memorandum Decision Regarding

26　Chromium Claims dated January 8, 2001.

27

28

**Latham & Watkins**
ATTORNEYS AT LAW
LOS ANGELES

[Proposed] Order Denying Claimantss' Motion for Relief
From the Automatic Stay

The Court having considering the Motion, PG&E's Opposition To the Motion. the other pleadings filed in connection with the Motion and the Opposition, the arguments and representations of counsel at the hearing on the Motion, and the record in this case,

**IT IS HEREBY ORDERED THAT:**

For the reasons set forth in the Court's Memorandum Decision, the Motion is denied for each of those individuals listed on Exhibit A, who are plaintiffs in the state court lawsuits pursued by counsel for the moving parties and identified on Exhibit A, but filed no claim in PG&E's Chapter 11 Case.

Dated: March 13, 2002

_____
DENNIS MONTALI
The Honorable Dennis Montali
United States Bankruptcy Judge

Submitted March 4, 2002 by:

Latham & Watkins
  Michael S. Lurey
  Ernest J. Getto
  Kirk A. Wilkinson
  Cynthia H. Cwik

By _____
  Kirk A. Wilkinson
  Attorneys for Pacific Gas and Electric
  Company, Debtor and Debtor-in-Possession

Latham & Watkins
ATTORNEYS AT LAW
LOS ANGELES

[Proposed] Order Denying Claimantss' Motion for Relief
2 From the Automatic Stay

Case: 01-30923   Doc# 5311   Filed: 03/13/02   Entered: 03/20/02 09:37:00   Page 2 of
2