DAVID L. NEALE (SBN 141225)
DANIEL H. REISS (SBN 150573)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.,
1801 Avenue of the Stars, Suite 1120
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for California Independent
System Operator, Inc.

FILED
MAR 2 2 2002
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC GAS & ELECTRIC COMPANY, a California corporation,<br><br>Debtor.<br><br>Federal I.D. No. 94-0742640 | Case No. 01-30923 DM<br><br>Chapter 11<br><br>**LIMITED OBJECTION BY CALIFORNIA INDEPENDENT SYSTEM OPERATOR CORPORATION TO PG&E'S MOTION FOR ORDER DETERMINING PROCEDURES FOR ESTIMATING CERTAIN CLAIMS FOR PLAN FEASIBILITY PURPOSES**<br><br>Date: March 27, 2002<br>Time: 9:30 a.m.<br>Place: 235 Pine St., 22nd Floor<br>San Francisco, CA |

TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE:

The California Independent System Operator Corporation ("ISO") hereby submits its limited objection to the Motion (the "Motion") filed by Pacific Gas and Electric Company, debtor and debtor in possession in this Chapter 11 case (the "Debtor") for an order determining procedures for estimating certain claims for plan feasibility purposes.

15747\541342.1

While the ISO does not generally oppose the relief requested by the Debtor in the Motion, the ISO does object to the inclusion of the claim asserted by the ISO within the category of claims characterized in the Motion as "Generator Claims." In the Motion, the Debtor defines "Generator Claims" as including "all claims by generators and related entities such as the PX and ISO which have filed timely POCs alleging amounts owed pre-petition..." Motion, p. 4, fn. 6. However, the issues identified by the Debtor as relevant to the need for estimation of so-called "Generator Claims" are wholly inapplicable to the claim asserted by the ISO.

The ISO's claim represents sums payable by the Debtor directly to the ISO for grid management charges and related expenses incurred by the ISO and attributable to the Debtor[1]. The ISO has not asserted any claims against the Debtor that are intended to benefit the market served by the ISO; to the contrary, the ISO has notified its market participants of its position that it will not pursue claims against the Debtor on any market participant's behalf. Generators and other market participants are responsible for pursuing their own claims and cannot rely upon the ISO to do so on their behalf. Given

---

[1] The ISO's proof of claim is premised upon the Debtor's obligation to the ISO for corporate fees, FERC fees, dues, grid management charges, RMR charges and interest and certain litigation claims. The total amount of the claim asserted by the ISO is $156,627,460.48. The ISO's claim is neither "contingent" nor "unliquidated" requiring the type of estimation proposed by the Debtor. See Motion, pp. 7-14.

15747\541342.1

2

the nature of the ISO's claim in this case, there is no need or basis for including the ISO's claim within the "Generator Claims" subject to the estimation procedure proposed by the Debtor.

Finally, as a matter of clarification, the Motion makes reference to sums allegedly "owed" by the ISO to generators and other market participants and to purchases of power allegedly "made" by the ISO. See Motion, p. 32, line 22; p. 33, lines 17-18. The ISO serves a market function designed to coordinate the activities of buyers and sellers of power and does not purchase power for its own account. Either the Department of Water Resources or the utility charged with the responsibility for serving specific load requirements is ultimately responsible for the purchase of power from generators. The Motion improperly suggests that the ISO may have some ultimate liability to generators for the purchase of power; while this is obviously not the focus of the relief requested in the Motion, the Debtor's contention regarding potential liability of the ISO is unsupported in fact or law and is misleading.

WHEREFORE, the ISO respectfully requests that the Court enter an order (i) exempting from the claims described as "Generator Claims" subject to the estimation procedure proposed by the Debtor the claim filed by the ISO; and (ii)

granting such other and further relief as is just and proper under the circumstances.

Dated: March 22, 2002

CALIFORNIA INDEPENDENT
SYSTEM OPERATOR CORPORATION

By: /s/ David L. Neale/rgf
DAVID L. NEALE
LEVENE, NEALE, BENDER, RANKIN
  & BRILL L.L.P.
Attorneys for California
Independent System Operator
Corporation