FILED
MAR 2 5 2002
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY, a California corporation,<br><br>Debtor.<br><br>Federal I.D. No. 94-0742640 | Bankruptcy Case No.<br>01-30923 SFM11 - Chapter 11<br>[Assigned to: Judge Dennis Montali]<br><br>**NOTICE OF ENTRY OF ORDER DENYING MOTION TO CERTIFY AND TRANSFER THE PERSONAL INJURY CHROMIUM CLAIMS** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Please take notice that on _____ MAR 2 5 2002 _____ the above entitled court entered its order Denying Debtor and Debtor-in-Possession's Motion to Certify and Transfer the Personal Injury Chromium Claims.

ENGSTROM,
LIPSCOMB
& LACK

::ODMA\GRPWISE\ELLDOM.ELLPO.Documents:166160.1

1

5447

| | |
|---|---|
| 1 | Copies of said Order were mailed by the Clerk on MAR 2 5 2002. |
| 2 | Date: MAR 2 5 2002     By: Miriam Huichapan |

3  Dated: March 5, 2002            Respectfully submitted,

4                                  ENGSTROM, LIPSCOMB & LACK

6                                  By: _____
7                                  WALTER J. LACK
                                   GARY A. PRAGLIN
8                                  JOY L. ROBERTSON
                                   ELIZABETH A. HERNANDEZ
9                                  Attorneys for the Claimants in the
                                   "Lack Lawsuits"

ENGSTROM,
LIPSCOMB
& LACK

::ODMA\GRPWISE\ELLDOM.ELLPO.Documents:166160.1

2

Notice of Entry of Order- Bankruptcy Case No. 01-30923 SFM11

# SERVICE LIST

## Our File No.: 38000/1850

| | |
|---|---|
| Walter J. Lack, Esquire<br>Gary A. Praglin, Esquire<br>**ENGSTROM, LIPSCOMB & LACK**<br>10100 Santa Monica Blvd., 16th Floor<br>Los Angeles, CA 90067-4107<br>Telephone: (310) 552-3800<br>Facsimile: (310) 552-9434 | Attorneys for Plaintiffs<br><br>(Via U.S. Mail) |
| Thomas Anton, Esquire<br>**LAW OFFICE OF THOMAS ANTON**<br>1605 G. Street<br>P.O. Box 2127<br>Bakersfield, CA 93303<br>Telephone: (661) 327-7051<br>Facsimile: (661) 327-4755 | Attorneys for Plaintiffs<br><br>(Via U.S. Mail) |
| T. Scott Belden, Esquire<br>**KLEIN, DENATALIE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP.**<br>P.O. Box 11172<br>Bakersfield, CA 93389-1172<br>Telephone: (661) 395-1000<br>Facsimile: (661) 623-0418 | Attorneys for Plaintiffs<br><br>(Via U.S. Mail) |
| Ernest J. Getto, Esquire<br>**LATHAM & WATKINS**<br>633 West Fifth, Suite 4000<br>Los Angeles, California 90071-2007<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763 | Attorneys for Defendant<br>PACIFIC GAS & ELECTRIC<br>COMPANY<br><br>(Via U.S. Mail) |
| Thomas V. Girardi, Esquire<br>**GIRARDI & KEESE**<br>1126 Wilshire Boulevard<br>Los Angeles, California 90017<br>Telephone: (213) 977-0211<br>Facsimile: (213) 481-1554 | Attorneys for Plaintiffs<br><br>(Via U.S. Mail) |
| Edward L. Masry, Esquire<br>**MASRY & VITITOE**<br>5707 Corsa Avenue, 2nd Floor<br>Westlake Village, California 91362<br>Telephone: (818) 991-8900<br>Facsimile: (818) 991-6200 | Attorneys for Plaintiffs<br><br>(Via U.S. Mail) |

::ODMA\GRPWISE\ELLDOM.ELLPO.Documents:160275.1

| | | |
|---|---|---|
| 1 | Rene Tatro, Esquire<br>Craig S. Bloomgarden, Esquire<br>**TATRO COFFINO ZEAVIN BLOOMGARDEN**<br>1875 Century Park East, Suite 1220<br>Los Angeles, California 90067<br>Telephone: (310) 229-2493<br>Facsimile: (310) 229-2491 | Attorneys for Defendant<br>PG&E<br><br>(Via U.S. Mail) |
| 5 | Office of the U.S. Trustee<br>Attention Stephen Johnston<br>250 Montgomery Street, Suite 1000<br>San Francisco, CA 94104-3401 | (Via U.S. Mail) |

ENGSTROM,
LIPSCOMB
& LACK

::ODMA\GRPWISE\ELLDOM.ELLPO.Documents:160275.1