UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY, a California Corporation,<br><br>Debtor,<br><br>Federal I.D. No. 94-0742640 | Bankruptcy Case No. 01-30923SFM11<br>[Assigned to Judge Dennis Montali]<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

On January 3, 2002 at 1:30 p.m. in the above-entitled court, the parties appeared, by and through their counsel, at the hearing on Claimants' Motion for Relief from Automatic Stay before the Honorable Dennis Montali. Walter J. Lack, Esq. appeared on behalf of the Chromium Claimants represented by Engstrom, Lipscomb & Lack, Girardi & Keese, and Masry & Vititoe (collectively referenced to as the "Lack Lawsuits"). T. Scott Belden, Esq. and Thomas J. Anton, Esq. appeared on behalf of the Chromium Claimants represented by Klein, DeNatale, Goldner, Cooper, Rosenlieb & Kimball, LLP, Thomas Anton & Associates, the Law Offices of Michael P. Dolan (collectively referred to as the "Belden Lawsuits"). Michael S. Lurey, Esq. appeared on behalf of Pacific Gas & Electric Company.

After having considered Claimants' Motion for Relief from Automatic Stay together with oral arguments of counsel, and based upon the findings of fact and conclusions of law set forth in

the Memorandum Decision Regarding Chromium Claims issued by the Court on January 8, 2002, and good cause appearing, IT IS HEREBY ORDERED as follows:

    1. That Claimant's Motion for Relief from Automatic Stay is GRANTED in part and DENIED in part, without prejudice;

    2. The automatic stay of Section 362(a)(1) of the United States Bankruptcy Code is hereby modified for the limited purpose of allowing the individuals identified in Exhibits "1" and "2" hereto (the "Chromium Claimants") to prosecute their actions pending in the Los Angeles County Superior Court against Debtor to and including a final judgment;

    3. The Chromium Claimants shall not be entitled to enforce, assess, or recover any judgment or settlement against Debtor, except as otherwise provided in the United States Bankruptcy Code. ¥

DATED: MAR 13 2002

DENNIS MONTALI
The Honorable Dennis Montali
Judge of the United States Bankruptcy Court
for the Northern District of California

¥ see attached rider

Presented By:

KLEIN, DENATALE, GOLDNER
COOPER, ROSENLIEB & KIMBALL, LLP

By:_____
T. SCOTT BELDEN
Attorneys for the Claimants in the "Belden Lawsuits"

ENGSTROM, LIPSCOMB & LACK

By:_____
WALTER J. LACK
Attorneys for the Claims in the "Lack Lawsuits"

::ODMA\GRPWISE\ELLDOM.ELLPO.Documents:165731.1    2

ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

Case: 01-30923    Doc# 5449    Filed: 03/13/02    Entered: 03/25/02 11:58:00    Page 2 of 3

 

RIDER -- Pacific Gas and Electric Company (Case No. 01-30923)

The court has received a letter dated March 6, 2002, from counsel for Pacific Gas and Electric Company referencing "problems ... regarding decedents ... not corrected in Exhibit 2." Any necessary substitutions or corrections regarding these decedents can be handled by the state court.