

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE DENNIS MONTALI, JUDGE

In Re: ) Case No. 01-30923 DM
) Chapter 11
PACIFIC GAS and ELECTRIC COMPANY, )
a California corporation, )
)
)
Debtor. )
) Wednesday, March 27, 2002
) San Francisco, California

Debtor's Motion for order determining procedures for estimating certain claims for plan feasibility purposes; and ruling on Debtor's motion for order a) approving settlement and support agreement by and among plan proponents and senior debtholders and b) authorizing payment of pre and postpetition interest to holders of undisputed claims in certain classes and c) authorizing payment of fees and expenses of indenture trustees and paying agents and d) authorizing Debtor to enter into similar settlements.

FILED
APR - 5 2002
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Appearances:

For the Debtor: Howard, Rice, Nemerovski, Canady, Falk & Rabkin
By: James L. Lopes, Janet Nexon, Jeffrey L. Schaffer, Attorneys at Law
Three Embarcadero Center, Seventh Floor
San Francisco, California 94111-4065

For Linda Ekstrom, U.S. Trustee: U.S. Department of Justice
Office of the U.S. Trustee
By: Stephen L. Johnson, Attorney-Advisor
250 Montgomery Street, Suite 1000
San Francisco, California 94104

Appearances continued on next page.

PALMER REPORTING SERVICES
P. O. Box 30727    Stockton, California 95213-0727    (800) 665-6251

5805