GORDON P. ERSPAMER (BAR NO. 83364)
ANDREW B. SABEY (BAR NO. 160416)
ROGER E. COLLANTON (BAR NO. 178831)
CESAR A. ALVARADO (BAR NO. 193973)
MORRISON & FOERSTER LLP
101 Ygnacio Valley Road, Suite 450
P.O. Box 8130
Walnut Creek, California 94596-8130
Telephone: (925) 295-3300
Facsimile: (925) 946-9912

ADAM A. LEWIS (Bar No. 88736)
MORRISON & FOERSTER
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-72232
Facsimile: (415) 268-7522

Attorneys for
SIERRA PACIFIC INDUSTRIES

FILED MAY - 3 2002
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

PACIFIC GAS AND ELECTRIC COMPANY, a California corporation

Debtor.

Federal I.D. No. 94-0742640

Case No. 01 30923 DM

(Chapter 11)

ORDER DENYING, WITHOUT PREJUDICE, PG&E'S MOTION FOR ORDER DETERMINING CLAIMS ESTIMATION PROCEDURES FOR FEASIBILITY PURPOSES AS TO SIERRA PACIFIC INDUSTRIES

Date: March 27, 2002
Time: 9:30 a.m.
Place: Hon. Dennis Montali
235 Pine Street, 22nd Fl.
San Francisco, California 94104

ORDER DENYING DEBTOR'S MO. TO ESTIMATE CLAIMS AS TO SIERRA PACIFIC INDUSTRIES
sf-1294603

Having been duly noticed, PG&E's Motion for Order Determining Procedures for Estimating Certain Claims for Plan Feasibility Purposes (dated March 1, 2002) (the "Motion"). James L. Lopes, Esq., and Jeffrey L. Schaeffer, Esq., of Howard, Rice, Nemerovski, Canady, Falk & Rabin appeared for Pacific Gas and Electric Company. Adam A. Lewis, Esq., of Morrison & Foerster appeared for Sierra Pacific Industries. Having considered the moving and opposing papers and the arguments of counsel, for the reasons stated on the record,

IT IS HEREBY ORDERED, that the Motion is denied without prejudice as to Sierra Pacific Industries.

Dated: May 3, 2002

DENNIS MONTALI
UNITED STATES BANKRUPTCY JUDGE

APPROVED AS TO FORM

GORDON P. ERSPAMER
ANDREW B. SABEY
ROGER E. COLLANTON
CESAR A. ALVARADO

and

ADAM A. LEWIS

MORRISON & FOERSTER LLP

By: /s/ Adam A. Lewis
    Adam A. Lewis
Attorneys for SIERRA PACIFIC
         INDUSTRIES

ROGER T. PETERS
LATHAN T. ANNAND
MICHAEL D. WHELAN
PACIFIC GAS AND ELECTRIC COMPANY

JAMES L. LOPES
JEFFERY L. SCHAFFER
JANET A. NEXON
HOWARD, RICE NEMEROVSKI, CANADY, FALK & RABIN

By: /s/ Jeffrey L. Schaffer
    Jeffrey L. Schaffer
Attorneys for PACIFIC GAS AND
         ELECTRIC COMPANY