JAMES L. LOPES (No. 63678)
JEFFREY L. SCHAFFER (No. 91404)
JANET A. NEXON (No. 104747)
HOWARD, RICE, NEMEROVSKI, CANADY,
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4065
Telephone: 415/434-1600
Facsimile: 415/217-5910

Attorneys for Debtor and Debtor in Possession
PACIFIC GAS AND ELECTRIC COMPANY

FILED
02 MAY 16 AM 9:31
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA.
SAN FRANCISCO, CA.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

PACIFIC GAS AND ELECTRIC
COMPANY, a California corporation,

Debtor.

Federal I.D. No. 94-0742640

Case No. 01-30923 DM

Chapter 11 Case

Date: March 27, 2002
Time: 9:30 a.m.
Place: 235 Pine Street, 22nd Floor
       San Francisco, California
Judge: Honorable Dennis Montali

ORDER GRANTING IN PART AND, WITHOUT PREJUDICE, DENYING IN PART
PG&E'S MOTION FOR ORDER DETERMINING PROCEDURES FOR ESTIMATING
CERTAIN CLAIMS FOR PLAN FEASIBILITY PURPOSES

PG&E's Motion For Order Determining Procedures For Estimating Certain Claims For Plan Feasibility Purposes (the "Motion") came on regularly for hearing at 9:30 a.m. on March 27, 2002 (the "Hearing") before the undersigned Bankruptcy Judge. James L. Lopes and Jeffrey L. Schaffer of the law firm of Howard, Rice, Nemerovski, Canady, Falk & Rabkin, A Professional Corporation, appeared on behalf of the debtor Pacific Gas and Electric Company; Robert Jay Moore of the law firm of Milbank, Tweed, Hadley & McCloy LLP appeared on behalf of the Official Committee of Unsecured Creditors; G. Larry Engel of the law firm of Brobeck, Phleger & Harrison LLP appeared on behalf of the

City and County of Palo Alto; William Bates III of the law firm of McCutchen, Doyle, Brown & Enersen, LLP appeared on behalf of Reliant Energy Services, Inc.; Adam A. Lewis and Patricia Mar of the law firm of Morrison & Foerster LLP appeared on behalf of AES Newenergy, Inc., Avista Energy, Inc., El Paso Merchant Energy, LP, Idaho Power Company, New West Energy Corporation and Sierra Pacific Industries; Alan Estes III of the Law Offices of Joseph W. Carcione, Jr. appeared on behalf of Craig Hyman et al.; Don Gaffney of the law firm of Snell & Wilmer, LLP appeared on behalf of Arizona Public Service Company; Marc Cohen of the law firm of Kaye, Scholer, Fierman, Hays and Handler LLP appeared on behalf of the Official Committee of Participant Creditors of the California Power Exchange Case, and Karl J. Fingerhood and Brenda Collins of the Environmental Enforcement Section of the United States Department of Justice appeared on behalf of the United States Environmental Protection Agency. Other appearances, if any, were as noted on the record at the Hearing.

The Court having determined that adequate notice of the Motion was given to parties in interest as appropriate under the circumstances, and the Court having considered the various pleadings, declarations and other materials filed in support of or in opposition to the Motion, and the Court having considered the arguments of counsel at the Hearing, and the Court having stated and adopted its findings of fact and conclusions of law orally on the record at the Hearing pursuant to Rules 7052(a) and 9014 of the Federal Rules of Bankruptcy Procedure, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Motion is granted ~~in part~~ as to the Employment Claims, the Environmental Claims and the Tort Claims, and

ORDER ON PG&E'S MOTION FOR ORDER DETERMINING PROCEDURES FOR ESTIMATING CERTAIN CLAIMS, ETC.

2. The Motion is denied, without prejudice, as to the Commercial Claims, the ESP Claims, the Generator Claims and the SPI Claim,

    in each case to the extent and for the reasons stated on the record at the Hearing, which are hereby incorporated by reference herein.

DATED: MAY 1 5 2002

DENNIS MONTALI
_____
HONORABLE DENNIS MONTALI
UNITED STATES BANKRUPTCY JUDGE