JAMES L. LOPES (No. 63678)
JEFFREY L. SCHAFFER (No. 91404)
WILLIAM J. LAFFERTY (No. 120814)
HOWARD, RICE, NEMEROVSKI, CANADY,
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4065
Telephone: 415/434-1600
Facsimile: 415/217-5910

Attorneys for Debtor and Debtor in Possession
PACIFIC GAS AND ELECTRIC COMPANY

FILED
MAY 20 2002
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY, a California corporation,<br><br>Debtor.<br><br>Federal I.D. No. 94-0742640 | Case No. 01-30923 DM<br><br>Chapter 11 Case |

SCHEDULING ORDER SUPPLEMENTING
ORDERS APPROVING DISCLOSURE
STATEMENT FOR PLAN OF REORGANIZATION
UNDER CHAPTER 11 OF THE BANKRUPTCY CODE FOR
PACIFIC GAS AND ELECTRIC COMPANY (DATED APRIL 19, 2002) AND
DISCLOSURE STATEMENT FOR THE CALIFORNIA PUBLIC UTILITIES
COMMISSION'S PLAN OF REORGANIZATION UNDER CHAPTER 11 FOR
PACIFIC GAS AND ELECTRIC COMPANY (DATED MAY 17, 2002)

At a hearing held on April 24, 2002, the Court approved the Disclosure Statement for Plan of Reorganization Under Chapter 11 of the Bankruptcy Code for Pacific Gas and Electric Company Proposed by Pacific Gas and Electric Company and PG&E Corporation (Dated April 19, 2002), filed herein by Pacific Gas and Electric Company, debtor and debtor in possession herein ("PG&E"), and PG&E Corporation (the "PG&E Disclosure

Statement"), and an Order Approving Disclosure Statement for Plan of Reorganization Under Chapter 11 of the Bankruptcy Code was entered on April 24, 2002 following such hearing. At the hearing, notwithstanding Rule 3017(c) of the Federal Rules of Bankruptcy Procedure, the Court postponed setting a date for (i) the last day for holders of claims and interests to accept or reject the Plan of Reorganization Under Chapter 11 of the Bankruptcy Code for Pacific Gas and Electric Company Proposed by Pacific Gas and Electric Company and PG&E Corporation [Dated April 19, 2002] (the "PG&E Plan") and (ii) the hearing on confirmation of the PG&E Plan, until the hearing on approval of the Disclosure Statement for the California Public Utilities Commission's Plan of Reorganization under Chapter 11 for Pacific Gas and Electric Company [Dated May 17, 2002] (the "Commission Disclosure Statement").

Commencing on May 9, and continuing on May 15, 2002, the Court held a hearing on the Commission Disclosure Statement, and a hearing on the Motion by PG&E and the CPUC for Order (i) Approving Notices of Non-Voting Status, Notices to Parties to Executory Contracts and Notice to State Agencies; and (ii) Approving Voting Solicitation Procedures, Forms of Voting Ballots, Voting Timetable and Tabulation Procedures (the "Voting Procedures Motion"). The Commission Disclosure Statement was approved by the Court pursuant to an order entered herein on May [17], 2002, and the Voting Procedures Motion was approved pursuant to an Order Granting Motion by PG&E and the CPUC for Order (i) Approving Notices of Non-Voting Status, Notices to Parties to Executory Contracts and Notice to State Agencies; and (ii) Approving Voting Solicitation Procedures, Forms of Voting Ballots, Voting Timetable, and Tabulation Procedures (the "Voting Procedures Order"), entered herein on May [20], 2002.

IT IS HEREBY ORDERED that:

1. The April 24, 2002 Order and May [17], 2002 Order approving the PG&E Disclosure Statement and CPUC Disclosure Statement, respectively, are reaffirmed as of this date.

2. The hearing to consider confirmation of the PG&E Plan and the Plan of Reorganization under Chapter 11 for Pacific Gas and Electric Company [Dated May 17, 2002] filed by the California Public Utilities Commission (the "Commission Plan") shall commence on August 1, 2002 at 9:30 a.m. at the United States Bankruptcy Court, 235 Pine Street, 22nd Floor, San Francisco, California. The Confirmation Hearing shall commence with a status conference to establish (i) discovery procedures with respect to any objections to confirmation which are filed in accordance with the procedures set forth in paragraphs 3 and 4 below; (ii) a briefing schedule with respect to issues to be presented in connection with confirmation of the Plans; and (iii) a schedule for continuation of the Confirmation Hearing; provided, however, that the Confirmation Hearing may be adjourned from time to time without prior or other notice, other than an announcement of the adjourned hearing date at the Confirmation Hearing. Any party who files an objection to confirmation (or such party's designee) must appear at the August 1, 2002 hearing, failing which such objection will be denied for want of prosecution.

3. Any objection to confirmation of the PG&E Plan or the Commission Plan must (a) be in writing, (b) set forth the name and address of the objecting party, the nature of the Claim or Interest of such party, the nature of the objection and the legal basis therefor (as described more fully in Paragraph 4, below), (c) describe any discovery that such objecting party desires to conduct in connection with the objections presented, and (d) be filed with and received by the Clerk of the United States Bankruptcy Court for the Northern District of California (including a copy for Chambers of the Honorable Dennis Montali), together with proof of service thereof, and served upon and received by the following parties, no later than 4:00 p.m., Pacific time, on July 17, 2002: (1) Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 7442, San Francisco, California 94120, Attn: General Counsel; (2) PG&E Corporation, One Market, Spear Street Tower, Suite 2400, San Francisco, California 94105, Attn: General Counsel; (3) Howard, Rice, Nemerovski, Canady, Falk & Rabkin, A Professional Corporation, Attorneys for Pacific Gas and Electric Company, Three Embarcadero Center, 7th Floor, San Francisco, California 94111, Attn: James L. Lopes;

(4) Dewey Ballantine LLP, Attorneys for PG&E Corporation, Two Houston Center, 909 Fanin Street, Suite 1100, Houston, Texas 77010, Attn: Alan Gover; (5) Weil, Gotshal & Manges LLP, Attorneys for PG&E Corporation, 767 Fifth Avenue, New York, New York 10153, Attn: Michael Kessler; (6) The Office of the United States Trustee, 250 Montgomery Street, Suite 1000, San Francisco, California 94104, Attn: Stephen L. Johnson; (7) Milbank, Tweed, Hadley & McCloy LLP, Attorneys for Official Unsecured Creditors' Committee, 601 South Figueroa Street 30th Floor, Los Angeles, California 90017, Attn: Robert Moore; (8) The California Public Utilities Commission, 505 Van Ness Avenue, San Francisco, California 94111, Attn: Gary M. Cohen; and (9) Paul, Weiss, Rifkind, Wharton & Garrison, Attorneys for the California Public Utilities Commission, 1285 Avenue of the Americas, New York, New York 10019-6064, Attn: Alan W. Kornberg.

4. Objections to the Plan(s) shall briefly state the grounds on which each objection is based in a manner which is sufficient to give notice to the proponents of the Plan(s) of the nature of the objections, but shall NOT include a memorandum of legal or factual points and authorities or other discussion of the legal theories for the objection.

5. On or before July 22, 2002, the Commission and PG&E shall file with the Court and serve on any party who filed an objection pursuant to Paragraphs 3 and 4 above, a motion setting forth a proposed discovery protocol, which motion also shall be heard on August 1, 2002 at 9:30 a.m.

6. August 12, 2002 shall be the last day for holders of claims and interests to cast a ballot to accept or reject the PG&E Plan and/or the Commission Plan and, as appropriate, to indicate a preference if both Plans are accepted. Procedures for voting to accept or reject the Plans (and state a preference, as applicable) are as set forth in the Voting Procedures Order.

DATED: May 20, 2002

DENNIS MONTALI

UNITED STATES BANKRUPTCY JUDGE