Richard T. Peters (SBN 051908)
Kristin E. Richner (SBN 211515)
SIDLEY AUSTIN BROWN & WOOD LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: 213-896-6000
Facsimile: 213-896-6600

Attorneys for Nevada Power Company and
Sierra Pacific Power Company

FILED

JUN - 3 2002

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>a California corporation,<br><br>Debtor.<br><br>Federal I.D. No. 94-0742640 | Case No.: 01-30923 DM<br><br>Chapter 11<br><br>Date: June 17, 2002<br>Time: 1:20 p.m.<br>Place: 235 Pine Street, 22nd Floor<br>San Francisco, California |

## RESPONSE TO DEBTOR'S OMNIBUS OBJECTION TO DUPLICATE PX AND GENERATOR CLAIMS

Nevada Power Company ("NPC") and Sierra Pacific Power Company ("SPPC") filed Proofs of Claim Nos. 7904 and 7903 which are subject to the Debtors' Omnibus Objection to Duplicate PX and Generator Claims ("Objection"). Accordingly, NPC and SPPC hereby submit the following joint Response to the Objection:

### $1.518 Billion Cap on PX Claim No. 7411 and Generator Claims[1]

First, the Objection requests that PX Claim No. 7411 (the "PX Claim") and the Generator Claims (as listed on Exhibit A to the Objection) be allowed in the maximum aggregate amount of approximately $1.518 billion, subject to further reconciliations, plus applicable interest

---

[1] Capitalized terms used but not defined herein shall be ascribed the meaning given those terms in the Objection.

thereon. Because NPC and SPPC have not seen or reviewed the PX Claim, the requested cap on the aggregate claims amount is only acceptable to NPC and SPPC to the extent that, after taking into account all other Generator Claims, the full amount of NPC and SPPC's claims for power sold through the PX have been included within the requested cap. If it is determined that the cap is not sufficient, or that any portion of the NPC and SPPC claims for power sold through the PX are not included in the PX Claim, NPC and SPPC object to such capping of the total aggregate claims amount at $1.518 billion.

Additionally, to the extent that both the PX Claim in the approximate amount of $1.760 billion and the requested maximum aggregate claims amount (for both the PX Claim and the Generator Claims) of $1.518 billion are subject to future "adjustments" and "reconciliations," NPC and SPPC accept the concept of future adjustments provided that such amounts may be adjusted either upward or downward, as was represented to the Unofficial Cal PX Sellers' Committee on May 30, 2002 by Debtor's counsel.

### SPPC's Refund Claim

Second, part of SPPC's claim which the Debtor is seeking to disallow is a refund claim which is unrelated to SPPC's claim against the Debtor for power sold through the PX. Accordingly, because this refund claim cannot be asserted by the PX, the portion of SPPC's claim attributable to its refund claim is necessarily not duplicative of the PX Claim and should be unaffected by the Objection. If the Debtor purports to in any way limit or disallow the refund claim portion of SPPC's claim, SPPC objects to such treatment.

### Recovery/Distribution to NPC and SPPC through the PX

Third, if the recovery or distributions ultimately determined to be owing to NPC and SPPC are passed through the PX to the generators, NPC and SPPC hereby do not object to such pass-through, provided that no deductions are taken by the PX for any costs such as administrative fees, expenses or setoffs resulting from flowing the distributions (which are owed directly to NPC and SPPC, respectively) through the PX chapter 11 estate.

Provided that the PX Claim fully incorporates the NPC and SPPC's claims for power sold through the PX, that the portion of SPPC's claim pertaining to its refund claim is not subject to

-2-

| | |
|---|---|
| 1 | the Objection, and that no costs or administrative expenses are deducted from NPC and SPPC's |
| 2 | distributions on behalf of their claims if such distributions are passed through the PX, NPC and |
| 3 | SPPC do not object to the relief requested in the Objection. |

Dated: May 31, 2002

SIDLEY AUSTIN BROWN & WOOD LLP

By: *(signature)* Kristin E. Richner
Richard T. Peters
Kristin E. Richner
Attorneys for Nevada Power Company and Sierra Pacific Power Company

# PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           ) ss
COUNTY OF LOS ANGELES      )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Sidley Austin Brown & Wood LLP, 555 West Fifth Street, Suite 4000, Los Angeles, California 90013-1010.

On May 31, 2002, I served the foregoing document described as **RESPONSE TO DEBTOR'S OMNIBUS OBJECTION TO DUPLICATE PX AND GENERATOR CLAIMS** on all interested parties in this action as follows:

**See attached Service List.**

I served the foregoing document by U.S. Mail, as follows: I placed true copies of the document in a sealed envelope addressed to each interested party as shown above. I placed each such envelope with postage thereon fully prepaid, for collection and mailing at Sidley Austin Brown & Wood LLP, Los Angeles, California. I am readily familiar with Sidley Austin Brown & Wood LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on May 31, 2002, at Los Angeles, California.

_____
Janet S. Kobayashi

# Service List

Counsel / Pacific Gas & Electric Company
James L. Lopes, Esq.
Gary M. Kaplan, Esq.
Howard, Rice, Nemerovski, Canady, Falk & Rabkin
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4065

Counsel / Official Committee of Unsecured Creditors
Robert Jay Moore, Esq.
Paul S. Aronzon, Esq.
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street
Los Angeles, CA 90017

Office of the United States Trustee
Stephen L. Johnson, Esq.
Office of the United States Trustee
250 Montgomery Street, Suite 1000
San Francisco, CA 94104-3401

Chairman of California Power Exchange Participants' Committee
Howard J. Weg, Esq.
Peitzman, Glassman & Weg LLP
1801 Avenue of the Stars, Suite 1225
Los Angeles, CA 90067

Counsel / Official Committee of Participant Creditors
Marc S. Cohen, Esq.
Ashleigh A. Danker, Esq.
Kaye Scholer LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067-6048

Counsel / California Power Exchange Corporation
Joseph A. Eisenberg, Esq.
Jeffer, Mangels Butler & Marmaro
2121 Avenue of the Stars, 10th Floor
Los Angeles, CA 90067-5010