UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION



FILED
JUN - 5 2002
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

In re

PACIFIC GAS AND ELECTRIC COMPANY, a California corporation,

Debtor.

Federal I.D. No. 94-0742640

Case No. 01-30923 DM

Chapter 11 Case

[No Hearing Requested]

# AMENDED AND RESTATED PLAN SUPPLEMENT DOCUMENTS FOR PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE FOR PACIFIC GAS AND ELECTRIC COMPANY PROPOSED BY PACIFIC GAS AND ELECTRIC COMPANY AND PG&E CORPORATION
[Dated April 19, 2002]

This Amended and Restated Plan Supplement amends and restates the Plan Supplement Documents filed herein on February 1, 2002, and contains the documents contemplated to be filed with the Bankruptcy Court pursuant to Section 11.19 of the Plan of Reorganization Under Chapter 11 of the Bankruptcy Code for Pacific Gas and Electric Company proposed by Pacific Gas and Electric Company and PG&E Corporation [Dated April 19, 2002] (the "Plan"). Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to such terms in the Plan. The following documents are included in this Amended and Restated Plan Supplement:

    Exhibit 1    The Master Separation Agreement to be entered into by and among the Reorganized Debtor, the Parent, ETrans, GTrans, Gen and certain affiliates of such parties.

    Exhibit 2    The Tax Matters Agreement to be entered into by and between the Reorganized Debtor and the Parent.

    Exhibit 3    The Power Sales Agreement to be entered into by and between Gen and the Reorganized Debtor.

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
&RABKIN
A Professional Corporation

| | | |
|---|---|---|
| Exhibit 4 | The Transportation and Storage Services Agreement to be entered into by and between GTrans and the Reorganized Debtor. | |
| Exhibit 5 | Schedule 6.1(a)(i) to the Plan. | |
| Exhibit 6 | Schedule 6.1(a)(ii) to the Plan. | |
| Exhibit 7 | Schedule 6.1(b)(i) to the Plan. | |
| Exhibit 8 | Schedule 6.1(b)(ii) to the Plan. | |
| Exhibit 9 | Schedule 7.4(a) to the Plan. | |
| Exhibit 10 | Schedule 11.18 to the Plan. | |
| Exhibit 11 | Pending Litigation Claims | |

Pursuant to Section 11.11 of the Plan, the Proponents reserve the right to alter, amend, update, supplement or modify the Plan, which includes this Amended and Restated Plan Supplement. This Amended and Restated Plan Supplement may be inspected in the office of the Clerk of the Bankruptcy Court during normal court hours or through the "Pacific Gas & Electric Company Chapter 11 Case" link available through the website maintained by the Bankruptcy Court at http://www.canb.uscourts.gov. In addition, holders of Claims or Equity Interests may obtain a copy of the Amended and Restated Plan Supplement upon written request to the Debtor at the address set forth in Section 11.15 of the Plan.

DATED: June 5, 2002

PACIFIC GAS AND ELECTRIC COMPANY

By: [signature]
Gordon R. Smith
President and Chief Executive Officer
Officer

PG&E CORPORATION

By: [signature]
Robert D. Glynn, Jr.
Chairman of the Board, Chief Executive Officer and President

-2-

APPROVED AS TO CONTENT AND FORM:

HOWARD, RICE, NEMEROVSKI, CANADY,
　　FALK & RABKIN
A Professional Corporation

By: /s/ James L. Oy
Attorneys for Pacific Gas and Electric Company
Debtor and Debtor in Possession

WEIL, GOTSHAL & MANGES LLP

By: /s/
Attorneys for PG&E Corporation

DEWEY BALLANTINE LLP

By: /s/ Alan S. Given
Attorneys for PG&E Corporation