JAMES L. LOPES (No. 63678)
WILLIAM J. LAFFERTY (No. 120814)
HOWARD, RICE, NEMEROVSKI, CANADY,
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4065
Telephone: 415/434-1600
Facsimile: 415/217-5910

Attorneys for Debtor and Debtor in Possession
PACIFIC GAS AND ELECTRIC COMPANY

FILED
02 JUL 12 PM 3:43
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA.
SAN FRANCISCO, CA.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

PACIFIC GAS AND ELECTRIC
COMPANY, a California corporation,

Debtor.

Federal I.D. No. 94-0742640

No. 01-30923 DM

Chapter 11 Case

Hearing Date: May 30, 2002
Time: 1:30 p.m.
Judge: Hon. Dennis Montali
Courtroom: 235 Pine Street, 22nd Floor,
San Francisco, California

ORDER APPROVING PACIFIC GAS AND ELECTRIC COMPANY'S
MOTION TO AUTHORIZE THE RETENTION OF EXPERTS
WITHOUT FURTHER ORDER OF THE COURT

The Motion of Pacific Gas and Electric Company To Authorize the Retention of Experts Without Further Order of the Court (the "Motion") came for hearing at the above-referenced date, time and place. William J. Lafferty of the law firm Howard, Rice, Nemerovski, Canady, Falk & Rabkin, A Professional Corporation, appeared for Pacific Gas and Electric Company ("PG&E"). Stephen Johnson appeared for the Office of the United States Trustee ("UST").

The Court having considered the Motion and the pleadings filed in support thereof, including the Declaration of David Fleisig in Support of Motion of Debtor To Authorize the Retention of Experts Without Further Order of the Court (the "Fleisig

ORDER APPROVING APPLICATION TO EMPLOY AND RETAIN CONSULTANTS
WD 062802/1-1419904/1006362/v1 -1-
Case: 01-30923 Doc# 8741 Filed: 07/12/02 Entered: 07/15/02 13:30:00 Page 1 of 2

8741

Declaration"), and the Opposition to the Motion filed by the UST, and the arguments of counsel at the hearing, and good cause appearing, the Court hereby ORDERS as follows:

1. The Motion is granted;

2. PG&E is authorized to retain and compensate experts of the type and for the purposes set forth in the Motion and the Fleisig Declaration, without need for further order of this Court, including any order or orders authorizing the retention of such experts pursuant to sections 327 and 330 of the United States Bankruptcy Code, or Federal Rules of Bankruptcy Procedure 2014 and 2016.

IT IS SO ORDERED.

DATED: JUL 1 2 2002

DENNIS MONTALI
UNITED STATES BANKRUPTCY JUDGE

APPROVED AS TO FORM AND CONTENT:
OFFICE OF THE UNITED STATES TRUSTEE

By: *Stephen Johnson* 7/10/02
Stephen Johnson