| | |
|---|---|
| 1 | COOLEY GODWARD LLP<br>STEPHEN C. NEAL (170085) |
| 2 | MARTIN S. SCHENKER (109828)<br>LINDA F. CALLISON (167785) |
| 3 | One Maritime Plaza, 20th Floor<br>San Francisco, CA 94111-3580 |
| 4 | Telephone: (415) 693-2000<br>Facsimile: (415) 951-3699 |
| 5 | |
| 6 | JAMES L. LOPES (63678)<br>MICHAEL J. BAKER (56492) |
| 7 | WILLIAM J. LAFFERTY (120814)<br>STEVEN N. SHERR (161252) |
| 8 | HOWARD, RICE, NEMEROVSKI, CANADY,<br>FALK & RABKIN |
| 9 | A Professional Corporation<br>Three Embarcadero Center, 7th Floor |
| 10 | San Francisco, CA 94111-4065<br>Telephone: (415) 434-1600 |
| 11 | Facsimile: (415) 217-5910 |
| 12 | PACIFIC GAS AND ELECTRIC COMPANY<br>ROGER PETERS (77743) |
| 13 | P.O. Box 7442<br>San Francisco, CA 94120 |
| 14 | Telephone: (415) 973-6695<br>Facsimile: (415) 972-5220 |
| 15 | Attorneys for Debtor and Debtor in Possession |
| 16 | PACIFIC GAS AND ELECTRIC COMPANY<br>— and — |
| 17 | Attorneys for Co-Plan Proponent PG&E CORPORATION<br>listed on the attached Counsel Page |

**FILED**

OCT - 2 2002

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 01-30923 DM |
| PACIFIC GAS AND ELECTRIC COMPANY,<br>a California Corporation, | Chapter 11 Case |
| Debtor, | **AMENDED FACT WITNESS DISCLOSURE OF PACIFIC GAS AND ELECTRIC COMPANY AND PG&E CORPORATION** |
| Federal I.D. No. 94-074260 | |

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

621222 v1/PA
DBC601!.DOC

10468

1

2

3   DEWEY BALLANTINE LLP                    WEIL, GOTSHAL & MANGES LLP
    Two Houston Center                      767 Fifth Avenue
    909 Fannin Street, Suite 1100           New York, NY 10153
4   Houston, TX 77010                       Telephone:     (212) 310-8000
    Telephone:     (713) 576-1500
5                                           Attorneys for PG&E CORPORATION
    Attorneys for PG&E CORPORATION
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

621222 v1/PA
DBC601!.DOC

AMENDED FACT WITNESS DISCLOSURE OF
PG&E AND PG&E CORP.

Pacific Gas and Electric Company and PG&E Corporation jointly amends its August 15, 2002 submission of the names and addresses of the following fact witnesses who may testify at the confirmation trial in the above-captioned matter. PG&E reserves the right to call any witness in rebuttal to evidence and argument advanced by the Commission or other parties objecting to PG&E's plan:

1. **Shan Bhattacharya**
   Vice President, Distribution Engineering and Planning
   Pacific Gas and Electric Company
   77 Beale Street
   San Francisco, CA 94105

Mr. Bhattacharya will testify regarding PG&E's long-term capital and revenue needs and how PG&E's plan provides sufficient resources to meet those needs. Mr. Bhattacharya will also testify about the establishment, operational feasibility, and structure of reorganized PG&E.

2. **Thomas E. Bottorff**
   Vice President, Customer Service
   Pacific Gas and Electric Company
   77 Beale Street
   San Francisco, CA 94105

Mr. Bottorff will testify about PG&E's post-filing process in formulating its proposed plan of reorganization and consideration of alternative plans. Mr. Bottorff will also testify about certain historical facts underlying the energy crisis. He will also testify regarding permit, license, franchise transfer and re-issuance actions that may be required as a result of disaggregation.

3. **Walter L. Campbell**
   Director, Business and Financial Planning
   Pacific Gas and Electric Company
   77 Beale Street
   San Francisco, CA 94105

Mr. Campbell will testify regarding the financial feasibility of the competing plans, including the financial projections used by PG&E and the CPUC in developing their respective proposals, the valuation of assets, liabilities and expenses of PG&E, and how PG&E's plan provides sufficient resources to meet its financial needs.

4. **Gary P. Encinas**
   Chief Counsel
   PG&E Corporation
   One Market, Spear Tower
   Suite 2400
   San Francisco, CA 94105

Mr. Encinas will testify regarding the reasonable costs and expenses incurred by PG&E Corporation in connection with PG&E's bankruptcy case and as a co-proponent of the PG&E plan.

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

621222 v1/PA
DBC601!.DOC

1

1

5. **Robert D. Glynn, Jr.**
   Chairman of the Board of Pacific Gas and Electric Company
2  Chairman, Chief Executive Officer and President
   PG&E Corporation
3  One Market, Spear Tower
   Suite 2400
4  San Francisco, CA 94105

5  Mr. Glynn will testify about PG&E's objectives and process in formulating a plan of
   reorganization, including consideration of any alternatives. He will also provide an overview of
6  PG&E's plan and describe how the plan fulfills PG&E's objectives, its capital requirement
   obligations and furthers the goals of the bankruptcy process. He will also testify about the
7  investment and operational landscape that the reorganized entities would confront under each of
   the competing plans.

8

9  6. **Kent M. Harvey**
   Senior Vice President, Chief Financial Officer and Treasurer
10 Pacific Gas and Electric Company
   77 Beale Street
11 San Francisco, CA 94105

12 Mr. Harvey will testify about certain historical financial issues including the impact of the events
   underlying the energy crisis on PG&E's finances and the state of PG&E's finances at the time of
13 transfers between it and PG&E Corporation. He will also testify about PG&E's business
   decisions in making these transfers.
14
   Mr. Harvey will also testify about the elements of PG&E's plan and how the plan complies with
15 applicable provisions of the bankruptcy code. Mr. Harvey will discuss the financing mechanisms
   of PG&E's plan, the treatment of various creditor classes under the plan, and PG&E's ability to
16 satisfy mortgage debt. He will explain why PG&E believes its plan can be implemented, why the
   elements of its plan are needed to successfully reorganize, and why the PG&E plan leaves the
17 reorganized entities in a sustainable financial position.

18 Mr. Harvey will also address some of the financial issues raised by the plan proposed by the
   CPUC, including the nature and effect of the dismissal of the causes of action and releases set
19 forth in the CPUC's plan and the CPUC plan's treatment of equity.

20 7. **Kirk Johnson**
   Director, Gas Systems Operations Department
21 California Gas Transmission Unit
   Pacific Gas and Electric Company
22 77 Beale Street
   San Francisco, CA 94105
23
   Mr. Johnson will testify about the manner in which PG&E's natural gas transmission operations
24 are currently conducted and regulated, the way in which PG&E's natural gas and distribution
   operations would be separated under PG&E's plan, and the manner in which GTrans' gas
25 transmission operations would be conducted and regulated following implementation of the
   PG&E's plan.
26

27

28

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

621222 v1/PA
DBC601!.DOC

2

AMENDED FACT WITNESS DISCLOSURE OF
PG&E AND PG&E CORP.

Case: 01-30923    Doc# 10468    Filed: 10/02/02    Entered: 10/03/02 14:12:00    Page 4
of 22

1

8. **Roy M. Kuga**
   Director, Gas and Electric Supply
   Pacific Gas and Electric Company
   77 Beale Street
   San Francisco, CA 94105

2

3

4

Mr. Kuga will testify about certain historical facts underlying the energy crisis. Mr. Kuga will also testify about the terms of the PSA.

5

9. **Christine C. McManus**
   Lead Director, Regulatory Relations
   Pacific Gas and Electric Company
   77 Beale Street
   San Francisco, CA 94105

6

7

8

Ms. McManus may testify regarding assumptions made in connection with the Commission's valuation of the filed-rate/takings case pending in federal court.

9

10

10. **Stephen J. Metague**
    Director, Electric Transmission Rates
    Pacific Gas and Electric Company
    77 Beale Street
    San Francisco, CA 94105

11

12

13

Mr. Metague will testify about the manner in which PG&E's electric transmission services are currently regulated, the elements of PG&E's plan that would affect PG&E's electric transmission services and operations, and the manner in which ETrans' electric transmission services will be regulated following implementation of PG&E's plan.

14

15

16

11. **Judi K. Mosley**
    Director, Interconnection Services
    Pacific Gas and Electric Company
    77 Beale Street
    San Francisco, CA 94105

17

18

19

Ms. Mosley will testify regarding the merits of certain claims described in the objections to PG&E's plan.

20

21

12. **Gregory M. Rueger**
    Senior Vice President, Generation and Chief Nuclear Officer
    Pacific Gas and Electric Company
    77 Beale Street
    San Francisco, CA 94105

22

23

24

Mr. Rueger will testify regarding the overall claims resolution process, including assumption of contracts, assumption and assignment of contracts, and adequate assurances of future performance by the transferees. He will also testify about the nuclear decommissioning trusts and the transfer of the beneficial interests in the trusts under PG&E's plan. Mr. Rueger will also testify regarding PG&E's long-term capital and revenue needs and how PG&E's plan provides sufficient resources to meet those needs.

25

26

27

Mr. Rueger will also testify regarding the operational feasibility and reliability provided by the

28

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

621222 v1/PA
DBC60!!.DOC

3

AMENDED FACT WITNESS DISCLOSURE OF
PG&E AND PG&E CORP.

separation agreements to implement PG&E's plan. He will also testify about the establishment, operational feasibility, and structure of Gen.

13. **Joseph G. Sauvage**
    Managing Director
    Lehman Brothers
    Global Power Group
    745 Seventh Avenue, 25th Floor
    New York, NY 10019

Mr. Sauvage will testify regarding the formulation of the PG&E plan, the financeability of the plan and the basis for Lehman Brother's conclusion that the plan should provide a basis on which the reorganized entities will be able to raise the financing necessary to consummate the plan. Mr. Sauvage will also testify regarding the process that led to the formulation of the plan.

14. **Jane Sullivan**
    Voting Agent
    Innisfree M & A Incorporated
    501 Madison Avenue
    20th Floor
    New York, NY 10022

Ms. Sullivan will testify that the mailing of voting materials and ballots, solicitation of votes, and tabulation of ballots by the Voting Agent was undertaken in accordance with the procedures established by Order of the Bankruptcy Court and was consistent with the Voting Agent's prior practice and experience. She will also testify regarding the acceptances, rejections and preferences tabulated by the Voting Agent for each voting class under PG&E's plan and the CPUC plan.

15. **Norman F. Sweeney**
    Manager of Power Generation Strategic Planning
    Pacific Gas and Electric Company
    77 Beale Street
    San Francisco, CA 94105

Mr. Sweeney will testify about PG&E's land use and hydro practices pre- and post- confirmation of PG&E's plan. He will also testify regarding the regulation of PG&E's land pre- and post- confirmation.

16. **Kathleen D. Tappero**
    Manager of Finance
    PG&E Corporation
    One Market, Spear Tower
    Suite 2400
    San Francisco, CA 94105

Ms. Tappero will testify regarding resolution and current status of certain financial claims.

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

621222 v1/PA
DBC601!.DOC

4

AMENDED FACT WITNESS DISCLOSURE OF
PG&E AND PG&E CORP.

Case: 01-30923    Doc# 10468    Filed: 10/02/02    Entered: 10/03/02 14:12:00    Page 6
of 22

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

17. **Karen A. Tomcala**
Vice President, Regulatory Relations
Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105

Ms. Tomcala will testify about the current regulation of PG&E, the regulatory regimes that will apply following implementation of PG&E's plan, and proper regulatory oversight of the reorganized entities.

18. **Fong Wan**
Vice President, Risk Initiatives
PG&E Corporation Support Services, Inc.
One Market, Spear Tower
Suite 2400
San Francisco, CA 94105

Mr. Wan will testify regarding the resolution and current status of certain claims, including certain claims in Classes 5, 6 and 7.

19. **Christopher R. Yowell**
President, Celerity Consulting Group, Inc.
50 California Street, 4th Floor
San Francisco, CA 94104

Mr. Yowell will testify about certain document authentication issues and summaries of information regarding the claims process.

Dated: October 2, 2002

COOLEY GODWARD LLP
STEPHEN C. NEAL (170085)
MARTIN S. SCHENKER (109828)
LINDA F. CALLISON (167785)

By: _Martin S. Schl_

Martin S. Schenker
Attorneys for Debtor and Debtor in Possession
PACIFIC GAS AND ELECTRIC COMPANY

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

621222 v1/PA
DBC601!.DOC

5

AMENDED FACT WITNESS DISCLOSURE OF
PG&E AND PG&E CORP.

Case: 01-30923    Doc# 10468    Filed: 10/02/02    Entered: 10/03/02 14:12:00    Page 7
of 22

# PROOF OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward LLP, One Maritime Plaza, 20th Floor, San Francisco, California 94111-3580. On the date set forth below I served the documents described below in the manner described below:

**NOTICE OF PACIFIC GAS AND ELECTRIC COMPANY'S SUBPOENA IN A CASE UNDER THE BANKRUPTCY CODE; SUBPOENA IN A CASE UNDER THE BANKRUPTCY CODE; ATTACHMENT A**

☐ (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

on the following part(ies) in this action:

> Gary Cohen
> Arocles Aguilar
> Michael Edson
> California Public Utilities Commission
> 505 Van Ness Avenue
> San Francisco, CA 94102

☐ (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Cooley Godward LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

on the following part(ies) in this action:

> Alan Kornberg, Brian Hermann,
> Walter Rieman, Marc Skapof, Matthew Press,
> Eric Twiste, and Dan Garodnich
> Paul Weiss, Rifkind, Wharton & Garrison
> 1285 Avenue of the Americas
> New York, NY 10019

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

783721 v1/SF

PROOF OF SERVICE

Case: 01-30923    Doc# 10468    Filed: 10/02/02    Entered: 10/03/02 14:12:00    Page 8 of 22

1 ☐ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley Godward LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

2

3

4

5 on the following part(ies) in this action:

6 *See Attached Service List*

7 Executed on October 2, 2002, at San Francisco, California.

8

9 *Teresa L. Stackpole*

10 Teresa L. Stackpole

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO
783721 v1/SF

PROOF OF SERVICE

# SERVICE LIST

Dennis J. Herrera
Theresa Mueller D.
Cameron Baker
OFFICE OF THE CITY ATTORNEY
City Hall, Room 234
1 Dr. Canton B. Goodlett Place
San Francisco, CA 94102-4682

Attorneys for
CITY AND COUNTY OF SAN FRANCISCO

Richard Roos-Collins
NATURAL HERITAGE INSTITUTE
2140 Shattuck Avenue, 5th Floor
Berkeley, CA 94704

Attorneys for
CALIFORNIA HYDROPOWER REFORM COALITION

Charlton H. Bonham
TROUT UNLIMITED
828 San Pablo Avenue, #208
Albany, CA 94706

Attorneys for
CALIFORNIA HYDROPOWER REFORM COALITION

Rob Neate
PUGET SOUND ENERGY, INC. OBC-14E
P.O. Box 97034
Bellevue, WA 98009-9734

Attorneys for
PUGET SOUND ENERGY, INC.

Alan D. Smith
John P. Kern
Perkins Coie LLP
180 Townsend Street, 3rd Floor
San Francisco, CA 94107-1909

Attorneys for
PUGET SOUND ENERGY, INC.

Ariel Pierre Calonne
Grant Kolling
CITY OF PALO ALTO
250 Hamilton Avenue
Palo Alto, CA 94301

Attorneys for
THE CITY OF PALO ALTO

G. Larry Engel
Roberto J. Kampfner
Jim Hoover
BROBECK, PHLEGER & HARRISON LLP
Commerce & Finance
2000 University Avenue
Palo Alto, CA 94303

Special Counsel to
THE CITY OF PALO ALTO

Martha E. Romero
MARTHA E. ROMERO AND ASSOCIATES
7743 South Painter Avenue, Suite E
Whittier, CA 90602

Attorneys for
VARIOUS CALIFORNIA COUNTIES TAXING AUTHORITIES

Thomas E. Lauria
Jerry R. Bloom
Frank L. Eaton
WHITE & CASE LLP
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071-2007

Attorneys for
MIRANT AMERICAS ENERGY MARKETING, LP
MIRANT DELTA LLC, MIRANT POTRERO LLC

Martha E. Romero
MARTHA E. ROMERO AND ASSOCIATES
7743 South Painter Avenue, Suite E
Whittier, CA 90602

Attorneys for PLACER COUNTY

Ned N. Isokawa
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, CA 94105

Attorneys for
RIO BRAVO FRESNO, RIO BRAVO ROCKLIN,
RIO BRAVO POSO, MALACHA HYDRO POWER
LIMITED PARTNERSHIP

Paul S. Aronzon
Robert Jay Moore
Michael I. Sorochinsky
MILBANK, TWEED, HADLEY & McCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017

Counsel for
OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Howard J. Weg
Regina R. Wong
PEITZMAN, GLASSMAN, WEG & KEMPINSKY LLP
1801 Avenue of the Stars, Suite 1225
Los Angeles, CA 90067

Attorneys for POWEREX CORP.,
PORTLAND GENERAL ELECTRIC COMPANY

Patricia S. Mar
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482

Attorneys for
IDAHO POWER COMPANY,
SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT,
AES NEWENERGY, INC., NEW WEST ENERGY CORPORATION, AVISTA ENERGY,
INC., and TOSCO CORP.

Robert R. Cross
SIDEMAN & BANCROFT, LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111

Attorneys for
THE PUTNAM FUNDS AND BRANDES INVESTMENT PARTNERS, LLC

Case: 01-30923   Doc# 10468   Filed: 10/02/02   Entered: 10/03/02 14:12:00   Page 12
of 22

Steven T. Hoort
ROPES & GRAY
One International Place
Boston, MA 02110-2624

Attorneys for
THE PUTNAM FUNDS AND BRANDES INVESTMENT PARTNERS, LLC

Adam A. Lewis
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482

Attorneys for
EL PASO MERCHANT ENERGY, L.P.

Larren M. Nashelsky
Mark B. Joachim
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104

Attorneys for
EL PASO MERCHANT ENERGY, L.P.

Bill Lockyer
Ken Alex
Margarita Padilla
OFFICE OF THE ATTORNEY GENERAL
1515 Clay Street, 20th Floor
Post Office Box 70550
Oakland, CA 94612-0550

Attorneys for
THE PEOPLE OF THE STATE OF CALIFORNIA, Ex. Rel.,
CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, et al.

Steven H. Felderstein
Paul J. Pascuzzi
FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814

Attorneys for
THE PEOPLE OF THE STATE OF CALIFORNIA, Ex. Rel.,
CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, et al.

James E. Spiotto
CHAPMAN AND CUTLER
111 West Monroe Street
Chicago, IL 60603-4080

Attorneys for
CERTAIN FINANCIAL CREDITORS

William R. Pascoe
PASCO & RAFTON
1050 Northgate Drive, Suite 356
San Rafael, CA 94903

Attorneys for
CERTAIN FINANCIAL CREDITORS

Marc S. Cohen
Ashleigh A. Danker
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067-6048

Attorneys for
THE OFFICIAL COMMITTEE OF PARTICIPANT CREDITORS OF CALIFORNIA POWER
EXCHANGE

Ronald L. Cohen
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004

Attorneys for
TM CAPITAL MANAGEMENT, INC.,
on behalf of the TM UTILITY FUND LP and the TM FOCUS UTILITY FUND LTD.

Harvey S. Schochet
Manuella W. Hancock
STEEFEL, LEVITT & WEISS
One Embarcadero Center, 30th Floor
San Francisco, CA 94111

Attorneys for
TRT HOLDINGS, INC.

Case: 01-30923   Doc# 10468   Filed: 10/02/02   Entered: 10/03/02 14:12:00   Page 14
of 22

Philip S. Warden
PILLSBURY WINTHROP LLP
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880

Attorneys for
DYNEGY POWER MARKETING, INC.

Allan H. Ickowitz
Donna M. Balbin
NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
445 S. Figueroa Street, 31st Floor
Los Angeles, CA 90071-1602

Attorneys for
CITY OF REDWOOD CITY, CALIFORNIA

Robert C. Shenfeld
Eric R. Wilson
KELLEY DRYE & WARREN LLP
777 South Figueroa Street, Suite 2700
Los Angeles, CA 90017-5825

Attorneys for
SATELLITE SENIOR INCOME FUND, SATELLITE
SENIOR INCOME FUND II, DEUTSCHE BANK
TRUST COMPANY AMERICAS

Bennett J. Murphy
HENNIGAN, BENNETT & DORMAN LLP
601 South Figueroa Street, Suite 3300
Los Angeles, CA 90017

Attorneys for
SOUTHERN CALIFORNIA GAS COMPANY, PACIFIC OFFSHORE PIPELINE CO., and
SAN DIEGO GAS & ELECTRIC COMPANY,

Robert D. McCallum, Jr.
J. Christopher Kohn
Brendan Collins
Matthew J. Troy
COMMERCIAL LITIGATION BRANCH CIVIL DIVISION
DEPARTMENT OF JUSTICE
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

Attorneys for
THE UNITED STATES OF AMERICA

Mark Gorton
Mary E. Olden
Todd M. Bailey
McDONOUGH, HOLLAND & ALLEN
555 Capitol Mall, Ninth Floor
Sacramento, CA 95814

Attorneys for
NORTHERN CALIFORNIA POWER AGENCY, THE CITIES OF BERKELEY, DAMS,
FREMONT, LOMPOC, PACIFICA, REDDING, SANTA ROSA, SUNNYVALE, YUBA CITY

R. Dale Ginter
Arthur G. Woodward
Jason E. Rios
DOWNEY, BRAND, SEYMOUR & ROHWER LLP
555 Capitol Mall, Tenth Floor
Sacramento, CA 95814-4686

Attorneys for
MERCED IRRIGATION DISTRICT

Matthew P. Lewis
WHITE & CASE LLP
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071-20007

Attorneys for KBC BANK N.V.

Andrew P. Denatale
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036

Attorneys for KBC BANK N.V.

Amy Hallman
Rice Katherine
A. Constantine
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498

Attorneys for
U.S. BANK NATIONAL ASSOCIATION

Juan Basombrio
DORSEY & WHITNEY LLP
650 Town Center Drive, Center Tower, Suite 1850
P.O. Box 5066
Costa Mesa, CA 92626-1925

Attorneys for
U.S. BANK NATIONAL ASSOCIATION

William Bates III
BINGHAM McCUTCHEN LLP
1900 University Avenue
East Palo Alto, CA 94303

Attorneys for
RELIANT ENERGY SERVICES, INC.

Rene Lastreto, II
LANG, RICHERT & PATCH
Post Office Box 40012
Fresno, CA 93755-0012

Attorneys for
KINGS RIVER WATER ASSOCIATION

Rockard J. Delgadillo, City Attorney
Philip Shiner, Chief Assistant City Attorney
Stanton J. Snyder, Assistant City Attorney
Kjehl T. Johansen, Deputy City Attorney
David A. Gill
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, CA 90067-2904

Attorneys for
LOS ANGELES DEPARTMENT OF WATER AND POWER

Thomas Sansonetti, Assistant Attorney General
Karl J. Fingerhood
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611

Attorneys for
THE UNITED STATES OF AMERICA

David W. Shapiro, United States Attorney
Douglas K. Chang
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue 10th Floor
San Francisco, CA 94102

Attorneys for
THE UNITED STATES OF AMERICA

Craig M. Prim
Cheryl A. Jordan
MURRAY & MURRAY
19330 Stevens Creek Blvd.
Cupertino, CA 95014-2526

Attorneys for
TRANSALTA ENERGY MARKETING (CALIFORNIA) INC.

G. Eric Brunstad, Jr.
BINGHAM McCUTCHEN LLP; BINGHAM DANA LLP
One State Street
Hartford, CT 06103-3178

Attorneys for
TRAVELERS CASUALTY & SURETY COMPANY

William J. Flynn
NEYHART, ANDERSON, FREITAS,
  FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080 San
Francisco, CA 94104

Attorneys for
PACIFIC SERVICES EMPLOYEES ASSOCIATION, and IBEW LOCAL #1245

David W. Shapiro
Jay R. Weill
Thomas R. Mackinson
U.S. ATTORNEY'S OFFICE
160 Spear Street, Ninth Floor
San Francisco, CA 94105

Attorneys for
THE UNITED STATES OF AMERICA

Robert Finkelstein
THE UTILITY REFORM NETWORK
711 Van Ness Avenue, Suite 350
San Francisco, CA 94102

Attorneys for
THE UTILITY REFORM NETWORK

Roger R. Crane, Jr.
MCCARTER & ENGLISH, LLP
300 Park Avenue, 18th Floor
New York, New York 10022-6800

Richard Broude, Esq.
Law Offices of Richard Broude
400 East 84th Street, Suite 22A
New York, New York 10028

Attorneys for the COUNTIES OF ALAMEDA, FRESNO, SAN LUIS OBISPO,
SONOMA AND THE CITY AND COUNTY OF SAN FRANCISCO

Richard E. Winnie, County Counsel
Denise Eaton-May, Assistant County Counsel Office of the County Counsel
COUNTY OF ALAMEDA
1221 Oak Street, Suite 450
Oakland, CA 94612

Attorneys for COUNTY OF ALAMEDA

Philip S. Cronin, County Counsel
Susan F. Coberly, Deputy County Counsel
Office of the County Counsel
COUNTY OF FRESNO
2220 Tulare Street, 5th Floor
Fresno, CA 93721

Attorneys for COUNTY OF FRESNO

James B. Lindholm, Jr. County Counsel
Warren Jensen
Stacy Millich
Office of the County Counsel
COUNTY OF SAN LUIS OBISPO
County Government Center Room 386
San Luis Obispo, CA 93408

Steven M. Woodside, County Counsel
Office of the County Counsel
COUNTY OF SONOMA
575 Administration Dr., Room 105A
Santa Rosa, CA 95403-2881

Attorneys for COUNTY OF SONOMA

Elaine M. Seid
MCPHARLIN, SPRINKLES & THOMAS LLP
10 Almaden Blvd., Suite 1460
San Jose, CA 95113

Attorneys for
THE CITY OF SANTA CLARA

George H. Kalikman
Rodney R. Patina
SQUIRE, SANDERS & DEMPSEY, LLP
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

Attorneys for
BOSTON PROPERTIES LIMITED PARTNERSHIP and
BOSTON PROPERTIES, INC.

784058 v2/SF
gsz#02!.DOC

11.

John Griffin
M-G Development
1962 Trinity Avenue
Walnut Creek, CA 94596

Peter S. Munoz
Katherine Wittenberg
Melinda Sisto
CROSBY, HEAFEY, ROACH & MAY
Two Embarcadero Center
P.O. Box 7936
San Francisco, CA 94120-7936

Attorneys for PLACER COUNTY WATER AGENCY, OROVILLE-WYANDOTTE
IRRIGATION, DISTRICT, YUBA COUNTY WATER AGENCY, NEVADA IRRIGATION
DISTRICT, SOLANO IRRIGATION DISTRICT, and TUOLUMNE UTILITIES DISTRICT

Alan Z. Yudkowsky
Peter F. Jazayeri
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, CA 90067-3086

Attorneys for
SEMPRA ENERGY TRADING CORP.

John Chu
CORPORATE COUNSEL LAW GROUP, LLP
555 Montgomery St., #1155
San Francisco, CA 94111

Attorneys for
SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT

Ann Miller Ravel
David E. Kahn
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, Ninth Floor, East Wing
San Jose, CA 95110

Attorneys for
COUNTY OF SANTA CLARA

Kurt G. Calia
COVINGTON & BURLING
One Front Street
San Francisco, CA 94111

Attorneys for
UBS AG, STAMFORD BRANCH, as Issuing Agent and Administrative Agent

Patricia A. Cutler
Stephen L. Johnson
Edward G. Myrtle
Maggie McGee
U.S. DEPARTMENT OF JUSTICE
Office of the United States Trustee
250 Montgomery Street, Suite 1000
San Francisco, CA 94104

Attorneys for UNITED STATES TRUSTEE WILLIAM T. NEARY

Katherine Ray, Esq.
GOLDBERG, STINNETT, MEYERS & DAVIS
44 Montgomery Street
San Francisco, CA 94104

Attorneys for
UNOFFICIAL COMMITTEE OF FIRST MORTGAGE BONDHOLDERS

Theodore Gewertz, Esq.
Richard G. Mason, Esq.
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd St.
New York, NY 10019

Attorneys for
UNOFFICIAL COMMITTEE OF FIRST MORTGAGE BONDHOLDERS

784058 v2/SF
gsz#02!.DOC

13.