1  JAMES L. LOPES (No. 63678)
   JEFFREY L. SCHAFFER (No. 91404)
2  ETHAN P. SCHULMAN (No. 112466)
   LINDA Q. FOY (No. 148764)
3  HOWARD, RICE, NEMEROVSKI, CANADY,
       FALK & RABKIN
4  A Professional Corporation
   Three Embarcadero Center, 7th Floor
5  San Francisco, California  94111-4065
   Telephone:   415/434-1600
6  Facsimile:   415/217-5910



7  Attorneys for Debtor and Debtor in Possession
   PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, a California corporation,<br><br>Debtor.<br><br>Federal I.D. No. 94-0742640 | Case No. 01-30923 DM<br><br>Chapter 11 case<br><br>STIPULATION AND [PROPOSED] ORDER VALUING CLAIM FOR FEASIBILITY PURPOSES ONLY AND MODIFYING AUTOMATIC STAY |

STIP. AND [PROPOSED] ORDER VALUING CLAIM AND MODIFYING AUTOMATIC STAY (CANNON)
-1-

Case: 01-30923   Doc# 10471   Filed: 10/02/02   Entered: 10/03/02 15:00:00   Page 1 of 4



## RECITALS

A. On August 22, 2001, Deanne L. Cannon ("Claimant"), filed an unsecured Proof of Claim No. 4898 against the estate of Pacific Gas and Electric Company ("PG&E") in the total amount of $10,000,000.00 (the "Claim"). The Claim is based upon on a charge of discrimination filed by Claimant with the California Department of Fair Employment and Housing, which alleges discrimination on the basis of disability and retaliation.

B. PG&E filed a voluntary petition under Chapter 11 of the Bankruptcy Code on April 6, 2001 in the United States Bankruptcy Court for the Northern District of California.

C. On December 11, 2001, Claimant filed a complaint for equitable relief and damages against PG&E in the San Francisco Superior Court (the "Litigation").

D. Pursuant to the automatic stay provisions of Section 362 of the Bankruptcy Code, the Litigation is automatically stayed by virtue of the filing of PG&E's voluntary bankruptcy petition.

## STIPULATION

IT IS HEREBY STIPULATED BETWEEN THE PARTIES as follows:

1. Solely for the purpose of determining the financial feasibility of the Plan of Reorganization Under Chapter 11 of the Bankruptcy Code for Pacific Gas & Electric Company (dated April 19, 2002) filed by PG&E and PG&E Corporation (the "PG&E Plan"), pursuant to 11 U.S.C. §1129(a)(11), the Claim shall be valued by the Court in the amount of $1,000,000.00. This valuation shall be for feasibility purposes only, shall not determine or affect the allowance of the Claim, and shall not be binding on or admissible in the Superior Court in which the Litigation is pending. Debtor hereby waives any right it has under 11 U.S.C. §502(c) to have the above valuation made for purpose of allowance.

2. The automatic stay of Section 362(a) of the Bankruptcy Code is modified for the limited purpose of allowing Claimant to continue prosecuting the Litigation against PG&E in the Superior Court to final judgment; provided, however, that nothing herein shall be deemed to allow Claimant to enforce, collect, assess or recover any judgment or

settlement against PG&E that may be entered in such action, other than pursuant to a properly filed proof of claim in the within Chapter 11 case, a confirmed plan of reorganization, and/or order of this Court.

DATED: October 2, 2002          MAYO & ROGERS

By: _____
    TERENCE O. MAYO

Attorneys for Claimant DEANNE L. CANNON

DATED: October 2, 2002          HOWARD, RICE, NEMEROVSKI, CANADY,
                                FALK & RABKIN
                                A Professional Corporation

By: _____
    ETHAN P. SCHULMAN

Attorneys for Debtor and Debtor in Possession
PACIFIC GAS AND ELECTRIC COMPANY

STIP. AND [PROPOSED] ORDER VALUING CLAIM AND MODIFYING AUTOMATIC STAY (CANNON)
-3-
Case: 01-30923   Doc# 10471   Filed: 10/02/02   Entered: 10/03/02 15:00:00   Page 3 of 4

APPROVED:

DATED: October____, 2002

MILBANK, TWEED, HADLEY & McCLOY

By: /s/ Michael Sorochinsky
MICHAEL SOROCHINSKY
For Robert Moore

Attorneys for OFFICIAL COMMITTEE OF UNSECURED CREDITORS

SO ORDERED this 2d day of October, 2002:

/s/ Dennis Montali
HONORABLE DENNIS MONTALI
UNITED STATES BANKRUPTCY JUDGE

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

WD 100202/1-1419968:B101/166/1026610/v2

STIP. AND [PROPOSED] ORDER VALUING CLAIM AND MODIFYING AUTOMATIC STAY (CANNON)
-4-