JAMES L. LOPES (No. 63678)
GARY M. KAPLAN (No. 155530)
KIMBERLY A. BLISS (No. 207857)
HOWARD, RICE, NEMEROVSKI, CANADY,
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4065
Telephone:    415/434-1600
Facsimile:    415/217-5910

Attorneys for Debtor and Debtor in Possession
PACIFIC GAS AND ELECTRIC COMPANY

FILED
02 OCT 21 PM 2:23
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA.
SAN FRANCISCO, CA.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY, a California corporation,<br><br>Debtor.<br><br>Federal I.D. No. 94-0742640 | Case No. 01-30923 DM<br><br>Chapter 11 Case<br><br>Date:    September 4, 2002<br>Time:    9:30 a.m.<br>Place:   235 Pine Street, 22nd Floor<br>           San Francisco, California<br>Judge:   Hon. Dennis Montali |

### ORDER ON DEBTOR'S OMNIBUS OBJECTION TO DUPLICATE DIRECT ACCESS CREDIT CLAIMS

At the date and time set forth above, the Bankruptcy Court held a hearing on the Omnibus Objection To Duplicate Direct Access Credit Claims submitted by Pacific Gas and Electric Company, the debtor and debtor in possession in the above-captioned Chapter 11 case ("PG&E" or the "Debtor"). Appearances were as noted in the record.

The Court having considered the Objection, any opposition or other response submitted to the Objection, the record in this case, and any admissible evidence and argument presented to the Court, hereby finds as follows:

A.    Adequate notice of this proceeding was given to parties in interest as appropriate under the circumstances.

B. The Objection involves a matter of law which can be disposed of at the initial hearing on the Objection pursuant to Bankruptcy Local Rule 3007-1 for the Northern District of California.

C. There is good cause for sustaining the Objection, for the reasons stated on the record.

Based on the foregoing, **IT IS HEREBY ORDERED** that:

1. The Objection is sustained.

2. The DA Credit[1] portion of the Claims identified on Exhibit A attached hereto are disallowed to the extent they are duplicative.

3. Nothing in this Order shall constitute a determination of the proper holder of any such Claim or the allowed amount of such Claims.

DATED: __OCT 2 1 2002__, 2002.

DENNIS MONTALI
HONORABLE DENNIS MONTALI
UNITED STATES BANKRUPTCY JUDGE

**APPROVED AS TO FORM BY:**

LeBoeuf, Lamb, Greene & MacRae, LLP

By _____
Bennett G. Young

Attorneys for ENRON ENERGY MARKETING COMPANY

Morrison & Foerster LLP

By _____
Patricia S. Mar

Attorneys for Creditors NEW WEST ENERGY, INC. and NOVELLUS SYSTEMS, INC.

WD 092702/1-1419913/1020696/v3

---

[1] Capitalized terms not defined herein have the meaning ascribed to them in the Objection.

Case: 01-30923    Doc# 10644    Filed: 10/21/02    Entered: 10/23/02 10:12:00    Page 2 of 4

  B. The Objection involves a matter of law which can be disposed of at the initial hearing on the Objection pursuant to Bankruptcy Local Rule 3007-1 for the Northern District of California.

  C. There is good cause for sustaining the Objection, for the reasons stated on the record.

  Based on the foregoing, **IT IS HEREBY ORDERED** that:

  1. The Objection is sustained.

  2. The DA Credit[1] portion of the Claims identified on Exhibit A attached hereto are disallowed to the extent they are duplicative.

  3. Nothing in this Order shall constitute a determination of the proper holder of any such Claim or the allowed amount of such Claims.

DATED: _____, 2002.

---
HONORABLE DENNIS MONTALI
UNITED STATES BANKRUPTCY JUDGE

**APPROVED AS TO FORM BY:**

LEBOEUF, LAMB, GREENE & MACRAE, LLP

By _____
  Bennett G. Young

Attorneys for ENRON ENERGY MARKETING COMPANY

MORRISON & FOERSTER LLP

By _____
  Patricia S. Mar

Attorneys for Creditors NEW WEST ENERGY, INC. and NOVELLUS SYSTEMS, INC.

WD 092702/1-1419913/1020696/v3

---

[1] Capitalized terms not defined herein have the meaning ascribed to them in the Objection.

ORDER ON OMNIBUS OBJECTION TO DUPLICATE DIRECT ACCESS CREDIT CLAIMS
-2-

B.  The Objection involves a matter of law which can be disposed of at the initial hearing on the Objection pursuant to Bankruptcy Local Rule 3007-1 for the Northern District of California.

C.  There is good cause for sustaining the Objection, for the reasons stated on the record.

Based on the foregoing, **IT IS HEREBY ORDERED** that:

1.  The Objection is sustained.

2.  The DA Credit[1] portion of the Claims identified on Exhibit A attached hereto are disallowed to the extent they are duplicative.

3.  Nothing in this Order shall constitute a determination of the proper holder of any such Claim or the allowed amount of such Claims.

DATED: _____, 2002.

_____
HONORABLE DENNIS MONTALI
UNITED STATES BANKRUPTCY JUDGE

**APPROVED AS TO FORM BY:**

LeBoeuf, Lamb, Greene & MacRae, LLP

By _____
    Bennett G. Young

Attorneys for ENRON ENERGY MARKETING COMPANY

Morrison & Foerster LLP

By _____
    Patricia S. Mar

Attorneys for Creditors NEW WEST ENERGY, INC. and NOVELLUS SYSTEMS, INC.

WD 092702/1-1419913/1020696/v3

---

[1] Capitalized terms not defined herein have the meaning ascribed to them in the Objection.

ORDER ON OMNIBUS OBJECTION TO DUPLICATE DIRECT ACCESS CREDIT CLAIMS
-2-