ARIEL PIERRE CALONNE, State Bar No. 110268
GRANT KOLLING, State Bar No. 99858
CITY OF PALO ALTO
250 Hamilton Avenue
Palo Alto, CA 94301
Telephone: (650) 329-2171
Facsimile: (650) 329-2646

*Attorneys for THE CITY OF PALO ALTO*

G. LARRY ENGEL, State Bar No. 53484
ROBERTO J. KAMPFNER, State Bar No. 179026
JIM HOOVER, State Bar No. 217592
BROBECK, PHLEGER & HARRISON LLP
One Market Plaza, Spear Street Tower
San Francisco, CA 94123
Telephone: (415) 442-0900
Facsimile: (415) 442-1010

*Special Counsel to THE CITY OF PALO ALTO*

FILED
NOV - 5 2002
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY, a California corporation,<br><br>Debtor.<br><br>Federal I.D. No. 94-0742640 | Case No. 01-30923 DM<br><br>CHAPTER 11<br><br>SUBMISSION OF STIPULATION AND [PROPOSED] ORDER RE: PROCEDURES FOR ESTIMATING CERTAIN DISPUTED AND UNLIQUIDATED CLAIMS OF NORTHERN CALIFORNIA POWER AGENCY AND CITY OF PALO ALTO FOR FEASIBILITY PURPOSES ONLY<br><br>Date: November 7, 2002<br>Time: 10:30 a.m.<br>Place: 235 Pine Street, Courtroom 22<br><br>Hon. Dennis Montali |

SUBMISSION OF STIPULATION AND [PROPOSED] ORDER RE: PROCEDURES FOR ESTIMATING CERTAIN DISPUTED AND UNLIQUIDATED CLAIMS OF NORTHERN CALIFORNIA POWER AGENCY AND CITY OF PALO ALTO FOR FEASIBILITY PURPOSES ONLY

## I. INTRODUCTION

The City of Palo Alto ("Palo Alto"), on behalf of itself and the Northern California Power Agency ("NCPA"), hereby files this Submission of Stipulation and [Proposed] Order Re: Procedures for Estimating Certain Disputed and Unliquidated Claims of Northern California Power Agency and City of Palo Alto for Feasibility Purposes Only.

## II. SUBMISSION OF STIPULATION

As noted by the Debtor and its parent, PG&E Corporation (collectively, "PG&E"), in a November 4, 2002 status conference statement, PG&E, NCPA and Palo Alto have agreed in principle to the terms of a stipulation that sets forth procedures for estimating certain antitrust and other claims which NCPA and Palo Alto have asserted against PG&E as part of the confirmation hearings and for feasibility purposes only. Attached hereto as Exhibit A is a draft copy of such stipulation for the Court's review. We hope to discuss the stipulation with the Court during the November 7, 2002 status conference scheduled in this matter. We note that the attached stipulation has been provided to the Official Committee of Unsecured Creditors or the California Public Utilities Commission for their review, but has not yet been approved by either party.

DATE: November 5, 2002

BROBECK, PHLEGER & HARRISON LLP

By: _____
Jim Hoover
Attorneys for THE CITY OF PALO ALTO

SUBMISSION OF STIPULATION AND [PROPOSED] ORDER RE: PROCEDURES FOR ESTIMATING CERTAIN DISPUTED AND UNLIQUIDATED CLAIMS OF NORTHERN CALIFORNIA POWER AGENCY AND CITY OF PALO ALTO FOR FEASIBILITY PURPOSES ONLY

Case: 01-30923   Doc# 10924   Filed: 11/05/02   Entered: 11/07/02 14:49:00   Page 2 of 2

2