FILED

03 MAR 11 PM 3:04

U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA.
SAN FRANCISCO, CA.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re ) Bankruptcy Case
) No. 01-30923DM
PACIFIC GAS & ELECTRIC COMPANY, )
) Chapter 11
Debtor. )
)

**ORDER STAYING FURTHER PROCEEDINGS IN CONFIRMATION TRIAL**

On March 4, 2003, this court entered an order directing certain parties participating in the trial on confirmation ("Confirmation Trial") of the plans of reorganization ("Plans") filed by Pacific Gas and Electric Company ("Debtor") and the California Public Utilities Commission to participate in a judicially supervised settlement conference before Hon. Randall J. Newsome. On March 10, 2003, Judge Newsome presided over a pre-settlement conference meeting with the parties. He has now advised this court that he has decided to go forward with the settlement conference. Consequently, to maximize the possibility of a successful settlement conference and to avoid the distractions of ongoing litigation, Judge Newsome (without objection by the parties) has requested this court to stay all proceedings in the Confirmation Trial for sixty days, effective immediately.

Based on Judge Newsome's request and until further order of this court, it is hereby ORDERED that: all proceedings, including discovery, relating to the Confirmation Trial are stayed; no discovery should be initiated or answered; the deadlines and hearings and "meet and confer" conferences set forth in this court's Supplemental Discovery and Trial Scheduling Order filed March 6, 2003 are hereby vacated; and the status conferences set for March 13, and March 27, 2003, are canceled.

The court will withhold any ruling on pending discovery disputes.

Furthermore, all activities (including responses and hearings) on the following matters are stayed and the hearings vacated pending further order of this court:

(1) Application of the Official Committee of Unsecured Creditors ("Committee") for Order Authorizing Expansion of Services to be Rendered by UBS Warburg, currently set for hearing on March 14, 2003, at 1:30 p.m.

(2) Motion for Summary Judgment Denying Confirmation of Debtor's Plan by Certain California Counties, currently set for hearing on March 27, 2003, at 1:30 p.m.

(3) The presentation of closing evidence in the trial on the plan proposed by the Committee and the California Public Utilities Commission, now set for hearing on April 8, 2003 at 9:30 a.m.

(4) The Confirmation Trial on Debtor's Plan, currently scheduled to resume on April 9, 2003.

The Debtor is ordered not to serve its Notice Of PG&E Plan Modifications Dated February 24, 2003, And Opportunity To Object that the court ordered served on all creditors by March 17, and that set a March 31 deadline for filing objections to the Debtor's Modified Plan.

Notwithstanding the foregoing, ordinary case motions and

Case: 01-30923   Doc# 12343   Filed: 03/11/03   Entered: 03/12/03 11:48:00   Page 2 of 6

claims objections not relating to the Confirmation Trial are NOT stayed by this order. Moreover, the court is not staying or canceling the March 21, 2003, deadline for the submission of proposed findings of fact and conclusions of law by Debtor, Northern California Power Agency, and the City of Palo Alto with respect to the Claims Estimation phase of the Confirmation Trial, which was conducted from January 27-29, 2003.

Unless otherwise ordered, the court will conduct a status conference on May 12, 2003, at 1:30 p.m., to schedule further matters relating to discovery and the resumption of the Confirmation Trial, if necessary.

No later than March 12, 2003, counsel for Debtor shall serve a copy of this order on all parties with pending objections to the confirmation of either of the Plans.

Dated: March 11, 2003

Dennis Montali
United States Bankruptcy Judge

| | |
|---|---|
| 1 | I, the undersigned, a regularly appointed and qualified clerk in the office of the Bankruptcy Judge of the United States Bankruptcy Court for the Northern District of California, at San Francisco, hereby certify: |
| 2 | |
| 3 | |
| 4 | That I, in the performance of my duties as such clerk, served a copy of the foregoing document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's Office, or by facsimile to the facsimile numbers listed below, at San Francisco, California, on the date shown below. |

Dated: March 11, 2003

Dorothy A. Timo

SEE ATTACHED LIST SENT BY FACSIMILE

Stephen C. Neal, Esq.
Cooley Godward LLP
5 Palo Alto Sq., #400
Palo Alto, CA 94306-2155
Telephone: 650-843-5000
Facsimile: 650-857-0663

James L. Lopes, Esq.
Howard, Rice, Nemerovski, Canady, Falk & Rabkin
Three Embarcadero Ctr., 7th Fl.
San Francisco, CA 94111-4065
Telephone: 41-434-1600
Facsimile: 415-217-5910

D. Dale Ginter, Esq.
Dan L. Carroll, Esq.
Downey, Brand, Seymour & Rohwer LLP
555 Capitol Mall, 10th Fl.
Sacramento, CA 95814-4686
Telephone: 916-441-0131
Facsimile: 916-441-4021

G. Larry Engel, Esq.
Morgan Lewis & Bockius LLP
One Market - Spear Street Tower - 5th Fl.
San Francisco, CA 94105
Telephone: 415-442-0900
Facsimile: 415-442-1010

Mark Gorton, Esq.
McDonough, Holland & Allen
555 Capitol Mall, 9th Fl.
Sacramento, CA 95814
Telephone: 916-444-3900
Facsimile: 916-444-8334

Paul S. Aronzon, Esq.
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa St., 30th Fl.
Los Angeles, CA 90017
Telephone: 213-892-4000
Facsimile: 213-629-5063

D. Cameron Baker,
Deputy City Attorney
Office of the City Attorney
City Hall, Rm. 234
1 Dr. Carlton B. Goodlett Pl.
San Francisco, CA 94102-4682
Telephone: 415-554-4619
Facsimile: 415-554-4763

Roberta A. Kaplan, Esq.
Alan W. Kornberg, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: 212-373-3000
Facsimile: 212-373-2037

Michael Kessler, Esq.
Weil, Gotshal & Manges
701 Brickell Ave., Ste. 2100
Miami, FL 33131
Telephone: 305-577-3100
Facsimile: 305-374-7159

Paul J. Pascuzzi, Esq.
Felderstein Fitzgerald Willoughby & Pascuzzi LLP
400 Capitol Mall, Ste. 1450
Sacramento, CA 95814-4434
Telephone: 916-329-7400, Ext. 22
Facsimile: 916-329-7435

Roger C. Crane, Esq.
Nixon Peabody LLP
Two Embarcadero Center, Ste. 2700
San Francisco, CA 94111-8200
Telephone: 415-984-8200
Facsimile: 415-984-8300