ORIGINAL

1   ARTHUR J. BURKE, SBN 229589
    DANIEL G. KELLY, JR., SBN 125604
2   DAVIS POLK & WARDWELL
    1600 El Camino Real
3   Menlo Park, CA 94025
    Telephone:   (650) 752-2000
4   Facsimile:   (650) 752-2111

5   **Attorneys for UBS Securities LLC**

6   PAUL S. ARONZON, SBN 88781
    ROBERT JAY MOORE, SBN 77498
7   MILBANK, TWEED, HADLEY & McCLOY LLP
    601 South Figueroa Street, 30th Floor
8   Los Angeles, California 90017
    Telephone:   (213) 892-4000
9   Facsimile:   (213) 629-5063

10  **Attorneys for Official Committee of Unsecured
    Creditors**

11

12                  **UNITED STATES BANKRUPTCY COURT**

13                  **NORTHERN DISTRICT OF CALIFORNIA**

                    **SAN FRANCISCO DIVISION**
14

15  In re                                Case No. SF 01-30923 DM

16
    PACIFIC GAS AND ELECTRIC             Chapter 11
17  COMPANY, a California corporation,

18                        Debtor.        **ORDER APPROVING THE FIRST
                                         INTERIM AND FINAL APPLICATION OF
19                                       UBS SECURITIES LLC FOR
                                         ALLOWANCE OF COMPENSATION FOR
20                                       PROFESSIONAL SERVICES RENDERED
                                         AND FOR REIMBURSEMENT OF
21                                       EXPENSES**

22
                                         Hearing:
23
                                         Date:      September 14, 2004
24                                       Time:      1:30 p.m.
                                         Place:     235 Pine Street, 22nd Floor
25                                                  San Francisco, CA

26

27

28

LA1:#6289529v1

ORDER RE FIRST INTERIM AND FINAL FEE APPLICATION OF UBS

15765

1    A hearing on the First Interim and Final Application of UBS Securities LLC

2   ("**UBS**"), financing and capital markets arranger to the Official Committee of Unsecured

3   Creditors and the California Public Utilities Commission, for Allowance of Compensation and

4   for Reimbursement of Expenses (the "**Application**") was held on September 14, 2004 at 1:30

5   p.m. in the above-captioned Court. All appearances were made as set forth in the record.

6           After considering the Application, and good cause appearing therefore,

7           IT IS HEREBY ORDERED THAT:

8           1.      The Application is granted.

9           2.      UBS's fees in the amount of $29,500,000.00 and expenses of

10  $1,112,589.55 are approved on a final basis.

11          IT IS FURTHER ORDERED that Debtor is authorized and directed to pay the

12  above-referenced fees and expenses.

13  Dated:   _September 14 2004_        _____

14                                      **HONORABLE DENNIS MONTALI,**
                                        **UNITED STATES BANKRUPTCY JUDGE**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER RE FIRST INTERIM AND FINAL FEE APPLICATION OF UBS

Case: 01-30923    Doc# 15765    Filed: 09/14/04    Entered: 09/16/04 11:09:05    Page 2
                                      of 2