| | |
|---|---|
| 1 | ADAM A. LEWIS (Bar No. 88736) |
| 2 | MORRISON & FOERSTER LLP<br>425 Market Street |
| 3 | San Francisco, California 94105-2482<br>Telephone: (415) 268-7000 |
| 4 | Facsimile (415) 268-7522 |
| 5 | Attorneys for Rothschild Inc. |

FILED
NOV 0 4 2004
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

PACIFIC GAS AND ELECTRIC COMPANY, a California Corporation,

Debtor.

Case No. 01-30923 DM

Chapter 11

ORDER MODIFYING AND APPROVING EIGHTH INTERIM AND FINAL APPLICATION OF ROTHSCHILD INC. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the Eighth Interim and Final Application of Rothschild Inc. for Compensation and Reimbursement of Expenses (the "Application") for (i) the period December 1, 2003 through April 12, 2004 (the "Eighth Interim Period") and (ii) the period July 25, 2001 through April 12, 2004 (the "Final Period"), filed on behalf of Rothschild Inc. ("Rothschild"); and upon consideration of the Objection to the Application filed by the Office of the United States Trustee; and the Court having found and determined that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, that this proceeding is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2) and that venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Application and prior fee applications submitted by or on behalf of Rothschild during the pendency of these Chapter 11 cases; and it appearing that Rothschild and the United States Trustee have agreed to resolve the issues raised by the Objection on the terms set forth herein, with the support and consent of the Debtor; and it appearing that the Application is otherwise in compliance with the terms and provisions of each of (i) Sections 330 and 331 of Title 11 of the

ORDER MODIFYING AND GRANTING ROTHSCHILD FEE APPLICATION
-1-

United States Code (the "Bankruptcy Code"), (ii) Rule 2016 of the Federal Rules of Bankruptcy Procedure, (iii) the Second Amended Order of this Court, dated March 18, 2002, establishing interim fee application and expense reimbursement procedures for professionals (the "Fee Procedures Order"), (iv) the Order on Debtor's Application for an Order Authorizing the Retention and Employment of Rothschild Inc. as Financial Advisor and Investment Banker pursuant to Sections 327 and 330(a) of the Bankruptcy Code and Rule 2014 of the Bankruptcy Rules, dated August 21, 2001 (the "Retention Order"), approving the retention of Rothschild as financial advisor and investment banker to the Debtor, nunc pro tunc to July 25, 2001, under the terms set forth in the Debtor's application therefor and under the terms of the engagement letter, dated July 25, 2001 (the "Engagement Letter"), between Rothschild and the Debtor, and (v) the Order of this Court, dated December 22, 2003, confirming the Plan of Reorganization Under Chapter 11 of the Bankruptcy Code for Pacific Gas and Electric Company Dated July 31, 2003 As Modified by Modifications Dated November 6, 2003 and December 19, 2003; and due and adequate notice of the Application having been given under the circumstances; and all persons with standing having been afforded the opportunity to be heard on the Application; and capitalized terms used but not defined herein being used with their defined meanings as set forth in the Application; and after due deliberation, and good and sufficient cause appearing therefor, and for the reasons stated in open court on November 4, 2004, it is hereby:

ORDERED, that the Transaction Fee sought in the Application shall be reduced from $20 million to $13 million, and the Objection shall be granted to the extent of that reduction; and it is further

ORDERED, that in all other respects the Objection shall be deemed to have been withdrawn, and the Application shall be and hereby is granted; and it is further

ORDERED, that Rothschild is granted (i) allowance of compensation for the Eighth Interim Period in the amount of $13,220,000.00 for services rendered by Rothschild as financial advisor and investment banker to the Debtor and reimbursement of $20,542.98 for actual, necessary and reasonable expenses incurred and recorded by Rothschild during the Eighth Interim Period for a

total of $13,240,542.98; and (ii) final allowance of compensation for the Final Period in the amount of $18,266,666.67 for services rendered by Rothschild as financial advisor and investment banker to the Debtor, and reimbursement of expenses incurred and recorded by Rothschild during the Final Period in the amount of $257,941.65, for a total of $18,524,608.32; and it is further

ORDERED that the Debtor is authorized and directed to pay to Rothschild all compensation and reimbursements allowed hereunder, to the extent not already paid to Rothschild, including any and all fees and expenses allowed under this Order and not yet paid to Rothschild pursuant to the "holdback" provisions contained in the Fee Procedures Order; and it is further

ORDERED that any and all payments heretofore made to Rothschild pursuant to prior orders of this Court in respect of Rothschild's fees and expense reimbursements accrued during the Final Period are hereby ratified and confirmed as a final matter; and it is further

ORDERED that, notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED, that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: November 4, 2004

_____
Hon. Dennis Montali
United States Bankruptcy Judge

ORDER MODIYFING AND GRANTING ROTHSCHILD FEE APPLICATION
-3-