DENNIS J. HERRERA, State Bar #139669
City Attorney
THERESA MUELLER, State Bar #172681
MICHAEL K. SLATTERY, State Bar #107303
ANDREW M. GSCHWIND, State Bar #231700
Deputy City Attorneys
1390 Market Street, 6th Floor
San Francisco, California 94102
Telephone:    (415) 554-3973
Facsimile:    (415) 554-3837

Attorneys for Claimant
CITY AND COUNTY OF SAN FRANCISCO

FILED

MAR 11 2005

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

In re:

PACIFIC GAS AND ELECTRIC COMPANY, a California corporation,

Debtor.

Federal I.D. No. 94-0742640

Case No. 01-30923 DM
Chapter 11

Date: April 11, 2005
Time: 1:30 p.m.
Place: 235 Pine Street, 22nd Floor
       San Francisco, California
Judge: Hon. Dennis Montali

**DECLARATION OF FREDERICK T. SEHER, P.L.S., IN SUPPORT OF CLAIMANT CITY'S PROOF OF CLAIM AND IN OPPOSITION TO PG&E'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Frederick T. ("Rick") Seher, declare:

1.  I have personal knowledge of the facts set forth in this declaration, except for those matters based on information and belief, based on the sources of information described in paragraph 4 below. As to those matters set forth on information and belief, I believe them to be true. I am competent to testify to the facts set forth in this declaration.

2.  I am the principal of Frederick T. Seher & Associates, professional land survey company, located at 841 Lombard Street, San Francisco, CA 94133. I am a licensed Professional Land Surveyor, License No. 6216, and I have worked for a large variety of clients

1

including the Alameda County Public Works, the Marin Municipal Water District, the City of Campbell, the City of Emeryville, the City of Menlo Park and the City of South San Francisco. I have roughly 30 years of experience in professional survey work.

3.  I was retained by the City and County of San Francisco (the "City"), by and through its Port Commission (the "Port"), to assist it interpreting and verifying a large amount of surveying and mapping data concerning the delineation of historical street location information with present day topography and physical structures in the vicinity of PG&E's Hunters Point power plant.

4.  My work in this case was based on the following sources of information: a digital aerial survey photographic image on CD-ROM format of the Hunters Point power plant site and surrounding areas taken by HJW Geospacial, Inc., a professional aerial photographic survey company, on August 15, 2001; documents produced in this case by Martin M. Ron Associates, Inc. ("Martin Ron Associates") and provided to me by counsel for the City; documents produced in this case by PG&E and provided to me by counsel for the City; documents (including the HJW CD-ROM) provided to me by the Port Commission of the City; a site inspection on March 4, 2005 with Port surveyor Alan Nevling, Colin McRae, and Andrew Gschwind; the September 8, 2004 Declaration of Bruce Gowdy in Support of PG&E's Motion and the September 27, 2004 Supplemental Declaration of Bruce Gowdy. Based on the voluminous amount of information at my disposal, as well as time constraints, I did not personally perform a survey of the Hunters Point power plant site.

5.  In my professional opinion and experience, aerial survey photographs taken by HJW Geospacial, Inc. are reliable and highly accurate, as such images are orthogonally rectified to ensure accuracy.

6.  Attached hereto as Exhibit A is a true and correct copy of an aerial photograph of the Hunters Point power plant site superimposed with survey work performed by Martin Ron Associates dated February 18, 1993 (indicated in black lines) and the Port (indicated in colored lines), except for the area of Fairfax Avenue at the bottom. In verifying the location of Fairfax

Avenue based on an examination of physical features and other sources of information, I discovered that the Port's placement of Fairfax was incorrect. Accordingly, I corrected this error and the blue lines indicated at Fairfax reflect this correction. Otherwise, I did not change any of the location of boundary lines depicted on any previous survey work performed by either the Port or by Martin Ron Associates. As shown by the close correlation of all other boundary lines, there does not appear to be any substantial dispute over the location of the public trust land areas at issue in the City's claim. Page 1 of Exhibit A shows those areas of public trust land claimed to be held in trust by the City in green "hatching." Page 2 of this exhibit does not contain green hatching for a clearer view of the features located on these land areas.

7. Attached hereto as Exhibit B is a series of panels (most pages contain 2 panels) of aerial photographs of the Hunters Point power plant site superimposed with survey mapping work performed by the Port, as indicated in colored lines, except for the Fairfax Avenue panel, which was superimposed with survey mapping work performed by Martin Ron Associates.

8. Attached hereto as Exhibit C is are 4 panels of aerial photographs of the Hunters Point power plant site superimposed with topographical survey mapping of structures located on certain "paper streets" performed by Martin Ron Associates dated September 15, 2004, as indicated in black lines. Because Martin Ron's 2004 topographical survey did not include Evans, Fairfax or Burke Avenues, there are no panels for these areas that show Martin Ron's work on them.

9. All of images described in paragraphs 6 and 8 above, attached as Exhibits A - C, were created using AutoCAD® computer software. Drawings were scanned into digital raster images, scaled, rotated and correlated together based on matching physical features shown on various maps and Computer Aided Drafting and Design ("CADD") drawings, thus aiding in the City's interpretation of various data.

10. Based on my site inspection and my professional judgment, Exhibits A – C are accurate representations of the public trust land areas that the City, by and through its Port Commission, claims to hold legal title to. In addition, I previously performed survey work near

3

the Hunters Point power plant in the mid-1990s and find the physical features of these areas consistent with my prior work.

11. According to survey work performed by Martin Ron Associates, the square footage of certain public trust land areas located above the present day shoreline (or mean high water mark) are as follows:

- Peninsula/Jetty located on Burke Avenue: 19,586 sq. ft. [1]
- Custer Ave. (Ingalls to India) & :Ingalls St. (Custer to Burke): 34,319 sq. ft.
- Davidson Ave. (Ordinary High Tide Line of 1868 to India): 27,544 sq. ft.; and
- India Street: 5,198 sq. ft.

12. Based on automated square footage calculations performed by the AutoCAD software on the HJW Geospacial digital image, I estimate the square footage of public trust lands on Evans Avenue and Fairfax Avenue above the shoreline at the time the HJW photograph was taken on August 15, 2001 to be as follows:

- Evans Ave (Ordinary High Tide Line of 1868 to India): 5,525 sq. ft.
- Fairfax Ave. (Ordinary High Tide Line of 1868 to Hawes): 2,145 sq. ft.

These calculations are not precise, due mainly to the influence of tidal action along the shoreline at Evans Avenue. However, these calculations are still reasonably accurate.

13. Thus, according to survey work performed by Martin Ron Associates and my calculations using AutoCAD, the total amount of public trust land areas described above is 94,317 square feet.

14. In addition, a significant portion of these "paper street" areas are presently submerged. Adding the square footage of these submerged lands would significantly increase the total estimate of public trust lands at issue in the City's claim.

15. The square footage calculations discussed in paragraph 10 of the Bruce Gowdy declaration simply estimate the area of public trust lands claimed by City *outside PG&E's fence line*. His declaration does not show that the City has overestimated the square footage of public

---

[1] In fact, this number is slightly overstated because it includes a very small area of the peninsula/jetty that overlaps with Ingalls Street between Custer and Burke Avenues. Similarly, the combined estimate for Custer Ave. and Ingalls St. is slightly understated by the exact same amount because that calculation does not include this same area.

1 | trust lands at issue above the shoreline – both inside and outside the fence – that City holds in
2 | trust. The total area of this area of land is, again, roughly 94,317 square feet.
3 |     16.    Attached hereto as Exhibit D are true and correct color copies of digital
4 | photographs that I took at PG&E's Hunters Point power plant during my site visit on March 4,
5 | 2005. I received permission from PG&E employee Aaron Adams to take all of these
6 | photographs.
7 |
8 | I declare under penalty of perjury under the laws of the State of California that the
9 | foregoing is true and correct to the best of my knowledge.
10 | Executed this 10th day of March, 2005 in San Francisco, California.
11 |
12 | *[signature]*
13 | Frederick T. Seher

5

DECL. OF FREDERICK T. SEHER, P.L.S.  CLAIM NO. 12640
Case No. 01-30923 DM

# FEDERICK T. SEHER DECLARATION

# EXHIBIT A

Two page oversized exhibit. Page one is an aerial photograph of the Hunter's Point power plant superimposed with survey work performed by Martin M. Ron Associates, Inc. and the San Francisco Port Commission. Lands claimed to be held in trust by City are shaded in green. Page two is identical but without green shading.

Original Exhibit is on file with Court.

# FEDERICK T. SEHER DECLARATION

# EXHIBIT B

Four page oversized exhibit. The exhibit is a series of panels of close-up aerial photographs of the Hunters Point power plant site superimposed with survey mapping work performed by the San Francisco Port Commission (except for Fairfax Ave.).

Page one is of Hunter's Point power plant (Ingalls Street and Custer Avenue)
Page two is of Hunter's Point power plant (Ingalls St., Burke Avenue and Custer Avenue)
Page three is of Hunter's Point power plant (Davidson Avenue and Evans Avenue)
Page four is of Hunter's Point power plant (Fairfax Avenue)

Original Exhibit is on file with Court.

# FEDERICK T. SEHER DECLARATION

# EXHIBIT C

Two page oversized exhibit. The exhibit contains four panels of close-up aerial photographs of the Hunters Point power plant site superimposed with topographical survey mapping of structures performed by Martin M. Ron Associates dated September 15, 2004.

Page one is of Hunter's Point power plant (Ingalls Street and Custer Avenue)
Page two is of Hunter's Point power plant (Davidson Avenue and Evans Avenue)

Original Exhibit is on file with Court.

# FEDERICK T. SEHER DECLARATION

## EXHIBIT D

Exhibit D shows several digital color photographs of the Hunters Point power plant, taken on March 4, 2005.

Original Exhibit is on file with Court.