# ANDREW M. GSCHWIND DECLARATION

## EXHIBIT P

This exhibit contains copies of documents relating to San Francisco Bay Conservation and Development Commission Permit No. M73-91. Last few pages contain architectural/survey diagrams, including an oversized diagram.

Original Exhibit is on file with Court.