# Exhibit A

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

---oOo---

IN RE:

PACIFIC GAS AND ELECTRIC
COMPANY, A CALIFORNIA CORPORATION,
                    DEBTOR.

CASE NO. 01-30923 DM
CHAPTER 11

FEDERAL I.D. NO. 94-0742650



_____/



DEPOSITION OF

AARON ADAMS

FRIDAY, FEBRUARY 11, 2005

REPORTED BY:  LESLIE CASTRO, CSR #8876

BONNIE L. WAGNER & ASSOCIATES
COURT REPORTING SERVICES
41 SUTTER STREET, SUITE 1605
SAN FRANCISCO, CALIFORNIA 94104
(415) 982-4849

1

1    MR. GSCHWIND:  Q.  I UNDERSTAND.  I'M

2  ASKING YOU --

3    A.  AND I DON'T -- I HAVE NOT SEEN THIS UNTIL

4  TODAY.  IN MY UNDERSTANDING, IN ANSWERING YOUR QUESTION,

5  THE ANSWER IS NO.  IF YOUR DRAWING ISN'T ACCURATE OR IN

6  DISPUTE IT'S A DIFFERENT ISSUE.

7    Q.  RIGHT NOW I'M ASKING YOU -- OKAY.

8    DO YOU RECOGNIZE THE AREA SHOWN IN THIS AERIAL

9  PHOTOGRAPH?

10    A.  DO I -- YES.

11    Q.  DOES THIS AERIAL PHOTOGRAPH SHOW THE HUNTER'S

12  POINT POWER PLANT AREA?

13    A.  YES, IT DOES.

14    MS. COLLIER:  AND BEYOND.

15    THE WITNESS:  YES.

16    MR. GSCHWIND:  Q.  AND RIGHT NOW, I'M

17  ASKING YOU TO ASSUME, AND AGAIN THIS ISN'T YOUR AREA

18  OF EXPERTISE, THAT THE AREA SHADED IN GREEN ARE

19  LANDS THAT THE CITY IS CLAIMING IT HOLDS IN PUBLIC

20  TRUST.

21    AND THE QUESTION IS ON WHAT'S SHADED IN GREEN,

22  IS TO YOUR KNOWLEDGE, HAS THERE BEEN ANY NEW

23  CONSTRUCTION SINCE JANUARY 1, '95?

24    A.  IF I TAKE IT ON THE ASSUMPTION THAT IT IS

25  ACCURATE, YES.

Case: 01-30923   Doc# 16009-1   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page 3
of 31

1  Q.   AND WHAT NEW CONSTRUCTION WOULD THAT BE?

2  A.   THE ONLY -- IS THE FOOTING OF THE BRIDGE, ONE

3  FOOTING OF THE BRIDGE (INDICATING).

4  Q.   AND THIS IS THE FOOT BRIDGE THAT CONNECTS THE

5  TRAIL ACROSS ONE OF THE WATERWAYS TO THE JETTY?

6  A.   CORRECT.

7  Q.   APART FROM THAT CONSTRUCTION, TO YOUR

8  KNOWLEDGE, IS THERE ANY OTHER NEW CONSTRUCTION ON ANY OF

9  THE AREAS SHOWN IN GREEN ON THIS MAP?

10  A.   NO.

11  Q.   TO YOUR KNOWLEDGE, HAVE ANY BENCHES BEEN

12  INSTALLED BY PG&E ON ANY OF THE AREAS SHADED IN GREEN?

13  A.   I CAN'T ANSWER THAT SPECIFICALLY NOT KNOWING

14  THE TRUE EXTENT OF THE GREEN AND WHETHER IT'S ACCURATE

15  OR NOT.

16  MS. COLLIER:  ARE YOU SAYING THAT YOU CAN'T PLACE

17  THE BENCH IN RELATION TO THE GREEN THAT YOU SEE ON THE

18  MAP?

19  THE WITNESS:  CORRECT.

20  MR. GSCHWIND:   Q.   SO YOU'RE NOT SURE?

21  A.   CORRECT.

22  Q.   YOU CAN'T SAY ONE WAY OR ANOTHER WHETHER THERE

23  IS A BENCH IN ONE OF THESE GREEN SHADED AREAS OR NOT?

24  IS THAT FAIR JUST BASED ON LOOKING AT THIS --

25  A.   CORRECT.

Case: 01-30923   Doc# 16009-1   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page 4 of 31

1    Q.   -- AND YOUR PERSONAL KNOWLEDGE OF SEEING WHERE

2  THE BENCHES ARE AT THE PLANT SITE?

3    A.   I CAN SAY THAT, ONE, I'M FAIRLY CERTAIN,

4  FAIRLY CERTAIN IS PLACED IN A GREEN AREA.

5    Q.   AND WHERE WOULD THAT BE, WHICH GREEN AREA?

6    A.   AT THE END OF CUSTER, THE BAY END OF CUSTER.

7    Q.   ISN'T IT ALSO TRUE THAT BETWEEN JANUARY '95

8  AND THE PRESENT, THAT NEW FENCING WAS PUT UP ALONG THE

9  PERIMETER OF THE POWER PLANT SITE THAT WOULD OVERLAP

10 WITH SOME OF THESE GREEN AREAS?

11   A.   I'M SORRY, BETWEEN 19 -- NO.

12   Q.   TO YOUR KNOWLEDGE, THERE'S BEEN NO NEW FENCING

13 PUT UP --

14   A.   NO, THERE'S BEEN FENCING MAINTENANCE.

15 DIFFERENT ISSUE.

16   Q.   OKAY.  WHAT DO YOU MEAN BY FENCING

17 MAINTENANCE?

18   A.   SIMILAR TO HUMANS, IT DOESN'T LAST FOREVER.

19 IT'S VERY DEFINITELY DUE OR SUBJECT TO CORROSION THAT

20 CLOSE TO THE BAY, WE'RE CONSTANTLY REPLACING SOME

21 SECTION OF FENCE SOMEWHERE.

22   Q.   SO YOU'LL TEAR OUT A SECTION OF FENCE AND PUT

23 IN A NEW SECTION?

24   A.   IT'S NOT COST-EFFECTIVE TO DO IT ANY OTHER

25 WAY.

Case: 01-30923   Doc# 16009-1   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page 5
of 31

1    Q.   AND TO YOUR KNOWLEDGE, HAS THERE BEEN ANY NEW

2    SECTIONS OF FENCING PUT IN ANYWHERE ALONG THE PERIMETER

3    OF THE POWER PLANT THAT WOULD OVERLAP WITH THESE GREEN

4    SHADED AREAS?

5    A.   GREEN SHADED AREAS, THE GREEN SHADED AREAS

6    ONLY -- IT'S POSSIBLE.  I NEED MORE DEFINITION OF THE

7    PHOTO.

8    Q.   IN GENERAL, BETWEEN JANUARY 1, '95 AND THE

9    PRESENT -- LET'S START AT JANUARY 1, '95.  THE FENCE

10   THAT GOES ALONG THE PERIMETER OF THE POWER PLANT SITE

11   FROM PART OF THE BOTTOM OF WHAT'S BEEN MARKED AS EVANS

12   AVENUE ALONG THE SHORELINE, OR ALONG THE TRAIL LINE UP

13   INTO WHAT'S BEEN MARKED AS THE EASTERN EDGE OF INGALLS

14   STREET, ON THAT STRETCH, WHAT PERCENTAGE IN GENERAL OF

15   THE FENCING THAT EXISTED IN 1995 WOULD YOU SAY HAS BEEN

16   REPLACED?

17   A.   MAYBE TWO PERCENT.

18   Q.   SO MOST OF THAT FENCING HAS NOT BEEN REPLACED

19   OR CHANGED?

20   A.   IT'S ORIGINAL.  IT'S BEEN FOREVER IN THAT

21   SPECIFIC LOCATION AND CONFIGURATION.

22   Q.   TO YOUR KNOWLEDGE, HAS THE FENCE LINE BEEN

23   MOVED AT ALL BETWEEN JANUARY '95 AND THE PRESENT?

24   A.   NO.

25   Q.   DO YOU KNOW WHICH SPECIFIC AREAS OF FENCING

Case: 01-30923   Doc# 16009-1   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page 6
of 31

1  HAVE BEEN REPLACED DURING THIS TIME PERIOD?

2       A.   IN REFERENCE TO JUST THE GREEN AREAS?

3       Q.   NO.   NOW, IN GENERAL ALONG THIS --

4       A.   MY JOB FUNCTION AS FACILITIES, SPECIFICALLY?

5       Q.   I'M JUST ASKING TODAY SITTING HERE, IF YOU CAN

6  TELL ME WHAT PORTIONS OF FENCING ALONG THIS AREA BETWEEN

7  EVANS AND WHAT'S BEEN MARKED AS EVANS AND INGALLS, HAS

8  BEEN REPLACED?

9       MS. COLLIER:  OBJECTION.  VAGUE AS TO TIME.

10      MR. GSCHWIND:   Q.   BETWEEN '95 AND THE

11  PRESENT.

12      A.   YES.

13      Q.   WHAT AREAS HAVE BEEN REPLACED?

14      A.   YOU WANT WHAT -- IDENTIFICATION WITH A FINGER?

15      Q.   SURE, TRY TO POINT IT OUT BOTH WITH YOUR

16  FINGER AND DESCRIBE IT IN RELATION TO WHATEVER MARKINGS

17  THERE ARE ON THIS EXHIBIT.

18      A.   IT'S GOING TO BE HARD FOR HER.

19      Q.   I'LL TRY TO DESCRIBE WHERE YOU'RE POINTING.

20      MS. COLLIER:  THAT'S HIS PROBLEM NOT YOURS.

21      THE WITNESS:  SEE THAT LITTLE WHITE CAR RIGHT THERE

22  (INDICATING)?

23      MR. GSCHWIND:   Q.   YES.

24      A.   THAT SECTION HAS BEEN REPLACED.

25      Q.   THE AREA THAT'S BASICALLY CLOSE TO WHAT'S BEEN

Case: 01-30923   Doc# 16009-1   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page 7
of 31

1  AS PART OF WHETHER YOU WANT TO CALL IT MAINTENANCE

2  OR CONSTRUCTION?

3       A.   THAT'S WHY I'M ASKING --

4       MS. COLLIER:  OBJECTION, COMPOUND.

5            MR. GSCHWIND:   Q.   YOU CAN ANSWER.

6       A.   YES, THIS IS IT.

7       Q.   THE BENCH THAT YOU SAID YOU BELIEVED WAS ON

8  THE GREEN AREA MARKED CUSTER, CAN YOU PUT A LITTLE 'X'

9  BY THAT WHERE YOU BELIEVE THAT TO BE LOCATED.

10      A.   (WITNESS COMPLIES.)

11      Q.   AND PUT THE WORD, "BENCH."

12           APART FROM THE AREAS OF FENCING THAT YOU'VE

13 MARKED, HAS THE FENCING -- ANY OTHER AREAS OF FENCING

14 BEEN MAINTAINED BY PG&E?

15      MS. COLLIER:  OBJECTION, VAGUE AND AMBIGUOUS.

16           MR. GSCHWIND:   Q.   BETWEEN '95 AND THE

17 PRESENT.

18      MS. COLLIER:  SAME OBJECTION.

19      THE WITNESS:  I'M SORRY, ANY OTHER --

20           MR. GSCHWIND:   Q.   OTHER THAN THE AREAS

21 THAT YOU'VE MARKED, HAS PG&E MAINTAINED SOME OF

22 THESE UNMARKED AREAS OF FENCING DURING THIS TIME

23 PERIOD?

24      MS. COLLIER:  OBJECTION, VAGUE AND AMBIGUOUS.

25      THE WITNESS:  IT EXISTS.  IT'S THERE AND THAT'S WHY

Case: 01-30923   Doc# 16009-1   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page 8
of 31

```
 1   I ASKED SPECIFICALLY ABOUT WHAT IS "REPLACE" AND WHAT IS
 2   "MAINTAIN." IT EXISTS.  IT IS THERE.
 3           MR. GSCHWIND:   Q.   HOW IS IT MAINTAINED?
 4       MS. COLLIER:  OBJECTION, VAGUE AND AMBIGUOUS.  YOU
 5   MEAN THE FENCE?
 6           MR. GSCHWIND:   Q.   HOW IS THE FENCE
 7   MAINTAINED?
 8       MS. COLLIER:  OBJECTION, VAGUE AND AMBIGUOUS AS TO
 9   TIME.
10           MR. GSCHWIND:   Q.   TODAY, JUST IN
11   GENERAL, HOW IS THE FENCE MAINTAINED?
12       A.   OKAY.  THE CLARIFICATION I'D ASK FOR IS -- THE
13   FENCE IS A REAL STRUCTURE, IT'S A BARRIER.
14       Q.   I UNDERSTAND.  I'M ASKING --
15       A.   IF IT HAS A HOLE IN IT, IT GETS MAINTAINED.
16   IF IT DOESN'T HAVE A HOLE IN IT, IT'S SOLID AND IT'S A
17   BARRIER.
18       Q.   WHAT HAPPENS IF THE FENCE HAS A HOLE IN IT?
19       A.   WHAT HAPPENS IS THEN IT WOULD BE REPAIRED --
20       Q.   AND --
21       A.   -- NOT REPLACED.
22       Q.   AND IT WOULD BE REPAIRED BY PUTTING IN NEW
23   SCREENING IN THAT AREA?
24       A.   IF WE'RE GOING TO DISCUSS FENCE MAINTENANCE
25   ISSUES, NO, YOU COULD -- IT COULD ALSO BE SIMPLY TIED
```

Case: 01-30923   Doc# 16009-1   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page 9
of 31

INGALLS STREET, ANYWHERE ALONG THIS AREA, HAS ANY
SIGNAGE BEEN PLACED INTO THE GROUND TO YOUR KNOWLEDGE,
BETWEEN '95 AND THE PRESENT (INDICATING)?

MS. COLLIER: OKAY, I JUST WANT TO INSERT THAT IN
ASKING THAT QUESTION -- WHAT IS NOT EVIDENT FROM THE
RECORD IS THAT COUNSEL USED HIS FINGER TO INDICATE AN
AREA ALONG THE BAY TRAIL ALONG THE PERIMETER OF THE
PLANT.

THE WITNESS: AND THE LAST PART OF THE QUESTION
WAS?

MR. GSCHWIND: Q. HAS PG&E PLACED ANY
SIGNS?

A. PLACED ANY SIGNS?

MS. COLLIER: IN THE GROUND, I BELIEVE.

MR. GSCHWIND: Q. IN THE GROUND.

A. NO.

Q. HAS ANYONE ELSE PLACED ANY SIGNS IN THE
GROUND, TO YOUR KNOWLEDGE, ALONG THIS AREA?

A. BETWEEN?

Q. BETWEEN THE AREAS WE JUST TALKED ABOUT BETWEEN
INGALLS AND EVANS.

A. NOT THAT I CAN REMEMBER.

Q. SO YOU'RE NOT SURE?

A. CORRECT.

Q. HAS PG&E PLACED ANY SIGNS ON THE FENCE ALONG

Case: 01-30923   Doc# 16009-1   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page
10 of 31

```
1   THAT AREA BETWEEN INGALLS AND EVANS?

2        A.   YES.

3        Q.   BETWEEN '95 AND THE PRESENT?

4        A.   YES.

5        Q.   CAN YOU INDICATE ON THIS AERIAL PHOTOGRAPH

6   WITH LITTLE STARS WHERE --

7        A.   OH MAN. YOU BASICALLY STAR THE WHOLE AREA.

8   '95 TO PRESENT; RIGHT?

9        Q.   YES.

10       A.   YOU CAN BASICALLY STAR THE WHOLE AREA.

11  THERE'S NUMEROUS DIFFERENT TYPES OF SIGNS AND NUMEROUS

12  REQUIRED SIGNS THAT ARE POSTED ON THE FENCE.

13       Q.   REQUIRED BY WHO?

14       A.   ANY NUMBER OF REGULATORY AGENCIES.

15       Q.   TO YOUR KNOWLEDGE, WHICH ONES HAVE REQUIRED

16  SIGNAGE?

17       A.   ONE DEFINITELY IS THE HEALTH DEPARTMENT AND

18  THEIR FISH WARNING.

19       Q.   YOU'RE TALKING ABOUT THE CALIFORNIA STATE

20  AGENCY?

21       A.   YES, THE CALIFORNIA DEPARTMENT OF -- I'M

22  SORRY, I'M FORGETTING THE EXACT NAME, BUT THEY ARE THE

23  AGENCY WHICH ALERTS PEOPLE TO THE FACT THAT THERE ARE

24  CONTAMINANTS IN THE AREA AND THAT THEY SHOULD NOT EAT

25  THE FISH AND ARE REQUIRED TO PUT UP THE SIGNS.  BCDC
```

Case: 01-30923   Doc# 16009-1   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page
11 of 31

1   PERMIT REQUIRES SIGNAGE.

2           AND WE MAINTAIN, PUT IT UP AND MAINTAIN IT.

3   WE HAVE DANGER SIGNS.  WE HAVE ENERGIZED ELECTRICAL AREA

4   SIGNS.  THOSE ARE COMMON SENSE SIGNS.  ALL THAT STUFF.

5           THERE'S LOTS OVER THAT SPREAD OF YEARS.  THEY

6   HAVE BEEN UP, THEY'VE BEEN DOWN, THEY'VE BEEN MOVED,

7   THEY'VE BEEN CHANGED, THEY'VE BEEN REWORDED TO ADDRESS

8   WHATEVER CONSIDERATIONS ANYBODY HAS HAD TO LAWS, TO

9   REGULATIONS.

10      Q.  SO THIS SIGNAGE, YOU'RE SAYING THERE HAVE BEEN

11  A NUMBER OF DIFFERENT SIGNS PLACED ON THE FENCE AT

12  DIFFERENT TIMES?

13      A.  THAT'S CORRECT.  TO PUT 'X'S WOULD BE VERY

14  CONFUSING.

15      Q.  IS IT POSSIBLE THAT SOME OF THOSE AREAS WOULD

16  BE WHERE THE FENCING WOULD CUT THROUGH SOME OF WHAT'S

17  BEEN MARKED WITH GREEN?

18      A.  YES.

19      Q.  OUTSIDE OF THE FENCE AREA ON THE TRAIL SIDE OF

20  THE FENCE, JUST AGAIN TO BE PERFECTLY CLEAR, TO YOUR

21  KNOWLEDGE, HAS ANY SIGNAGE BEEN PLACED IN THE GROUND BY

22  ANYONE TO YOUR KNOWLEDGE BETWEEN '95 AND THE PRESENT?

23  BETWEEN WHAT'S BEEN MARKED AS THE SOUTHERN PART OF EVANS

24  AND THE WESTERN PART OF INGALLS?

25      A.  I DON'T HAVE SPECIFIC RECOLLECTION OF ANY

Case: 01-30923   Doc# 16009-1   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page
12 of 31

1  SOMETHING THAT IS ON THE OUTSIDE OF ANY BUILDING AT THE

2  PLANT.  AGREED?

3      MR. GSCHWIND:  OR PUTTING UP A NEW BUILDING OR

4  STRUCTURE.

5      MS. COLLIER:  THAT'S BUILDING.  SO YOU AGREE WITH

6  THAT DEFINITION AS AN INITIAL MATTER WHEN WE USE THE

7  WORD "CONSTRUCTION"?

8      MR. GSCHWIND:  AND THAT WE DO NOT MEAN TO INCLUDE

9  MINOR REPAIRS OR MERE CLEANING.

10     MS. COLLIER:  AND MR. ADAMS, DO YOU UNDERSTAND THAT

11  DEFINITION?

12     THE WITNESS:  YES.

13     MS. COLLIER:  LET'S MOVE FORWARD.

14      MR. GSCHWIND:   Q.   WITH THAT DEFINITION

15  IN MIND, WITH RESPECT TO THE POWER PLANT --

16  WITHDRAWN.

17       WITH THAT DEFINITION IN MIND, FOCUSING ON THE

18  AREAS THAT HAVE BEEN MARKED IN GREEN ON THIS EXHIBIT B,

19  HAS THERE BEEN ANY CONSTRUCTION OF ANY KIND BETWEEN

20  JANUARY 1, '95 AND THE PRESENT?

21     MS. COLLIER:  OTHER THAN WHAT'S BEEN TESTIFIED TO

22  SO FAR?  YOU WANT HIM TO GO OVER THE FOOTING AGAIN?

23     MR. GSCHWIND:  NO.

24      Q.   OTHER THAN WHAT WE WE'VE DISCUSSED.  IN TERMS

25  OF BENCHES, SIGNAGE, OR THE FOOT BRIDGE.

Case: 01-30923   Doc# 16009-1   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page
13 of 31

1    A.    YES.

2    Q.    AND WHAT WOULD THAT BE?

3    A.    THERE ARE MANY THINGS.

4    Q.    FOR NOW, I WOULDN'T MARK IT YET.

5    MS. COLLIER:  WHY DON'T YOU GIVE THE LIST AND THEN

6    HE CAN ASK YOU FOLLOW UP QUESTIONS ON THE LIST.

7    THE WITNESS:  JUST FOR CLARIFICATION:  WE'RE ONLY

8    TALKING ABOUT THE GREEN AREA?

9           MR. GSCHWIND:   Q.   WHAT'S BEEN MARKED IN

10   THE GREEN AREAS FOR NOW, YES.

11   A.    WE PUT UP A NEW FACILITY FOR THE WELD SHOP.

12   WE'VE MADE CHANGES IN THE TRACKS THAT RUN DOWN THE MAIN

13   ROAD, WHICH WERE USED FOR MOVING TRANSFORMERS.  WE PUT

14   UP A NEW FLAG POLE.

15          WE REPLACED APPROXIMATELY A DOZEN LIGHT POLES,

16   STREET LIGHT POLES.  WE REPLACED THE WALL AROUND THE

17   BLOW-DOWN TANKS.  WE REPLACED THE COVERS ON THE UNIT 4

18   OUTFALL.  WE REMOVED THE PEDESTRIAN -- THE OLD

19   PEDESTRIAN BRIDGE.

20          I CAN PROBABLY, IF YOU WANT TO SPEND A LONG,

21   LONG TIME, COME UP WITH A VERY LONG LIST OF THINGS THAT

22   FIT INTO THAT CATEGORY, A LONG, LONG LIST (INDICATING).

23   Q.    JUST SEE IF YOU CAN NAME A FEW MORE.  NOW

24   OBVIOUSLY, YOU'RE ONLY TESTIFYING FROM WHAT YOU CAN

25   REMEMBER AT THIS MOMENT.

Case: 01-30923   Doc# 16009-1   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page
14 of 31

1        A.   IT'S DIFFICULT JUST FOCUSING IN ON JUST THAT

2    AREA BECAUSE I'M NOT (INDICATING) --

3        MS. COLLIER:   THE WITNESS IS INDICATING THE GREEN

4    AREAS ON THE MAP.

5        MR. GSCHWIND:   ALSO, I WOULD ASK IF YOU'RE NOT SURE

6    IF SOMETHING IS IN THE GREEN OR JUST OFF THE GREEN, JUST

7    MENTION IT BUT SAY THAT YOU'RE NOT SURE IF IT'S ON OR IF

8    IT'S OFF.

9        A.   WE REPLACED THE DEMINERALIZER SYSTEM.  WE

10   REPLACED THE CEMS SHELTERS WHICH ARE CONTINUOUS

11   EMISSIONS MONITORING SYSTEMS, AND THAT WAS A REGULATORY

12   REQUIREMENT AND WILL HAVE TO BE DONE AGAIN.  WE

13   REPLACED -- SEVERAL TIMES WE'VE REPLACED VALVES IN THE

14   STORM WATER DISCHARGE SYSTEM.  WE TALKED ABOUT FENCE

15   MAINTENANCE SLASH CONSTRUCTION, PREVIOUSLY.  OH, THAT'S

16   ALL I CAN COME UP WITH FOR THE MOMENT.

17       Q.   OKAY.  IF SOMETHING ELSE COMES TO YOU, JUST

18   LET ME KNOW WHILE WE'RE TALKING TO YOU IF ANOTHER THING

19   COMES TO YOU.

20            LET ME BACKTRACK A LITTLE BIT.

21            WITH RESPECT TO THE FOOT BRIDGE ONTO THE

22   JETTY, THE FOOTING FOR IT, WHEN WAS THAT CONSTRUCTION

23   DONE, TO YOUR KNOWLEDGE?

24       A.   I BELIEVE IT WAS 2002\TWO\2.

25       Q.   WITH RESPECT TO THE BENCH, WHEN WAS THAT PUT

Case: 01-30923   Doc# 16009-1   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page
15 of 31

1    IN, IF YOU KNOW?

2       A.   AFTER -- IT WAS IN THE 2002, 2003 AREA.  CAN I

3 POINT OUT THAT BENCHES, ET CETERA, ET CETERA, ARE ALL A

4 PART OF THE M78-125.  AND IT'S NOT REPLACEMENT OF THINGS

5 THAT WERE ALREADY THERE.

6       Q.   TO YOUR KNOWLEDGE, WAS THERE A BENCH THAT

7 EXISTED BEFORE AT THAT SITE?

8       A.   THERE WAS A ROCK WHICH IS SPECIFICALLY WHAT

9 WAS CALLED FOR IN THE PERMIT.

10      Q.   AND THEN THE ROCK WAS TAKEN OUT AND A BENCH

11 WAS PUT IN?

12      A.   RIGHT.

13      Q.   WAS THAT ROCK THAT WAS THERE BEFORE LIKE A BIG

14 ROCK THAT PEOPLE COULD SIT ON?

15      A.   CORRECT.

16      Q.   WITH RESPECT TO THE FENCING, THE AREA BETWEEN

17 INGALLS AND WHAT LOOKS TO BE SORT OF THE TIP OF INDIA

18 THAT YOU DREW A CONTINUOUS LINE, WHEN WAS THAT AREA

19 REPLACED?

20      A.   WELL, AND AS I TESTIFIED PREVIOUSLY, THERE

21 WERE 200 -- APPROXIMATELY 200 PLUS FEET IN THIS AREA

22 THAT, I DON'T KNOW, WITHOUT GETTING OUT THE TAPE

23 MEASURER, THAT'S WAY CONSIDERABLY MORE THAN 200 FEET

24 (INDICATING).

25      Q.   WHATEVER THE AREA IS THAT YOU INTENDED TO

Case: 01-30923   Doc# 16009-1   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page
16 of 31

MARK, HOWEVER ACCURATELY OR INACCURATELY, WHEN WAS THAT

WORK DONE?

    A.   ACROSS THE YEARS FROM 1995 TO PRESENT.

    Q.   WAS SOME OF IT DONE BETWEEN '98 AND THE

PRESENT?

    A.   YES.

    Q.   WITH RESPECT TO -- AND THERE'S NO PARTICULAR

ORDER TO THESE -- THE WELD SHOP.

        WHEN WAS THAT WORK DONE?

    A.   APPROXIMATELY, 2000.

    Q.   AND JUST MORE SPECIFICALLY, WHAT WAS DONE IN

THAT PROJECT?

    A.   THE SHOP BUILDING HAD DETERIORATED TO THE

POINT WHERE IT NEEDED TO BE REPLACED, FIXED, MAINTAINED,

AND A NEW SET OF BUILDINGS WERE PUT THERE.

    Q.   WHERE WAS THE OLD SHOP THAT HAD DETERIORATED?

WHERE WAS THAT LOCATED?

    A.   IN THE SAME AREA.  SIMPLY NOT PHYSICALLY

ATTACHED AS WE AGREED TO THE PLANT ITSELF.

    Q.   SO I TAKE IT THE PRIOR STRUCTURE WAS BASICALLY

TAKEN DOWN AND A NEW STRUCTURE OR STRUCTURES WERE PUT

UP?

    A.   CORRECT, AND THERE WAS A SMALL PERCENTAGE OF

THAT WAS RETAINED SUCH AS THE WHAT DO YOU CALL IT -- THE

FOUNDATION.

Case: 01-30923    Doc# 16009-1    Filed: 03/11/05    Entered: 03/30/05 09:38:01    Page 17 of 31

1     Q.   WHEN WAS THE DEMINERALIZER REPLACED?

2     A.   TWO YEARS AGO -- TWO AND A HALF YEARS AGO.

3  THAT WOULD BE 2000, WHAT, '3.  APPROXIMATELY, 2003.

4     Q.   AND WHAT MORE SPECIFICALLY WAS ENTAILED IN

5  THAT PROJECT?

6     A.   THERE WAS A VERY LARGE FIXED STRUCTURE.  WE'VE

7  NOW GONE TO A SYSTEM THAT UTILIZES TANKS WHICH CAN BE

8  INTERCHANGED.  SO ALL WE DID WAS REMOVE THE OLD PHYSICAL

9  STRUCTURE, CREATE THE PAD, CREATE THE CONNECTIONS SO

10 THAT WE COULD BRING IN THESE -- WHAT ARE CALLED SKIDS

11 WITH THE DEMINERALIZER COMPONENTS ON THE TRAILER, HOOK

12 IT UP.

13      AND WHEN THAT'S SPENT, YOU TAKE IT OUT AND THE

14 NEW ONE COMES IN.  SO WE CREATED THAT WHOLE STRUCTURE --

15 INFRASTRUCTURE, EXCUSE ME.

16     Q.   SO THE DEMINERALIZERS CAN BE -- THEY'RE SORT

17 OF BUILT SO THEY CAN BE TAKEN OUT AND REPLACED AFTER A

18 CERTAIN TIME PERIOD?

19     A.   CORRECT.  AND THE PROCESS HERE IS WE HAD TO

20 HAVE THE CHEMICALS COME IN BULK IN THE OLD SYSTEM.

21      IN THE NEW SYSTEM, THE CHEMICALS ARE ALREADY

22 IN THE TANKS ON THE TRAILER.  THE TRAILER COMES IN,

23 CONNECT THE TANKS. IF IT WORKS, THE CHEMICALS GET

24 DEPLETED.  THE TRAILERS, THE TANK, ANY RESIDUE LEAVE THE

25 FACILITY AND THE NEW ONE COMES IN.  MUCH MORE EFFICIENT.

Case: 01-30923   Doc# 16009-1   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page
18 of 31

1     Q.    GOING BACK FOR A SECOND.

2           THE WELD SHOP, I KNOW THAT WAS THE FIRST ONE,

3     I THINK, YOU MENTIONED AND IT SEEMED THAT YOU WERE

4     POINTING IN THE GENERAL AREA OF WHAT'S MARKED IN THE

5     GREEN AREA OF DAVIDSON AVENUE; CORRECT?

6     A.    CORRECT.

7     Q.    WITH RESPECT TO THE DEMINERALIZER, WHAT

8     GENERAL AREA ARE WE TALKING ABOUT AS INDICATED BY A

9     STREET NAME ON THIS MAP?

10    A.    CUSTER.

11    Q.    WITH RESPECT TO THE TRACKS DOWN THE MAIN ROAD,

12    WHEN WAS THAT WORK PERFORMED?

13    A.    IT'S ONGOING.  WE'VE DONE BITS AND PIECES OF

14    IT ACROSS THE YEARS FROM 1995 TO PRESENT.

15    Q.    SO THAT'S BEEN SORT OF AN ON --

16    A.    YES.

17    Q.    -- ONGOING, CONTINUOUS PROJECT?

18    A.    YES.

19    Q.    AND I TAKE IT THAT'S DAVIDSON, WHAT'S BEEN

20    MARKED THE--

21    A.    CORRECT.

22    Q.    -- DAVIDSON AREA?

23          AND THE TRACKS ARE TRACKS THAT THE TRANSFORMER

24    SLIDE OUT ON WHEN THEY NEED TO BE REPLACED?

25    A.    WHEN THEY NEED TO BE MAINTAINED, THEY'RE OIL

Case: 01-30923   Doc# 16009-1   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page
19 of 31

1   FILLED AND INSULATED.

2        Q.    TO YOUR KNOWLEDGE, HAVE ANY OF THE

3   TRANSFORMERS IN THE AREA THAT'S BEEN MARKED IN GREEN AS

4   DAVIDSON AVE. BEEN REPLACED THEMSELVES?

5        A.    BETWEEN?

6        Q.    BETWEEN '95 AND THE PRESENT?

7        A.    NO.

8        Q.    WHERE IS THE NEW FLAG POLE?

9        A.    ON DAVIDSON.

10       Q.    WAS THERE A FLAG POLE ON THAT SPOT BEFORE?

11       A.    CORRECT.

12       Q.    THERE WAS?

13       A.    THERE WAS.

14       Q.    WAS THE OLD ONE TAKEN DOWN?

15       A.    THE OLD ONE WAS TAKEN DOWN AND THE NEW ONE PUT

16   UP.

17       Q.    THE STREET LIGHT POLES, YOU'VE MENTIONED THAT

18   ABOUT A DOZEN OR SO WERE REPLACED?

19       A.    CORRECT.

20       Q.    WHEN WAS THAT DONE?

21       A.    GOING BETWEEN 1995 AND THE PRESENT?

22       Q.    YES.

23       A.    IT'S ONGOING.

24       Q.    IN WHAT AREA OR AREAS MARKED IN GREEN ON THIS

25   EXHIBIT WAS THAT WORK PERFORMED ON?

Case: 01-30923   Doc# 16009-1   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page
20 of 31

1  A. DAVIDSON, CUSTER AND INGALLS.

2  Q. AND THERE WERE LIGHT POLES PREVIOUSLY EXISTING

3 IN THESE AREAS?

4  A. CORRECT.

5  Q. AND THEN AS THEY DETERIORATED THEY WOULD BE

6 TAKEN DOWN AND A NEW ONE INSTALLED?

7  A. CORRECT.

8  Q. BUT IT'S MERELY MORE THAN CHANGING A LIGHT

9 BULB, FOR EXAMPLE?

10  A. CORRECT.

11  Q. THE BLOW-DOWN TANKS, IF I UNDERSTAND CORRECTLY

12 FROM OUR INSPECTION LAST WEEK, THAT WOULD BE SORT OF THE

13 AREA THAT OVERLAPS SOMEWHAT WITH DAVIDSON AVENUE?

14  A. CORRECT.

15  Q. AND YOU MENTIONED THAT YOU'VE REPLACED THE

16 CONCRETE WALL AROUND THE BASE OF THE TANKS?

17  A. CORRECT.

18  Q. WAS THERE A CONCRETE WALL AROUND THE BASE

19 BEFORE?

20  A. CORRECT.  YES, THERE WAS.

21  Q. CAN YOU JUST DESCRIBE IN A LITTLE BIT MORE

22 DETAIL THAT PROJECT.

23  A. THE REGULATIONS CHANGED FOR THE TYPE OF

24 CONTAINMENT NEEDED FOR THE AREA.  THE PREVIOUS

25 CONTAINMENT WAS NO LONGER SATISFACTORY AND WE BUILT A

Case: 01-30923   Doc# 16009-1   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page
21 of 31

```
 1    NEW CONTAINMENT AREA.

 2        Q.   AND HOW DID THE NEW WALL CONTAINMENT -- HOW

 3    DOES IT DIFFER FROM WHAT WAS THE OLD --

 4        A.   TALLER AND THICKER.

 5        Q.   IT'S TALLER AND THICKER?

 6        A.   YES.

 7        Q.   AND WHEN WAS THAT WORK PERFORMED?

 8        A.   1996 OR '7.

 9        Q.   I BELIEVE YOU MENTIONED THAT NEW COVERS WERE

10    PUT ON THE UNIT FOR OUTFALL; IS THAT CORRECT?

11        A.   CORRECT.

12        Q.   AND WHAT AREA WOULD THAT -- WHAT AREA IN GREEN

13    WOULD THAT COVER?

14        A.   THAT'S THE END OF CUSTER (INDICATING).

15        Q.   AND I TAKE IT THIS IS WHERE THE WATER COMES

16    FROM THE PLANT OUT INTO THE BAY?

17        A.   COOLING WATER, CORRECT.

18        Q.   AND WHAT DO THESE COVERS DO ON THE OUTFALLS?

19        A.   THEY ALLOW ACCESS FOR MAINTENANCE OF THE

20    TUNNEL ITSELF.

21        Q.   DO THE COVERS, LIKE, CONTROL HOW MUCH WATER IS

22    LET OUT?

23        A.   NO, THEY SIMPLY CREATE THE ACCESS POINT.  SO

24    IF YOU NEED TO GET IT IN, YOU LIFT IT OFF, THE COVER,

25    LIKE A MANHOLE, A VERY BIG MANHOLE.
```

Case: 01-30923   Doc# 16009-1   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page
                                22 of 31

```
1        Q.    SO THEY'RE LOCATED ON TOP OF THE OUTFALL?

2        A.    CORRECT.

3        Q.    AND A PERSON WOULD GO DOWN INTO IT?

4        A.    CORRECT.

5        Q.    AND WHEN WERE THE COVERS REPLACED?

6        A.    BACK THERE BETWEEN THE YEARS '99 AND TWO YEARS

7   AGO.  SO '99 TO 2002.  THEY WEREN'T ALL REPLACED IN THE

8   SAME YEAR, THEY WERE REPLACED DURING THAT PERIOD.

9        Q.    YOU HAD MENTIONED THAT THE OLD PEDESTRIAN

10  BRIDGE WAS REMOVED, I BELIEVE?

11       A.    CORRECT.

12       Q.    AND THAT WOULD BE THE OLD BRIDGE THAT

13  CONNECTED TO THE JETTY; IS THAT RIGHT?

14       A.    NO.

15       Q.    WHERE WAS THE OLD BRIDGE THAT WAS REMOVED?

16       A.    THAT WAS AT THE CORNER OF INGALLS AND CUSTER.

17       Q.    AND DID THAT BRIDGE GO OVER THE OUTFLOW PIPES

18  TO UNITS 2 AND 3?

19       A.    CORRECT.

20       Q.    WHEN WAS THAT REMOVED?

21       A.    IN THE SAME TIME FRAME THAT THE NEW BRIDGE WAS

22  PUT IN.  THAT'S GOT TO BE 2002.

23       Q.    AND I TAKE IT THE PURPOSE OF REMOVING THAT

24  BRIDGE WAS SO THAT PEOPLE WOULDN'T BE ABLE TO WALK OVER

25  THE PIPES TOWARDS THE OUTTAKE -- CLOSER TO THE OUTTAKE
```

Case: 01-30923   Doc# 16009-1   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page
23 of 31

1　AREA?

2　　　A.　NO, IT WAS BEYOND -- IT WAS BEYOND ITS

3　ENGINEERED LIFESPAN.

4　　　Q.　SO IT WAS OBSOLETE?

5　　　A.　IT WAS DEEMED AS NOT SAFE.

6　　　Q.　YOU MENTIONED REPLACING "SIMS" SHELTERS.　IS

7　THAT CAPITAL S-I-M-S?　IS THAT AN ACRONYM?

8　　　A.　IT'S AN ACRONYM.　IT'S CEMS, CONTINUOUS

9　EMISSIONS MONITORING SYSTEM.

10　　　Q.　C-M-S?

11　　　A.　C-E-M-S.

12　　　Q.　AND WHERE WERE THE CEMS SHELTERS LOCATED?

13　　　A.　ON CUSTER.

14　　　Q.　AND WHAT DO -- CAN YOU DESCRIBE THAT PROJECT

15　IN A LITTLE BIT MORE DETAIL.

16　　　A.　THE CONTINUOUS EMISSIONS MONITORING

17　REQUIREMENTS OF THE BAY AREA AIR QUALITY MANAGEMENT

18　DISTRICT AND OTHERS REQUIRES THAT WE TO MEASURE THE

19　EFFLUENT ON THE STACKS CONTINUOUSLY REQUIRES A FAIR

20　AMOUNT OF EQUIPMENT AND BUILT -- WE'VE BUILT SMALL

21　SHELTERS TO HOUSE THAT.　THEY DO HAVE A FOUNDATION BUT

22　THE CONFIGURATION CHANGES ON THE TYPE OF EQUIPMENT THAT

23　YOU NEED TO USE.

24　　　Q.　SO THEY'RE PLACED ON THE GROUND.　THEY'RE NOT

25　ON THE SMOKESTACK?

Case: 01-30923　Doc# 16009-1　Filed: 03/11/05　Entered: 03/30/05 09:38:01　Page
24 of 31

1    A.   RIGHT.

2    Q.   BUT THEY MEASURE EMISSIONS FROM THE

3  SMOKESTACKS?

4    A.   CORRECT -- THE SENSOR POINTS ARE -- THERE'S

5  ZILLIONS OF SENSOR POINTS THAT ARE FEEDING TO THIS DATA

6  COLLECTION POINT WHICH IS THE CONTINUOUS EMISSIONS

7  MONITORING SYSTEM.  AND THAT IN TURN HAS EXTERNAL

8  COMMUNICATION TO OUR OPERATIONS, ET CETERA.

9    Q.   SO WHEN YOU REFER TO THE SHELTERS, THIS IS

10  JUST AN AREA THAT THE EQUIPMENT IS HOUSED IN?

11    A.   CORRECT.

12    Q.   HAS THE EQUIPMENT ITSELF -- THAT'S BEEN DOING

13  THE MONITORING, HAS THAT CHANGED AT ALL BETWEEN '95 --

14    A.   YES.

15    Q.   -- AND THE PRESENT?

16       HOW HAS THAT CHANGED?

17    A.   IT GREW IN THE SPACE THAT IT NEEDED TO HOUSE

18  IT WHICH IS WHY WE NEEDED TO BUILD NEW SHELTERS.

19    Q.   THE EQUIPMENT IS BIGGER?

20    A.   CORRECT -- WELL, THE INDIVIDUAL COMPONENTS

21  AREN'T NECESSARILY BIGGER, THE DEPTH THAT YOU NEEDED TO

22  MONITOR CHANGED, REQUIRING MORE EQUIPMENT.  YES,

23  COMPUTERS ARE GETTING SMALLER, BUT WHEN YOU REQUIRE TEN

24  MORE, IT STILL REQUIRES MORE SPACE.

25    Q.   AND HOW OFTEN HAS THE ACTUAL CEMS EQUIPMENT

Case: 01-30923   Doc# 16009-1   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page
25 of 31

```
 1   BEEN REPLACED?

 2        A.    ONCE THAT I KNOW OF.

 3        Q.    WHEN?

 4        A.    ONE MAJOR CHANGE.

 5        Q.    WHEN WAS THAT?

 6        A.    AND THAT WAS 90 -- WHEN WAS THE LAST -- 2000,

 7   APPROXIMATELY.

 8        Q.    AND THAT'S ON THE CUSTER AREA?

 9        A.    CORRECT.

10        Q.    YOU MENTIONED THE -- EITHER THE VALVES OR THE

11   SCREENING IN THE STORM WATER DISCHARGE -- ACTUALLY, I

12   THINK YOU MENTIONED VALVES NOT SCREENING.  I DON'T WANT

13   TO PUT WORDS IN YOUR MOUTH; IS THAT RIGHT?

14        A.    VALVES, CORRECT.

15        Q.    CAN YOU JUST DESCRIBE IN A LITTLE BIT MORE

16   DETAIL WHAT THAT PROJECT ENTAILS.

17        A.    WHEN WE DID THE WALK-AROUND, I THINK I POINTED

18   OUT THE STORM DRAINS THAT DISCHARGE DIRECTLY TO THE BAY.

19   WE HAVE TO UNDER OUR NPDES PERMIT, WE HAVE TO SAMPLE ALL

20   STORM WATER BEFORE IT LEAVES THE FACILITY AND TO THAT

21   END WE HAVE TO MAINTAIN THE VALVES THAT ISOLATE THE

22   CATCH BASINS FROM THE BAY.

23              AND SO YOU HAVE APPROXIMATELY 15 MAJOR STORM

24   WATER SYSTEMS WITHIN THE PLANT, AND WE'RE GOING BEYOND

25   THE SCOPE OF JUST THE GREEN AREA, AND APPROXIMATELY, 160
```

Case: 01-30923   Doc# 16009-1   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page 26 of 31

1  VALVES, THEY ALL HAVE TO BE REPLACED AT GIVEN TIMES OR

2  DURING THE COURSE OF ROUTINE MAINTENANCE.  YOU SEE ONE

3  LEAKING OR WHATEVER, THEY HAVE TO BE REPLACED.  THEY'RE

4  LARGE.  THEY'RE EITHER 8 -- 8 TO 20 INCH PIPES.

5      Q.   AND HOW MANY VALVES WOULD YOU SAY HAVE BEEN

6  EITHER INSTALLED OR REPLACED ON THE -- WHAT'S BEEN

7  MARKED AS THE GREEN AREA ON THIS EXHIBIT?

8      A.   IN THE PAST THREE YEARS, I CAN THINK OF A HALF

9  DOZEN, EASILY --

10     Q.   TO YOUR KNOWLEDGE --

11     A.   -- IN THE GREEN AREA.

12     Q.   -- TO YOUR KNOWLEDGE, HAVE ANY NEW STORM WATER

13  DRAINS BEEN INSTALLED BETWEEN '95 --

14     A.   NO.

15     Q.   -- AND THE PRESENT?

16          OR STORM WATER BASINS?

17     A.   NO.

18     Q.   USING THE DEFINITION THAT WE AGREED TO

19  EARLIER, IS THERE ANY OTHER CONSTRUCTION FROM '95 TO THE

20  PRESENT THAT YOU CAN THINK OF ON WHAT'S BEEN MARKED AS

21  THE GREEN AREAS OR POTENTIALLY ON WHAT'S BEEN MARKED AS

22  THE GREEN AREAS?

23     A.   THE ONLY THING I CAN THINK OF IS, AS WE'VE

24  BEEN TALKING, IS THE REPLACEMENT OF BOLLARDS OR

25  INSTALLATION OF NEW BOLLARDS.  BOLLARDS ARE SIMPLY

Case: 01-30923   Doc# 16009-1   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page
27 of 31

1  BARRIERS TO PROTECT THINGS, KEEP PEOPLE FROM RUNNING

2  INTO THEM WITH VEHICLES.

3          RE-STRIPING OF THE ROAD, FILLING OF POTHOLES,

4  REPLACING OF -- THERE'S LOTS OF PIPE CHANNELS, PIPE

5  TUNNELS, REPLACING OF THE COVERS THAT GO OVER THEM

6  SEVERAL NEW FIRE HYDRANTS -- I'LL QUALIFY THAT.  MAYBE A

7  COUPLE IN THE LOCATION OF CUSTER, INGALLS, DAVIDSON.

8      Q.   THIS IS THE FIRE HYDRANTS?

9      A.   MAINTENANCE OF FIRE SYSTEM.  FIRE HYDRANTS,

10 BELIEVE IT OR NOT, DO WEAR OUT AS DO POST-INDICATOR

11 VALVES AND IT CAN GO ON AND ON AND ON.

12     Q.   AND I TAKE IT THE KINDS OF THINGS THAT YOU

13 MENTIONED JUST NOW, FILLING OF POTHOLE, RE-STRIPING,

14 REPLACEMENT OF BOLLARDS, THIS HAPPENED ON A FAIRLY

15 CONTINUOUS BASIS?

16     A.   CORRECT.

17     Q.   YOU'RE NOT TALKING ABOUT A ONE-TIME --

18     A.   CORRECT.

19     MS. COLLIER:  CAN I INTERJECT.  IT IS NOW 12:15.

20     MR. GSCHWIND:  IF YOU WANT TO TAKE A BREAK, IF WE

21 WANT TO GO FOR LUNCH.

22     MS. COLLIER:  WELL, I THINK THE DEPOSITION -- WE'VE

23 BEEN HERE BEFORE, THERE REALLY ISN'T ANY PLACE TO GO FOR

24 LUNCH.  WHAT I'M WONDERING IS IF IT MAKES MORE SENSE TO

25 HAVE YOUR ASSISTANT GET US SUBWAY SANDWICHES AND, LIKE,

Case: 01-30923   Doc# 16009-1   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page
28 of 31

1  SCOPE OF THE NOTICE.

2  MR. GSCHWIND:  WELL, I DON'T KNOW IF I'M GOING TO

3  HAVE TO DRAG YOU BACK HERE AGAIN, BUT I MIGHT HAVE TO

4  DRAG YOU BACK HERE AGAIN, THEN.

5  Q.  WHEN YOU FIRST STARTED WORKING AT THE POWER

6  PLANT IN 1995, HOW MANY EMPLOYEES, ROUGHLY, WERE WORKING

7  THERE?

8  A.  HEAD COUNT IN 1995, WAS -- HOW MANY YEARS AGO?

9  APPROXIMATELY, 75.

10  Q.  EMPLOYEES --

11  A.  CORRECT.

12  Q.  -- INCLUDING PART-TIME EMPLOYEES.

13  A.  LET'S MAKE SURE WE UNDERSTAND.

14  EMPLOYEES ASSOCIATED WITH THE POWER PLANT?  WE

15  CALL IT HEAD COUNT.  HEAD COUNT ASSOCIATED WITH THE

16  HEADQUARTERS.  HEADQUARTERS BEING HUNTER'S POINT POWER

17  PLANT.  EMPLOYEES ASSOCIATED WITH THE FACILITY THERE

18  WERE CONSIDERABLY MORE THAN 75, BUT THOSE WERE EMPLOYEES

19  THAT WORKED FOR OTHER DEPARTMENTS WITHIN PG&E.

20  Q.  BUT YOU'RE TALKING ABOUT EMPLOYEES OF PG&E?

21  A.  CORRECT.

22  Q.  BUT THEY WEREN'T NECESSARILY --

23  A.  CORRECT.

24  Q.  -- ASSIGNED TO THE POWER PLANT?

25  A.  CORRECT, THIS WAS NOT THEIR HEADQUARTERS.

Case: 01-30923   Doc# 16009-1   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page 29 of 31

1   IS ALWAYS OF THE ESSENCE.

2       Q.   SO IN TERMS OF OVERFLOW AREAS, WHEN BIG

3   EQUIPMENT NEEDS TO GET TAKEN DOWN EITHER FOR REPAIR OR

4   SCHEDULED MAINTENANCE, ONE OF THE OVERFLOW AREAS WOULD

5   BE BETWEEN EVANS AND HUNTER'S POINT --

6       A.   CORRECT.

7       Q.   -- BOULEVARD?

8            ARE THERE ANY OTHER OVERFLOW AREAS THAT ARE

9   USED?

10      A.   WELL, WE HAVEN'T -- SINCE 1995 AND NOW WE

11  HAVEN'T HAD AN INCIDENT WHERE WE'VE HAD SO MANY CARS

12  THAT THAT AREA HAS NOT SATISFIED OUR NEED.  I'M SORRY, A

13  LONG ANSWER.

14      Q.   HAS -- I TAKE IT EMPLOYEES STILL PARK OVER BY

15  THE JENNINGS STREET AREA?

16      A.   INSIDE THE FENCE, YES.

17      Q.   DO YOU KNOW HOW MANY CARS THE PARKING AREA

18  NEAR JENNINGS STREET AREA CAN HANDLE?

19      A.   THEY CAN PARK IN THE NEIGHBORHOOD OF 50 TO 60

20  PIECES OF EQUIPMENT OUT THERE WHICH GIVES YOU -- THE

21  EQUIPMENT IS A LITTLE BIGGER AND WE'RE TALKING ABOUT

22  TRUCKS AS OPPOSED TO PASSENGER CARS.  SO YOU COULD

23  PROBABLY PUT 100 CARS IN THAT AREA.  AND THEY HAVE

24  ASSIGNED TO THEM AT THE MOMENT 37 EMPLOYEES.

25           THAT'S THEIR HEAD COUNT IN THIS AREA AT THE

Case: 01-30923   Doc# 16009-1   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page
30 of 31

MOMENT.  SO YOU POTENTIALLY HAVE 37 PEOPLE PARKING IN
THERE DURING THE DAY WHEN THEY TAKE THEIR EQUIPMENT OUT
(INDICATING).

 Q. NOW, I KNOW FROM THE WALK-AROUND -- I THINK AT
LEAST, WE TALKED ABOUT THIS BRIEFLY -- IT'S MY
UNDERSTANDING THAT, SORT OF, SOME OF THE LAND UP BY
JENNINGS STREET, THAT'S, SORT OF, A SEPARATE UNIT
THAT'S, SORT OF, THE MAINTENANCE UNIT THAT WILL GO
ANYWHERE, THEY'RE NOT JUST ASSIGNED TO THE POWER PLANT?

 A. CORRECT, AND THAT GOES TO WHAT WE WERE
DISCUSSING JUST A MINUTE AGO.  WHO IS ASSIGNED TO THE
POWER PLANT AND WHO USES -- WHAT OTHER COLLEAGUES USE
THE AREA.  AND YES, THAT IS OMC, WHICH IS OPERATIONS,
MAINTENANCE AND CONSTRUCTION.

 Q. AND GENERALLY, THAT UNIT OR DIVISION PARKS
OVER THERE VERSUS THE MAIN PARKING LOT JUST SOUTH OF
UNIT 4?

 A. THAT'S ALMOST EXCLUSIVELY, YES.

 Q. HAVE EMPLOYEES WHO ARE DEDICATED TO THE POWER
PLANT OPERATIONS EVER HAD TO PARK OVER BY JENNINGS
STREET IN THE TIME YOU'VE BEEN AT PG&E?

 A. I'M GOING TO SAY "YES" BECAUSE SOMEBODY MIGHT
DRIVE OVER AND WANT TO GO TO THE WAREHOUSE WHICH IS ON
THE JENNINGS STREET SIDE.  MIGHT THEY GO IN THEIR
PERSONAL VEHICLE?  YEAH, THEY COULD.  GENERALLY, THEY

Case: 01-30923   Doc# 16009-1   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page
31 of 31