DON'T, BUT I DON'T KNOW EVERYTHING THAT GOES ON.  BUT

THEY COULD.

Q.  DO YOU KNOW HOW MANY PG&E SORT OF TRUCKS,
FACILITY TRUCKS, ROUGHLY OCCUPY THE JENNINGS STREET
PARKING AREA?

A.  THE CONSTRUCTION GROUP HAS BETWEEN 50 AND 60
PIECES OF EQUIPMENT WHICH COULD BE TRUCKS.  WHICH ARE
TRUCKS, WHICH ARE BACKHOES, WHICH ARE LINE TRUCKS, ET
CETERA, ASSIGNED TO THEM THAT THEY HOUSE IN THAT END.

Q.  WITH RESPECT TO THE AREA BETWEEN EVANS AVE.
AND HUNTER'S POINT BOULEVARD, I TAKE IT THERE'S NO --
THAT'S NOT A REGULAR PARKING AREA FOR ANYBODY WHO WORKS
AT THE SITE; RIGHT?

A.  WELL, THERE'S NOTHING TO PREVENT SOMEBODY FROM
PARKING.  WE'RE NOT GOING TO TOW THEM AWAY OR ANYTHING.
IF THEY WANT TO PARK UP THERE, THEY CAN PARK UP THERE.

WE'VE ALLOWED HABITAT FOR HUMANITIES TO
SITE -- I FORGET EXACTLY WHAT THE TERM HE USES, BUT ANY
WAY, THEY'VE GOT SOME TRAILERS THERE.  THEY'RE IN AND
OUT EVERY DAY.  OCCASIONALLY THEY LEAVE THEIR VEHICLE UP
THERE OR A VEHICLE UP THERE DURING THE DAY.  SO THAT'S
THE ONLY IRREGULAR USAGE OF THAT AREA.

Q.  WHAT ABOUT THE AREA JUST SOUTH OF THE WATER
TANKS NEAR EVANS AVENUE?

A.  THAT'S USED ON A DAILY BASIS.  OUR PAINT

Case: 01-30923   Doc# 16009-2   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page 1
of 26

1    DEPARTMENT, OUR INSTALLATIONS AND CODING DEPARTMENT

2    PEOPLE PARK THERE.

3         Q.   HOW MANY CARS CAN THAT AREA HOLD, ROUGHLY?

4         A.   IF YOU WERE TO HAVE -- I DON'T KNOW.  I DON'T

5    KNOW.  QUITE A FEW.

6         Q.   WHAT ABOUT THE AREA BETWEEN EVANS AND HUNTER'S

7    POINT BOULEVARD?

8         A.   A LOT.  DEFINITELY A LOT.

9         Q.   MORE THAN 50 --

10        A.   MORE THAN 50.

11        Q.   -- CARS?

12             WHAT ABOUT THE MAIN PARKING LOT AREA SOUTH OF

13   UNIT 4?

14        A.   APPROXIMATELY, 52 PARKING SPOTS.

15        Q.   THE UNIT OR UNITS THAT WORK OVER BY JENNINGS

16   STREET THAT ARE NOT SPECIFICALLY ASSIGNED TO THE POWER

17   PLANT, TO YOUR KNOWLEDGE, HAS THE NUMBER OF EMPLOYEES

18   WORKING IN THAT SEPARATE BUSINESS UNIT INCREASED OR

19   DECREASED SIGNIFICANTLY BETWEEN WHEN YOU STARTED IN '95

20   AND TODAY?

21        A.   YES, IT HAS.

22        Q.   AND HOW HAS IT CHANGED?

23        A.   IN BOTH DIRECTIONS.  AS A CONSTRUCTION

24   ORGANIZATION WITHIN THE COMPANY, THE INDIVIDUAL

25   ENTITIES -- UNITS WILL GROW AND SHRINK DEPENDING ON WHAT

Case: 01-30923   Doc# 16009-2   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page 2
of 26

```
 1   THE WORKLOAD IS.  THEY'RE SORT OF IN THE MIDDLE RIGHT

 2   NOW.

 3              I CAN REMEMBER A TIME WHEN THERE WAS PROBABLY

 4   TWICE AS MANY PEOPLE ASSOCIATED WITH THAT GROUP.  THAT

 5   WOULD HAVE BEEN AT THE BEGINNING OF SAN FRANCISCO GAS

 6   PIPELINE REPLACEMENT PROJECT, THAT WOULD HAVE BEEN '97,

 7   I BELIEVE, THAT'S WHEN THEY KICKED THAT OFF.

 8       Q.   SO THE NUMBER BETWEEN '95 TO '97 AT THE START

 9   OF THIS BIG PROJECT GREW QUITE A BIT?

10       A.   IT WAS WAY HIGH THEN.  IT WAS LOWER BEFORE AND

11   THEN IT GREW AND NOW IT'S --

12       Q.   TAPERING?

13       A.   TAPERING OFF A LITTLE BIT AS THE PROJECT GETS

14   COMPETE.

15       Q.   WHAT ABOUT WITH RESPECT TO THE AMOUNT OF

16   EMPLOYEES THAT WORK ON THE HUNTER'S POINT SITE?

17       MS. COLLIER:  OBJECT, WHAT'S YOUR QUESTION?

18       MR. GSCHWIND:  OKAY, FAIR OBJECTION.

19       Q.   IN '95 WHEN YOU STARTED, HOW MANY EMPLOYEES

20   WOULD YOU SAY WERE DEDICATED TO THE POWER PLANT

21   OPERATIONS VERSUS GENERAL PG&E EMPLOYEES THAT JUST

22   HAPPEN TO WORK ON THE SITE?

23       A.   OKAY.  AGAIN, LET'S MAKE IT CLEAR:  EMPLOYEES

24   ASSIGNED TO THE PLANT?

25       Q.   YES.
```

Case: 01-30923   Doc# 16009-2   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page 3
of 26

1    A.   THAT WAS APPROXIMATELY PLUS OR MINUS A VERY

2    SMALL NUMBER, 75 PEOPLE IN 1995.

3    Q.   AND THAT WOULD INCLUDE THE PAINT SHOP PEOPLE,

4    FOR EXAMPLE?

5    A.   NO, THEY ARE NOT POWER PLANT EMPLOYEES.   THEY

6    WORK FOR ANOTHER OMC ORGANIZATION OUT OF EMERYVILLE.

7    Q.   DID YOU --

8    A.   BUT THEY.

9    Q.   -- DID YOU USE AN ACRONYM?

10   A.   OMC, SAME AS OPERATIONS, MAINTENANCE AND

11   CONSTRUCTION.

12   Q.   CAPITAL O-M-C?

13   A.   YES.

14   Q.   SO THEY TOO --

15   A.   CORRECT.

16   Q.   -- ARE A SEPARATE UNIT?

17   A.   CORRECT.

18   Q.   BEFORE I GET THEN TO THE MAIN DEDICATED POWER

19   PLANT PEOPLE, WITH RESPECT TO THE PAINT OMC PEOPLE, WHEN

20   YOU STARTED IN '95, HOW MANY EMPLOYEES, ROUGHLY, DID

21   THEY HAVE?

22   MS. COLLIER:  THE PAINT GROUP WHO PARKED AT THE

23   SITE OR INCLUDING THE EMERYVILLE FACILITY?

24   MR. GSCHWIND:   Q.   THE PAINT GROUP PEOPLE

25   AT THE HUNTER'S POINT SITE.

Case: 01-30923   Doc# 16009-2   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page 4
of 26

1    A.   THEY RANGE FROM THREE TO EIGHT PEOPLE.

2    Q.   DO YOU KNOW HOW MANY PEOPLE ARE IN THAT UNIT

3    TODAY -- THE PAINT UNIT AT HUNTER'S POINT?

4    A.   FUNCTIONING OUT OF HUNTER'S POINT, THERE ARE

5    FIVE RIGHT NOW.

6    Q.   AND RIGHT NOW, THERE'S 37 OUT OF THE OMC --

7    A.   CORRECT.

8    Q.   -- MAINTENANCE UNIT BY JENNINGS STREET?

9    A.   CORRECT.

10   Q.   AND YOU MENTIONED IN '95 WHEN YOU STARTED,

11   THERE WAS, ROUGHLY, 75 PEOPLE DEDICATED SPECIFICALLY TO

12   THE --

13   A.   CORRECT.

14   Q.   -- POWER PLANT?  HOW MANY PEOPLE ARE THERE NOW

15   SPECIFICALLY DEDICATED TO THE POWER PLANT?

16   A.   SIXTY-FIVE.

17   Q.   I KNOW ON THE WALK-AROUND, YOU MENTIONED THAT

18   UNITS 2 AND 3, I BELIEVE, WERE SHUT DOWN THIS JANUARY;

19   IS THAT RIGHT?

20   A.   CORRECT.

21   Q.   HAVE ANY EMPLOYEES THAT WERE WORKING ON

22   UNITS 2 AND 3 -- HAVE ANY OF THOSE EMPLOYEES BEEN EITHER

23   LAID OFF OR RELOCATED TO ANOTHER PG&E SITE?

24   MS. COLLIER:  I'M GOING TO OBJECT.  WHERE IS THIS

25   QUESTION GOING?  HOW IS IT RELATED TO THE FIVE

Case: 01-30923   Doc# 16009-2   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page 5
of 26

1      MR. GSCHWIND:    Q.    TO YOUR KNOWLEDGE, IS

2   THAT HEAD COUNT NUMBER GOING TO CHANGE AT ALL, SAY,

3   SIX MONTHS FROM NOW?

4      A.    THERE'S ALWAYS THE POSSIBILITY THAT IT'S GOING

5   TO FLUCTUATE.   TO MY KNOWLEDGE, WE HAVE NO PLANS TO

6   EITHER REDUCE OR TO INCREASE HEAD COUNT.

7      Q.    HAS HEAD COUNT CHANGED AT ALL SINCE UNITS 2

8   AND 3 WENT OFFLINE?

9      A.    NO.

10     Q.    HAVE YOU HEARD OF ANY PLANS TO DECREASE HEAD

11  COUNT DURING THE NEXT SIX MONTHS, SAY --

12     A.    NO.

13     Q.    -- BECAUSE UNITS --

14     A.    NO.

15     Q.    -- TWO AND THREE WERE TAKEN OFFLINE?

16     A.    NO.

17     MS. COLLIER:   JUST REMEMBER TO WAIT UNTIL HE

18  FINISHES ASKING THE QUESTION.

19     MR. GSCHWIND:    Q.    DO WE HAVE EXHIBIT A

20  HANDY?

21  MR. ADAMS, TO YOUR KNOWLEDGE, -- WITHDRAWN

22  YOU HAD MENTIONED THAT THERE'S, ROUGHLY, 52 SPACES IN

23  THE PARKING AREA IMMEDIATELY SOUTH OF UNIT 4; CORRECT?

24     A.    CORRECT.

25     Q.    CURRENTLY, ON AN AVERAGE DAY, HOW MANY OF

Case: 01-30923   Doc# 16009-2   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page 6
of 26

1    THOSE SPACES ARE OCCUPIED BY CARS?

2        A.   DURING A REGULAR WORKDAY, YOU'D LIKELY SEE

3    EMPLOYEE VEHICLES, APPROXIMATELY 25 TO 30 ON OUR TUESDAY

4    TO FRIDAY REGULAR MAINTENANCE AND ADMINISTRATION WORK

5    SCHEDULE.

6            AND THEN ANOTHER 12 OVER ON THE OFFICE SIDE,

7    AND THEN YOU'VE GOT VISITORS COMING IN AND STUFF LIKE

8    THAT.  THE -- WELL --

9        Q.   WHEN YOU --

10       MS. COLLIER:  JUST ANSWER THE QUESTION.

11           MR. GSCHWIND:   Q.   HOW MANY SPACES WOULD

12   YOU ESTIMATE ARE, SORT OF, IN FRONT OF THE OFFICE

13   AREA ALONG THE CONTINUATION OF WHAT WOULD BE

14   DAVIDSON AVENUE?

15       A.   I THINK THERE ARE -- I THINK THERE'S EIGHTEEN,

16   GIVE OR TAKE ONE OR TWO.

17       Q.   AND ON A TYPICAL DAY, HOW MANY OF THOSE SPACES

18   ARE FILLED?

19       A.   AT LEAST A DOZEN OF THE REGULAR ONES.  NOT ALL

20   OF THOSE SPACES IN FRONT OF THE MAIN OFFICE ARE FOR OUR

21   VEHICLES, MEANING PERSONAL VEHICLES.  THEY ARE OUR POOL

22   VEHICLES THAT ARE COMPANY VEHICLES AND/OR VISITORS.

23       Q.   ARE THERE DEDICATED VISITOR PARKING SPOTS IN

24   THAT LOT AREA?

25       A.   YES, THERE ARE.

Case: 01-30923   Doc# 16009-2   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page 7
of 26

1     Q.   AND IT LOOKS LIKE ON THIS AERIAL PHOTOGRAPH

2 THAT THERE'S A FEW CARS, ESSENTIALLY, PARKED AROUND THE

3 SIDE OF THE OFFICE TOWARDS, I GUESS, WHAT WOULD BE

4 UNIT 1.

5     DO YOU SEE THAT?

6     A.   THAT IS CORRECT, NEXT TO THE -- NEXT TO THE 2,

7 3 INTAKE STRUCTURE.  AND THOSE ARE MARKED AND DEFINED

8 PARKING SPOTS.

9     Q.   AND HOW MANY PARKING SPOTS CAN THAT AREA --

10 ARE THERE IN THAT AREA?

11     A.   EITHER SEVEN OR EIGHT -- EITHER SEVEN OR

12 EIGHT.

13     Q.   AND ARE THERE EMPLOYEES THAT TYPICALLY --

14     A.   YES.

15     Q.   -- PARK IN THAT AREA?

16     A.   YES.

17     Q.   AND OF THOSE SPOTS, HOW MANY ARE TYPICALLY

18 FILLED ON A NORMAL DAY?

19     A.   THREE TO FIVE.

20     Q.   AND I BELIEVE YOU TESTIFIED EARLIER THAT THE

21 AREA NEAR EVANS AVENUE COULD HOLD ABOUT MAYBE 35 OR MORE

22 SPACES.  I DON'T REMEMBER IF THAT WAS EXACTLY YOUR

23 TESTIMONY- THE AREA SOUTH OF THE WATER STORAGE TANKS

24 WHERE I GUESS THE PAINT UNIT WORKS OR PARKS?

25     MS. COLLIER:  THAT MISSTATES HIS TESTIMONY.

Case: 01-30923   Doc# 16009-2   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page 8
of 26

1    MR. GSCHWIND:  I DON'T MEAN TO PUT A NUMBER ON IT

2  BECAUSE I DON'T REMEMBER WHAT NUMBER YOU SAID.

3    Q.   BUT I THOUGHT WE HAD TALKED BEFORE ABOUT HOW

4  MANY SPOTS THERE WERE AND HOW MANY CARS COULD PARK IN

5  THAT AREA?

6    A.   DISCUSSING WHAT I WILL CALL THE CONTRACTOR

7  PARKING AREA AND THE AREA INDICATED AS SOUTH AND EAST OF

8  DAVIDSON, THAT'S NOT DEFINED.  IT'S NOT LINED OUT.  AND

9  SINCE WE DON'T -- WE DON'T HAVE VALET PARKING, MY GUESS

10  WOULD BE THAT YOU COULD EASILY FIT, IF YOU DID IT RIGHT,

11  YOU COULD EASILY FIT 50 CARS.

12    MS. COLLIER:  IF YOU HAD VALET PARKING?

13    THE WITNESS:  YEAH.  IF YOU HAD SOMEBODY WHO'S

14  EXPERTLY -- BUT PEOPLE GENERALLY GIVEN THEIR OWN

15  VOLITION, GENERALLY "OH, I WANT THAT ONE," BUT THE DOOR

16  DOESN'T OPEN.  EASILY, I THINK YOU COULD PUT FIT 50 CARS

17  THERE.

18    MR. GSCHWIND:   Q.   AND IF I RECALL

19  CORRECTLY, YOU TESTIFIED THAT EVEN MORE CARS COULD

20  FIT INTO THAT TRIANGLE AREA BELOW WHAT'S MARKED AS

21  EVANS AND HUNTER'S POINT BOULEVARD?

22    A.   YES, DEFINITELY.  DEFINITELY YOU COULD FIT

23  LOTS OF CARS THERE.

24    Q.   CAN YOU DESCRIBE ON THIS -- WITHDRAWN.

25    IS THERE FENCING THAT SURROUND THE POWER PLANT

Case: 01-30923   Doc# 16009-2   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page 9
of 26

1      A.   YES, THERE IS.

2      Q.   AND DOES THAT FENCING THEN PRESUMABLY RUN UP

3  TO THE INTAKE FOR UNITS 2 AND 3?

4      A.   CORRECT.

5      Q.   IS THERE ANY FENCING IMMEDIATELY NORTH OF THAT

6  LAGOON -- INTAKE LAGOON AREA?

7      A.   NO, THERE IS NOT.

8      Q.   IS THERE ANY FENCING?  DO YOU SEE ON THIS

9  DIAGRAM WHERE THE RED DOTTED LINE, SORT OF, HEADS SOUTH

10 IF YOU WERE GOING FROM CARGO WAY HEADING EAST THEN IT

11 SORT OF HEADS SOUTH SORT OF TOWARDS INGALLS STREET.

12      IS THERE ANY FENCING CLOSE TO THE WATER OR

13 THAT TRAIL PATH HEADING SOUTH TOWARDS THIS LITTLE

14 PENINSULA OR JETTY?

15      A.   THE ONLY FENCING THAT -- THAT'S OUT THERE IN

16 THAT AREA IS AROUND THE INTAKE LAGOON FEED TUNNELS.  AND

17 IT IS REAL LOCALIZED.

18      Q.   COVERS THAT?

19      A.   COVERS THE GROUND TO KEEP PEOPLE FROM CLIMBING

20 UP THERE AND USING IT AS A DIVING BOARD.  BUT THAT'S THE

21 ONLY FENCING OUT THERE.

22      Q.   OKAY.  THEN LET'S SAY WALKING, HEADING FROM

23 THE INTAKE UNITS 2 AND 3 HEADING NORTH ALONG THE LINE OF

24 THE LAGOON, IS THERE ANY FENCING THAT RUNS ALONG THIS

25 EASTERN EDGE OF THE INTAKE LAGOON AT ALL AT ANY POINT

Case: 01-30923   Doc# 16009-2   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page
10 of 26

1    Q.   WAS ANY NEW FENCING PUT UP AFTER THIS INCIDENT

2    WITH THE CHILD AND THE WATER IN THAT LAWSUIT -- ANY NEW

3    SECURITY FENCING TO TRY TO KEEP THE PUBLIC AWAY FROM

4    CERTAIN AREAS?

5    A.   EXISTING STRUCTURE WAS CHECKED FOR INTEGRITY.

6    AND WHERE THERE WAS A MAINTENANCE ISSUE, IT WAS -- IT

7    WAS STRENGTHENED BUT NOTHING NEW, NOTHING GOING BACK TO

8    WHERE WE WERE THINKING ABOUT NEW CONSTRUCTION TYPE

9    STUFF.  NOTHING NEW WAS DONE.  AN EXISTING SOMETHING WAS

10   MODIFIED, MAYBE OR IMPROVED, MADE TALLER.

11   Q.   WAS FENCING MADE TALLER IN CERTAIN AREAS?

12   A.   SPECIFICALLY DIRECTED TO THE QUESTION YOU JUST

13   ASKED AND THE INCIDENT YOU'RE TALKING ABOUT, YES, IT

14   WAS.

15   Q.   WHERE WAS THAT FENCING CHANGED?

16   A.   IT WAS AT --

17   MS. COLLIER:  WELL, I'M GOING TO OBJECT.  THAT

18   MISSTATES THE WITNESS' PRIOR TESTIMONY.

19   MR. GSCHWIND:   Q.   WHERE WAS THE FENCING

20   HEIGHTENED OR MODIFIED AFTER THAT?

21   A.   MODIFIED ALONG THIS AREA WHERE THE BRIDGE IS

22   NO LONGER, ON BOTH THE WEST AND THE EAST SIDE

23   (INDICATING).

24   Q.   OF THE OUTTAKE FOR BUILDINGS 2 AND 3 --

25   A.   CORRECT.

Case: 01-30923   Doc# 16009-2   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page
11 of 26

1    Q.   -- THE DISCHARGE?

2    A.   CORRECT.

3    Q.   WAS THAT -- THE BRIDGE THAT'S SHOWN IN THIS

4    DIAGRAM, IS THAT STILL THERE TODAY?

5    A.   NO, IT IS NOT.

6    Q.   WAS THAT TAKEN DOWN AFTER THE INCIDENT WITH

7    THE BOY?

8    A.   YES, IT WAS.

9    Q.   IN YOUR OPINION, WOULD THE POWER PLANT

10   SECURITY BE JEOPARDIZED BY CHANGING OR MODIFYING THE

11   FENCING AT ALL ALONG ANY OF THE AREAS MARKED IN GREEN BY

12   ESSENTIALLY BRINGING THE FENCE IN A LITTLE BIT CLOSER TO

13   THE POWER PLANT IN THOSE AREAS?

14   A.   SPECIFICALLY STATED, MY OPINION?

15   Q.   YES.

16   A.   MY OPINION IS, YES, IT WOULD.

17   Q.   AND WHY IS THAT?

18   A.   IT'S AN OPERATING ENERGIZED ELECTRICAL

19   MANUFACTURING FACILITY.  LETTING ANYBODY THAT IS NOT

20   FAMILIAR OR KNOWS WHAT THAT SORT OF FACILITY IS ALL

21   ABOUT -- GET ANY CLOSER IS NOT A GOOD THING AS FAR AS --

22   IN MY OPINION.

23   Q.   WITH RESPECT TO CUSTER AVENUE, THE FENCING

24   THAT RUNS ALONG THE TRAIL BY WHAT'S SHADED IN GREEN AS

25   THE CUSTER-INDIA AREA -- THAT'S SORT OF CLOSEST TO UNIT

Case: 01-30923   Doc# 16009-2   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page
12 of 26

1    A.   CORRECT.

2    Q.   NOW, THERE ARE EMPLOYEES THAT WORK AT THE

3   POWER PLANT SITE AROUND THE CLOCK RIGHT, 24 HOURS A DAY?

4    A.   CORRECT.

5    Q.   OF THE 65 EMPLOYEES THAT ARE DEDICATED TO THE

6   MAIN POWER PLANT OPERATIONS, HOW MANY OF THOSE EMPLOYEES

7   ARE WORKING ON ANY TYPICAL GIVEN SHIFT, 8 HOUR SHIFT OR

8   HOWEVER LONG THE SHIFTS ARE?

9    A.   OUR SHIFTS ARE TUESDAY TO FRIDAY.  THEY'RE 10

10  HOUR SHIFTS FOR ADMINISTRATION AND MAINTENANCE.  IT'S

11  OPERATIONS THAT ARE ON THE ROTATING 12 HOUR SHIFT.  SO

12  TUESDAY TO FRIDAY, START TIME IS 6:00 UNTIL GOING HOME

13  TIME OF 4:30.  YOU'RE GOING TO HAVE APPROXIMATELY 33

14  POWER PLANT ASSIGNED EMPLOYEES ON-SITE.

15   Q.   AND THEN AFTER THAT SHIFT CHANGE AT 4:30, HOW

16  MANY --

17   A.   OF THAT --

18   Q.   -- TYPICALLY HAVE --

19   A.   -- OF THAT NUMBER WOULD GO HOME?  IF YOU'RE --

20  IF FOR STAFFING OPERATIONS OUTSIDE OF ROUTINE

21  MAINTENANCE HOURS, IT'S FIVE PEOPLE.  AND THEY'RE ON

22  ROTATING TWELVE HOUR SHIFTS.

23   Q.   YOU'RE SAYING IF IT'S AFTER 4:30 AT NIGHT, IT

24  CHANGES TO FIVE PEOPLE?

25   A.   CORRECT.

Case: 01-30923   Doc# 16009-2   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page
13 of 26

1      Q.   DO YOU KNOW HOW THE SHIFTS WORK FOR THE OMC

2  PEOPLE NEAR JENNINGS STREET AND NEAR THE PAINT SHOP

3  AREA?

4      A.   BOTH ORGANIZATIONS ARE ON TEN HOUR DAYS, BUT

5  THEY ARE MONDAY TO THURSDAY WITH FRIDAY OFF.

6      Q.   AND SO THAT'S NOT AROUND-THE-CLOCK.  THAT'S

7  NOT 24 HOURS -- THOSE FOLKS?

8      A.   GENERALLY, NO.  OUR INSTALLATIONS AND CODING

9  PEOPLE BECAUSE THEY DO GET INVOLVED IN ACTIVITIES AROUND

10  ASBESTOS AND OTHER THINGS, ABATEMENT, PAINT, THINGS LIKE

11  THAT THROUGHOUT THE YEAR, OFTEN THEY WILL BE IN EITHER

12  BEFORE OR AFTER HOURS BECAUSE THAT'S THEIR WINDOW OF

13  OPPORTUNITY TO DO THE WORK.

14      WITH THE OMC PEOPLE THAT THE NORTHWEST --

15  AGAIN, I'M NOT COMPLETELY FAMILIAR WITH THEIR SCHEDULE.

16  GENERALLY, THEY HOLD TO THE TEN HOURS A DAY, FOUR DAYS A

17  WEEK, BUT THEY HAVE WINDOWS OF OPPORTUNITY OUT IN THE

18  FIELD WHEN THEY'RE DOING THEIR WORK, WHEN THEY CAN DIG

19  UP THE STREET OR IT'S COMPACTED TIME THAT THEY CAN DIG

20  UP THE STREET, GET THE PIPE IN, GET IT FILLED, GET IT

21  DONE AND GET OUT OF THERE AND THEN THEY'LL WORK 24 HOURS

22  A DAY.

23      Q.   SO OF THE 65 PEOPLE THAT ARE ACTIVELY

24  DEDICATED TO POWER PLANT OPERATIONS, AT ANY GIVEN TIME

25  YOU MIGHT EXPECT TO HAVE UP TO, SAY, 35 EMPLOYEES

Case: 01-30923    Doc# 16009-2    Filed: 03/11/05    Entered: 03/30/05 09:38:01    Page
14 of 26

1    ON-SITE?

2         A.    FORTY.

3         Q.    FORTY?

4         A.    FORTY TO FORTY-TWO BECAUSE THERE ALWAYS WILL

5    BE OPERATIONS IN ATTENDANCE, AT LEAST THOSE FIVE.

6         Q.    WILL ALSO OVERFLOW OR OVERLAP?

7         A.    CORRECT.

8         Q.    AND THEN AT NIGHT, THE OPERATIONS STAY?

9         A.    CORRECT.

10        Q.    WITH RESPECT TO BCDC PERMIT M78-125, WHAT ARE

11   PG&E'S OBLIGATIONS WITH RESPECT TO THE JETTY?

12        A.    I AM NOT AWARE OF ANY OBLIGATION IN

13   RELATIONSHIP TO THE GREEN AREA MARKED ON THE NORTH END,

14   THE EAST SIDE OF THE OUTFALL, 2, 3 OUTFALL AREA.

15             WE MAINTAIN THE TRAIL UNDER THAT PERMIT AS IT

16   RUNS ALONG THE PLANT TO THE NORTH END OF THE BRIDGE.

17   AND FROM THE SOUTHWEST WHICH I GUESS YOU'RE CALLING --

18   WHICH IS OUTSIDE OF THE GREEN AREA, LOOKING AT THE

19   PICTURE OF BURKE AVENUE, TO THE BENCH WHICH IS RIGHT AT

20   THE FIRST TURN, THE FIRST SUBSTANTIVE TURN ON THE TRAIL

21   HEADING TOWARDS THE UNIT 4 INTAKE.

22        Q.    SO IF I UNDERSTAND YOU CORRECTLY:  UNDER THAT

23   PERMIT, PG&E DOESN'T HAVE ANY SORT OF MAINTENANCE

24   OBLIGATIONS OTHER THAN MAINTAINING THAT FOOT BRIDGE?

25        A.    CORRECT.

Case: 01-30923   Doc# 16009-2   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page
15 of 26

1    Q.    THAT WOULD ACTUALLY TOUCH ON THE AREA OF THE

2    JETTY SHADED IN GREEN ON THIS DIAGRAM?

3    A.    CORRECT.

4    Q.    SO THAT WOULD INCLUDE, LIKE, A DUTY TO CUT THE

5    GRASS OR DO WEEDING.  THAT THIS AREA TO YOUR KNOWLEDGE

6    WOULD NOT BE COVERED UNDER THAT PERMIT?

7    A.    CORRECT.

8    Q.    BUT THE AREA HEADED, SORT OF, WESTWARD TO THE

9    BENCH YOU JUST REFERRED TO, THAT WOULD BE INCLUDED?

10    A.    CORRECT.

11    Q.    BUT PURSUANT TO THE PERMIT, PRESUMABLY THE

12    AREA SHADED IN GREEN NEAR THE TRAIL ON DAVIDSON, CUSTER

13    AND THE EDGE OF INDIA STREET, THAT WOULD BE PART OF THE

14    MAINTENANCE OBLIGATION?

15    MS. COLLIER:  OBJECT, THAT THE QUESTION IS VAGUE

16    AND AMBIGUOUS.

17    THE WITNESS:  YES, CORRECT.  ALL OF THE TRAIL

18    BETWEEN INDIA BASIN PARK WHICH IS ON THE SOUTHEAST AND

19    HERON'S HEAD PARK AT THE NORTH END OF THE BRIDGE.

20    MR. GSCHWIND:   Q.   AND AS PART OF THOSE

21    MAINTENANCE OBLIGATIONS, WHAT EXACTLY DOES THAT

22    INCLUDE?

23    A.    IT INCLUDES MAINTENANCE OF THE TRAIL.  IT'S

24    THE TRAIL BED, THE FOOT PATH ITSELF AND IT'S BORDER.

25    KEEPING --

Case: 01-30923   Doc# 16009-2   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page
16 of 26

1    Q.   IF I CAN JUST INTERRUPT YOU, THE BORDER,

2   MEANING THE WOODEN -- THE LITTLE WOOD EDGE ON THE TRAIL

3   ON EITHER SIDE?

4    A.    CORRECT.   IT'S A CRUSHED GRANITE, A DECOMPOSED

5   GRANITE MATERIAL THAT'S USED AS THE TRAIL BED AND THAT

6   IS INSIDE A BORDER OF WOOD.  WE MAINTAIN THAT.

7        WE MAINTAIN THE WEEDING AND THE WEED

8   ABATEMENT, TRASH COLLECTION, THE BENCHES, MAKE SURE THEY

9   STAY IN PLACE.

10        MAKE SURE THAT THE SIGNS REQUIRED IN THE

11   PERMIT ARE UP AND IN PLACE WHICH DIRECT PEOPLE TO THE

12   DIFFERENT PARKS.

13        THE BRIDGE ITSELF AND THE STRUCTURES THAT GO

14   WITH IT.  TO INCLUDE PAINTING, GRAFFITI REMOVAL, ANY OF

15   THOSE SORT OF THINGS.

16        THAT'S -- THAT PRETTY MUCH COVERS THE WHOLE

17   THING.  WE MAINTAIN IT AS IT WERE YOUR, SORT OF, AS IF

18   IT WERE YOUR FRONT YARD WITH A LITTLE PATHWAY WITH A

19   PAGODA IN THE MIDDLE OF IT.

20    Q.   HOW OFTEN IS THE GRASS CUT OR WEEDING

21   PERFORMED?

22    A.    QUARTERLY.

23    Q.   ONCE EVERY THREE MONTHS OR SO?

24    A.    CORRECT.

25    Q.   HOW OFTEN IS TRASH REMOVED?

Case: 01-30923   Doc# 16009-2   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page
17 of 26

1     A.    WEEKLY.

2     Q.    WITH RESPECT TO THE JETTY, THERE'S A LITTLE --
3  I BELIEVE THERE'S A FISHING PIER.

4        HAS PG&E BETWEEN '95 AND THE PRESENT EVER DONE
5  ANY WORK AT ALL ON THAT FISHING PIER?

6     A.    NEVER.  WE DID NOT INSTALL IT.  WE WERE NOT
7  REQUESTED TO HAVE INPUT AS TO WHETHER OR NOT IT WAS PUT
8  THERE.  NOR WERE WE REQUESTED TO DISCUSS BUILDING TRAILS
9  DOWN THAT SIDE EITHER.  IT WAS ALL DONE WITH THE HERON'S
10 HEAD PARK WETLANDS REDEVELOPMENT PROJECT.

11    Q.    PURSUANT TO THAT PERMIT WE JUST DISCUSSED,
12 DOES PG&E HAVE ANY DUTIES WITH RESPECT TO -- I THINK
13 IT'S CALLED RIP RAP, SORT OF, ROCKY EDGINGS ALONG THE
14 WATER TO STABILIZE THE LAND AREA?

15    A.    DOESN'T -- RIP RAP DOESN'T, ONCE INSTALLED,
16 DOESN'T REQUIRE ANY MAINTENANCE OR ANYTHING UNLESS YOU
17 LIVE IN AN AREA WHERE THERE MIGHT BE A TSUNAMI OR
18 SOMETHING LIKE THAT.

19       WE IN THE INSTALLING OF THE BRIDGE, WE HAD TO
20 PLACE ADDITIONAL RIP RAP TO GET THE RIP RAP ON THE SOUTH
21 SIDE OF THE BRIDGE IN ORDER TO GET THE FOOTING CORRECT
22 AND HAVE USED RIP RAP FOR JUST MAKING SURE THAT THE HILL
23 DOESN'T SLIDE DOWN.  BUT AGAIN, IT'S GOING TOWARDS A
24 MAINTENANCE ISSUE NOT A BUILDING OUT ISSUE.

25    Q.    ASSUMING I WANT TO DEFINE CONSTRUCTION TO

Case: 01-30923   Doc# 16009-2   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page
18 of 26

WITH BCDC?

A.   I PERSONALLY, NO.  I WAS NOT.  THAT GOES WAY BACK TO THE 1970S.

Q.   WERE YOU INVOLVED IN THE NEGOTIATION OF ANY AMENDMENT TO THAT PERMIT?

A.   BEING AN INFORMED FACILITIES PERSON, I ATTENDED THE MEETINGS, ET CETERA, AND GAVE MY INPUT.  SO YES.

Q.   AND WHAT TIME PERIOD WAS THIS THAT YOU ATTENDED MEETINGS REGARDING THE PERMIT?

A.   HAD TO HAVE BEEN '99 UNTIL PAST THE CONCLUSION OF THE INSTALLATION OF THE BRIDGE WHICH WAS 2002, FOUR YEARS.

Q.   SO WERE THERE A NUMBER OF MEETINGS WITH PEOPLE FROM BCDC DURING THAT PERIOD?

A.   MANY, MANY AND OTHER INTERESTED PARTIES.

Q.   BY THE WAY, WHAT DOES THAT PERMIT GIVE PG&E ANY OF THE RIGHT TO DO?  IS THAT JUST TO OPERATE THE PLANT GENERALLY?

A.   OH, NO, NO, NO.

THE WITNESS:  IS IT OKAY?

MS. COLLIER:  YES.

THE WITNESS: M25-178 ALLOWED, IN EXCHANGE FOR BUILDING THE LOW DOWN TANKS AND EXPANDING OUR OFFICE, REQUIRED US TO BUILD THIS SECTION OF THE TRAIL AND

Case: 01-30923   Doc# 16009-2   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page 19 of 26

1    MAINTAIN IT.  THAT'S ALL THAT M --

2         Q.   WAS THERE A TRAIL THERE BEFORE THAT TIME?

3         A.   THERE WAS A TRAIL OF SORTS.  IT WAS -- I CAN'T

4    ANSWER SPECIFICALLY BECAUSE I DON'T KNOW THAT FAR BACK.

5    YOU CAN LOOK --

6         Q.   BUT AT LEAST UNTIL THE '95 TIME FRAME WHEN YOU

7    WERE AT THE PLANT, WAS IT AT THAT TIME PEOPLE WOULD,

8    SORT OF, WALK THEIR DOGS THERE OR RUN THERE AND THE

9    GRASS WAS BEATEN DOWN OR WAS THERE, LIKE, A FORMAL TRAIL

10   AT THAT POINT?

11        A.   THE TRAIL'S EXISTED SINCE -- IN ITS CURRENT

12   MAINTAINED FORM, SINCE THE WORK WAS DONE TO PUT IN THE

13   BLOW DOWN TANKS AND EXPAND THE OFFICE AND THAT WAS

14   COMPLETED IN 1979 FOR THE TANK AND IS 1986 FOR THE

15   OFFICE, APPROXIMATELY.

16        Q.   '96 IS WHEN THE OFFICE EXPANDED?

17        A.   '86.  '79 FOR THE TANKS, '86 FOR THE OFFICE.

18             AND THE TRAIL WAS PUT IN PARALLEL TO THE TANK

19   PART OF THE PROJECT.  SO IT'S BEEN MAINTAINED ALL ALONG.

20   I INHERITED THE MAINTENANCE OF IT WHEN I TOOK OVER THE

21   SUPPORT SERVICES POSITION.

22        Q.   WITH RESPECT TO THE MEETINGS BETWEEN '99 AND

23   2002, WAS THERE ANY ADDITIONAL WORK AT THE PLANT THAT

24   WAS DONE IN RETURN FOR INSTALLING THE NEW FOOT BRIDGE

25   AND WHATEVER?  WERE THERE OTHER NEW MAINTENANCE

Case: 01-30923   Doc# 16009-2   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page
20 of 26

1   LAND OUTSIDE OF THE FENCING --

2        MS. COLLIER:  WELL --

3        MR. GSCHWIND:  -- OUTSIDE OF THE SECURITY FENCING.

4        MS. COLLIER:  HE'S TESTIFIED AT LENGTH ABOUT LAND

5   OUTSIDE THE SECURITY FENCING.  YOU ASKED HIM A LOT OF

6   QUESTIONS THAT I SAY GO TO CATEGORY NO. 2 REGARDING THE

7   JETTY AND THE PERMIT ISSUE.

8             WHAT I'M SAYING IS -- IS THAT THE QUESTIONS

9   THAT YOU ASKED HAVE TO BE RELATED TO THE FIVE TOPICS

10  THAT ARE IN TODAY'S NOTICE.

11       MR. GSCHWIND:  I UNDERSTAND THE BASIS FOR YOUR

12  OBJECTION, BUT RIGHT NOW, I WANT TO ESTABLISH WHAT

13  YOU'RE SPECIFICALLY INSTRUCTING THE WITNESS NOT TO

14  ANSWER.

15       MS. COLLIER:  THAT DEPENDS ON THE QUESTION.  IF

16  YOU'RE ASKING ME IF I STAND BY MY EARLIER OBJECTIONS,

17  THE ANSWER IS YES.

18       MR. GSCHWIND:  AND THAT WOULD INCLUDE HOW PG&E USES

19  THE GREEN SHADED AREAS OUTSIDE OF THE FENCE LINE?

20       MS. COLLIER:  LIKE I SAID, IT DEPENDS UPON THE

21  QUESTION THAT IS ASKED.

22       MR. GSCHWIND:  LET ME ASK A COUPLE OF QUESTIONS TO

23  EXPLORE THIS.

24       Q.   TO YOUR KNOWLEDGE, DOES PG&E USE ANY OF THE

25  LANDS SHADED IN GREEN OUTSIDE OF THE FENCING IN

Case: 01-30923   Doc# 16009-2   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page
21 of 26

1    CONNECTION WITH ITS POWER PLANT OPERATIONS?

2         A.   TWO SPECIFIC PLACES, THREE -- FOUR SPECIFIC

3    PLACES.  YOU HAVE THE UNIT 4 OUTFALL WHICH OBVIOUSLY

4    GOES ALL THE WAY OUT TO THE BAY.

5         YOU HAVE TWO OUTFALLS ASSOCIATED WITH UNITS 2

6    AND 3.  ONE OF THEM IS RIGHT IN THE MIDDLE OF INGALLS

7    AND CUSTER.

8         YOU HAVE APPROXIMATELY -- I'M DRAWING A BLANK

9    ON THE LOCATION OF EXACTLY WHERE ONE IS -- APPROXIMATELY

10   THREE OUTFALLS FOR STORM WATER.  ONE AT THE END OF

11   DAVIDSON --

12        Q.   GOING INTO THE BAY?

13        A.   CORRECT.  ONE AT CUSTER CLOSE TO UNIT 4

14   OUTFALL.  AND ONE IN THE NEIGHBORHOOD OF THE 2, 3

15   OUTFALL.  AND THERE MAY BE ANOTHER ONE THAT IS SOMEWHERE

16   IN THE AREA THAT I DON'T IDENTIFY WITH AS BEING WHAT I

17   KNEW TO BE THIS ISSUE IN THE GREEN AREA BY CUSTER.  SO

18   (INDICATING --

19        MS. COLLIER:  YOU'VE ANSWERED THE QUESTION.

20        MR. GSCHWIND:   Q.   SO ON THIS DIAGRAM,

21   THE INGALLS STREET, WHAT'S SHADED IN GREEN AS

22   INGALLS STREET, THE NO. 3 OUTTAKE AREA IS, SORT OF,

23   IN LINE WITH THAT?

24        A.   CORRECT.

25        Q.   AND THE NO. 2 OUTTAKE AREA IS JUST WEST OF

Case: 01-30923   Doc# 16009-2   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page
22 of 26

```
1    THAT?
2         A.   THE SETUP IS -- 2 AND 3 WERE --
3         MS. COLLIER:  LISTEN TO THE QUESTION AND ANSWER THE
4    QUESTION.
5         THE WITNESS:  OKAY.
6         MR. GSCHWIND:   Q.   ON INGALLS STREET, IS
7    THE NO. 2 OUTPUT ALSO LOCATED, SORT OF, IN LINE WITH
8    WHAT'S BEEN MARKED AS INGALLS STREET ON THIS
9    DIAGRAM?
10        A.   CORRECT.
11        Q.   ON THIS DIAGRAM JUST TO THE LEFT OF INGALLS
12   STREET, THERE'S AN AREA WHERE WATER APPEARS TO HEAD
13   UNDERNEATH ONE OF THE STRUCTURES.
14             WHAT IS THAT AREA?
15        A.   IT IS ALSO AN OUTFALL AREA.  2 AND 3'S
16   INFRASTRUCTURE IS SHARED.
17        Q.   THEY HAVE TWO AREAS WHERE WATER COMES OUT?
18        A.   CORRECT.
19        Q.   AND WATER COMES OUT OF BOTH BUILDINGS AT BOTH
20   AREAS?
21        A.   IT CAN, CORRECT.
22        Q.   AND THE STORM WATER OUTFALL AREAS ARE
23   OBVIOUSLY DIFFERENT THAN FROM UNIT 4 AND UNIT 3 OUTPUT
24   AREA; CORRECT?
25        A.   CORRECT.
```

Case: 01-30923   Doc# 16009-2   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page
23 of 26

1    MS. COLLIER:  OBJECTION, CALLS --

2        MR. GSCHWIND:   Q.   -- OR DOES IT --

3    MS. COLLIER:  OBJECTION.  CALLS FOR SPECULATION.

4    THE WITNESS:  SPECIFICALLY, I AM NOT, NOR WAS IT A

5    PIECE OF THE BRIDGE PROJECT OR ANYTHING ELSE, WAS IT

6    NEVER OUR UNDERSTANDING THAT THIS PIECE THAT YOU'RE

7    POINTING OUT ON THIS SOUTH OR THE NORTHEAST SIDE WAS

8    EVER OUR RESPONSIBILITY TO MAINTAIN.

9        MR. GSCHWIND:   Q.   YOU'RE SAYING --

10   A.   IT DIDN'T --

11   Q.   LET ME REPHRASE MY QUESTION.

12       TO YOUR KNOWLEDGE, AND AGAIN JUST TO THE BEST

13   OF YOUR KNOWLEDGE TODAY, DOES PG&E HAVE ANY MAINTENANCE

14   OBLIGATION FROM THE BASE OF THE FOOT BRIDGE ON THIS

15   PENINSULA HEADING WEST ALONG THE TRAIL?

16   A.   NO.

17   Q.   WITH RESPECT TO THE UNIT 2 AND 3 OUTFALL

18   AROUND THE AREA THAT'S BEEN MARKED AS INGALLS STREET,

19   HAS THERE BEEN WORKED PERFORMED IN THAT AREA IN THE LAST

20   FOUR YEARS?

21   A.   IN THE LAST?

22   Q.   WITHDRAWN.

23       SINCE 1998?

24   A.   OTHER THAN IN THE PUTTING IN OF THE BRIDGE AND

25   THE REMOVING OF THE TWO BRIDGES THAT WERE THERE, THERE'S

Case: 01-30923   Doc# 16009-2   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page
24 of 26

1  BASIN MAINTENANCE ASSOCIATION AND THE INDIAN BASIN

2  INDUSTRIAL PARK REQUESTED THAT WAY BACK WHEN, WHEN THE

3  PARK WAS PUT TOGETHER.

4      Q.   SO ALONG JENNINGS STREET, THERE'S SORT OF

5  WOODEN SLATS IN THESE FENCES SO THAT PEOPLE LOOKING IN

6  DON'T SEE --

7      A.   CORRECT.

8      Q.   -- THE CONDITION --

9      A.   CORRECT, AND IT IS VERY MUCH LOOKING IN, NOT

10 LOOKING OUT.

11     Q.   SO IT'S KIND OF AN AESTHETIC THING?

12     A.   CORRECT.

13     Q.   WITH RESPECT TO THE AREAS SHOWN IN GREEN, ARE

14 THERE ANY TOOL SHEDS ON THESE AREAS?

15     A.   THERE ARE SEVERAL STORAGE STRUCTURES, YES.

16     Q.   WHAT OTHER KINDS OF STORAGE STRUCTURES ARE

17 THERE?

18     A.   YOU HAVE EMERGENCY RESPONSE, TWO\TWO\2

19 EMERGENCY RESPONSE LOCKERS, WHICH ARE BASICALLY TEN BY

20 TWENTY -- EIGHT BY TWENTY CONTAINERS AND TOOL STORAGE ON

21 THE CUSTER END.

22     Q.   ARE MOST OF THESE STORAGE AREAS ON THE

23 CUSTER --

24     A.   YES.

25     Q.   -- WHAT'S BEEN MARKED AS THE CUSTER STREET?

Case: 01-30923   Doc# 16009-2   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page
25 of 26



EXHIBIT A

Case: 01-30923   Doc# 16009-2   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page
26 of 26