# Exhibit

# B

1             UNITED STATES BANKRUPTCY COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3               ---oOo---

**CERTIFIED COPY**

4

5  PACIFIC GAS & ELECTRIC COMPANY,

6  a California corporation,

7           Debtor,          No. 01-30923 DM

8  _____/   Chapter 11

9

10

11               DEPOSITION OF

12             BRUCE A. GOWDY

13

14         Wednesday, March 2, 2005

15

16

17

18

19  Reported by:  Elizabeth J. Lee
              CSR #5828

20

21         BONNIE WAGNER & ASSOCIATES
         Certified Shorthand Reporters
22         44 Sutter Street, Suite 1605
          San Francisco, CA  94104
23           (415) 982-4849

24

25

1

Case: 01-30923   Doc# 16009-3   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page 2 of 20

1  document labeled Davidson Avenue.  Does looking at that

2  area that's been shaded in green as Davidson Avenue,

3  does that appear to you to accurately reflect what you

4  understand to be the public trust land -- withdrawn.

5          Does the area shaded in green as the Davidson

6  area, does that appear to you to be located correctly on

7  this document?

8          MS. HARDIE:  I'm going to object as ambiguous.

9  If you can answer.

10          MR. GSCHWIND:  Let me try to clarify my

11  question one more time.

12      Q.   As part of your survey, one of your tasks was

13  to try to locate these paper streets on the power plant

14  property and near the power plant property, correct?

15      A.   Correct.

16      Q.   And one of the streets you looked at, for

17  example, was Davidson Avenue?

18      A.   Yes.

19      Q.   Looking at this aerial photograph, does it

20  appear to you that the area shaded in green is Davidson

21  Avenue and marked Davidson Avenue that that is correctly

22  located with respect to the power plant site?

23      A.   Yes.

24      Q.   Does the area shaded in green as Custer Avenue

25  on this aerial photograph appear to be correctly located

Case: 01-30923   Doc# 16009-3    Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page 3
of 20

1  with respect to the site?

2      A.    Yes, it does.

3      Q.    Does the area shaded in green overlapping with

4  what's been marked as India Street, does that appear to

5  be correctly located on the map?

6      A.    By what definition?  Correctly located to the

7  water's edge, to the BCDC line?  What other parameters

8  of correctly located?

9      Q.    Let me change my question.

10          Does India Street, that boundary as drawn

11  showing India Street, do these boundaries appear to be

12  correct to you?

13          MS. HARDIE:  Are you saying in terms of

14  boundaries and measurement?  I think that question is

15  very vague.

16  BY MR. GSCHWIND:

17      Q.    Do you understand my question?

18      A.    May I suggest that your asking if they in a

19  graphical sense, do these look to be in an approximate

20  correct position?

21      Q.    Yes, that is what I am asking.

22      A.    Then I would say yes.

23      Q.    Would that be true also for what's shaded in

24  green and marked as Ingalls Street on this map?

25      A.    For the land within India Street, is that the

Case: 01-30923   Doc# 16009-3   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page 4
of 20

1    question?

2         Q.    No.    My question here now was the area shaded

3    in green marked as Ingalls Street, does that appear to

4    be accurate?

5         A.    Yes, it does.

6         Q.    The area shaded in green marked along Burke

7    Avenue, does that appear to be located correctly with

8    respect to the boundaries of Burke Avenue?

9         A.    It indicates a peninsula located within Burke

10   Avenue, yes.

11        Q.    Is it your understanding that that peninsula

12   is located at least partially within Burke Avenue?

13        A.    Yes, it is.

14        Q.    With respect to Evans Avenue, does the

15   location of Evans Avenue appear to be correctly marked

16   on this map?

17        A.    I would have to refer to our maps to make that

18   comparison because our concentration for this particular

19   work did not incorporate Evans Avenue.

20        Q.    I understand.   You were not hired to look

21   specifically at Evans Avenue, is that correct?

22        A.    That's correct.

23        Q.    In the course of your work for PG&E, did you

24   explore whether or not there may be any public trust

25   land located on Fairfax Avenue --

Case: 01-30923   Doc# 16009-3   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page 5
of 20

```
1        A.    No.

2        Q.    -- at the power plant sites.

3        A.    No, I did not.

4        Q.    Assuming that the line marked in red, once

5   this line heads south and crosses over the main power

6   plant property area, does the location of this red line

7   appear to you to correspond roughly to the high-tide

8   line of 1869?

9        A.    Yes, it does.

10       Q.    Is there anything regarding the overlay of

11  streets on this map that appears to you to be obviously

12  inaccurate or incorrect?

13       A.    Nothing that is apparently visible without

14  closer inspection or in comparison to our survey.

15       Q.    With respect to the survey work that you

16  performed, you did look at Davidson Avenue, correct, as

17  one of the paper street areas?

18       A.    Yes.

19       Q.    You looked at Custer Avenue, also?

20       A.    Yes, we did.

21       Q.    Did you specifically look at Ingalls Street as

22  one of the areas for your mapping?

23       A.    Yes, we did.

24       Q.    Did you specifically look at Burke Avenue as

25  one of the areas for your mapping?
```

Case: 01-30923   Doc# 16009-3   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page 6
of 20

1    A.    That's correct.  There is probably a very

2    small area of land, or as you could see, I believe it's

3    a structure for outfall -- excuse me.  There is a

4    drainage structure for outfall that would be located

5    which is probably beyond the fence very slightly.

6          Q.    And, again, I take it then, your document does

7    not show this jetty of land over Burke Avenue because

8    that is outside PG&E's fence, is that correct?

9          A.    Outside of PG&E's fence and I also believe

10   it's outside of PG&E's ownership, their property lines.

11         Q.    So your understanding is that this jetty of

12   land that appears to be located, at least partially over

13   Burke Avenue, is actually outside of the property line,

14   of PG&E's property line?

15         A.    That's correct.

16         Q.    How far does PG&E's property line extend?

17   Let's say, Davidson Avenue, how far does it extend

18   eastward towards the bay?

19         A.    Could I refer to our boundary survey?  I think

20   it would be more apparent.

21               MR. GSCHWIND:  Let's go off the record.

22               (Short discussion off the record.)

23                        (Whereupon, the document more

24                        particularly described in the index

25                        was marked as Claimant's Exhibit D

Case: 01-30923   Doc# 16009-3   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page 7
of 20

1          In consultation with BCDC, we were told by

2    Mr. Will Travis that we could use for local purposes

3    mean high water which is what we established in

4    determining the BCDC line.

5          Q.    Mean high water?

6          A.    Mean high water.

7          Q.    With respect to the area where Custer Avenue

8    essentially meets India Street and just beyond the bay,

9    is PG&E's fence at any point located within India

10   Street?

11         A.    Yes, it is.  There is a very small sliver of

12   fence line that extends into India Street as shown in

13   our first sheet of which we have noted.

14         Q.    And I believe I see what appears to be in

15   pencil a notation, it's that area that is roughly 165

16   square feet; is that correct?

17         A.    That is correct.

18         Q.    So the 46,610 square feet hatched area is

19   measured not to the edge of the fence but to the edge of

20   the property line on this page, is that correct?

21         A.    That is correct.

22         Q.    And on the other side it would be bounded by

23   the western edge or northern edge of Ingalls Avenue?

24         A.    Yes, northwesterly edge of Ingalls Avenue,

25   that's correct.

Case: 01-30923   Doc# 16009-3   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page 8
of 20

1   ground break, it would appear to be essentially

2   northeast of the boundry line for PG&E's property, is

3   that fair to say?

4   A.   That's correct.   I would go further to say

5   that it lies within the right-of-way line of Burke

6   Avenue.

7   Q.   Do you know what the purpose was of diagraming

8   these three different scenarios on the second page of

9   what's been marked as Exhibit E?

10   A.   Actually, I do not.   I was simply asked to

11   provide different scenarios of area calculations by

12   Darren Roach.   This one in particular I do not know what

13   the intended purpose of it was.

14   Q.   There is an area marked hatched area 19,586

15   square feet that appears to be located near Burke Avenue

16   on this page.   What does that number represent?

17   A.   That represents the area within the BCDC,

18   outer BCDC line surrounding that peninsula.

19   Q.   So the actual land mass of the jetty would be

20   smaller than that 19,586 square feet?

21   A.   Yes, that's correct.

22   Q.   Did you ever calculate the square footage of

23   the jetty area?

24   A.   Of the land mass itself?

25   Q.   Yes.

Case: 01-30923   Doc# 16009-3   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page 9
of 20

1    A.    No.

2    Q.    What's on the third page of what's been marked

3    as Exhibit E, does this show an outflow structure

4    located on top of Ingalls Avenue?

5    A.    Yes, it does.

6    Q.    And the location of fencing near that outflow

7    structure is also depicted on this diagram, is that

8    correct?

9    A.    Yes, that's correct.

10   Q.    How many days of field work went into the 2003

11   survey?

12   A.    Without checking my records, I'm just going to

13   estimate about three days of field work.

14   Q.    And how many days of field work, roughly, went

15   into the 2004 survey?

16   A.    I believe that was a day and a half.

17   Q.    I have been out to the site and walked around.

18   Are there any documents which would show -- I believe

19   there is an outflow structure for unit four of the power

20   plant that might fall within the Custer Avenue area or

21   is located near the Custer Avenue area.  Do you know if

22   that's depicted on any of the documents you have?

23   A.    I believe it might appear on our boundary

24   survey.  No, I stand corrected.  It does not appear

25   there.

Case: 01-30923   Doc# 16009-3   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page
10 of 20

1          MR. GSCHWIND: Why don't I mark this as

2    Claimant's Exhibit F.  It's another document entitled

3    Boundary Survey of Hunter's Point Power Plant dated

4    2/18/93.

5          I am going to instead mark another document as

6    claimant's F, a topographic survey at Hunter's Point

7    Power Plan for PG&E for dated 9/15/04.

8                              (Whereupon, the document more

9                              particularly described in the index

10                             was marked as Claimant's Exhibit F

11                             for identification.)

12   BY MR. GSCHWIND:

13       Q.    I would like you to look at what's been marked

14   as Claimant's F.  This represents the 2004 survey, is

15   that correct?

16       A.    That is correct.

17       Q.    And, again, neither the 2003 nor the 2004

18   survey concerned Evans Avenue or Fairfax Avenue, is that

19   correct?

20       A.    That is correct, yes.

21       Q.    And I take it, this topographic survey does

22   not show Burke Avenue because, at least to your

23   knowledge, there is no PG&E's structures on that jetty

24   on Burke Avenue?

25       A.    Yes, that is correct.

Case: 01-30923   Doc# 16009-3   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page
11 of 20

1    Q.    Are you personally familiar with the kinds of

2    power plant structures that are located on these paper

3    street areas?

4    A.    With the kinds of structures?  What exactly

5    are you implying?

6    Q.    I'm not asking if you are a power plant expert

7    which is maybe what it sounded like, but you have

8    physically walked around the plant and at least seen

9    virtually where certain things stand in relation to

10    these paper street areas.

11    A.    Yes, I have inspected the site and verified

12    the accuracy of this map by walking the site.

13    Q.    I notice on this document there is something

14    that partially is located partially on top of Custer

15    Avenue entitled Concrete Slab; do you know what that

16    refers to?

17    A.    That's simply a portion of concrete located on

18    top of the asphalt or is part of the asphalt.  It's just

19    a surface.

20    Q.    Do you know if the concrete slab is located

21    above the outflow for unit four?

22    A.    No, I do not, because I do not recall exactly

23    where the outflow is, but if you are talking in terms of

24    elevation, I would say the concrete slab is above the

25    outflow because the outflow is at the water's edge.

Case: 01-30923   Doc# 16009-3   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page
12 of 20

1     Q.   I mean, did you ever look to see -- you now,

2  meaning of the people you worked with on the 2004 survey

3  or the 2003 survey -- whether the outflow was located

4  within Custer Avenue?

5     A.   We would have located anything within Custer

6  Avenue on land.  If the outfall was within that area, it

7  would have been indicated.

8     Q.   And if the outfall was beyond the edge of

9  India Street, would that have been located by you?

10    A.   No, it would not have.

11    Q.   Did this topographic survey locate any

12  underground tunnels or piping at the power plant?

13    A.   No, underground utility information was not

14  part of our survey.

15    Q.   It was simply aboveground structures?

16    A.   That's correct.

17    Q.   If you could explain -- I don't know if there

18  is a key to this -- oh, there is a legend.  Something

19  marked with an E and a circle would be a manhole?

20    A.   That's correct.

21    Q.   Are streetlights depicted at all on this

22  topographical survey?

23    A.   We do show some light poles, yes, we do.

24    Q.   How's that depicted?

25    A.   There is a symbol indicating light pole and it

Case: 01-30923   Doc# 16009-3   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page
13 of 20

seeing the outfall, that it did go beyond the fence into the water's edge.

Q.   And that's the unit four outfall near the Custer area?

A.   That's correct.

Q.   Did you notice any other areas where there might be underground pipes or wiring outside the fence line?

A.   No, I did not.

Q.   Basically when you say that it appeared to you that PG&E doesn't use the areas outside the fence, I guess what I am really asking is the basis for that opinion.  Is that sort of a common sense judgement, just looking at the fence and the land?

A.   Yes, it's a quick observation.  There was a foot path that I had seen people using to fish and it was outside the fenced area.  And, obviously, the fence was there to keep pedestrians or people from going into the PG&E property.

Q.   But I take it -- and this is a silly question, but I'm a lawyer, you have to put up with some of this -- you weren't camping out, you know, observing whether or not any PG&E employees ever came onto land outside the fence, were you?

A.   No, I didn't observe that.

Case: 01-30923   Doc# 16009-3   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page
14 of 20

1    Q.    Just for the record this is claimant's Exhibit

2    E.

3    A.    -- the area of 5,370 square feet depicted is

4    the area between the BCDC line and the existing fence

5    line of PG&E along India Street.

6    Q.    At least with respect to Custer Avenue, it

7    appears that there is a small portion that -- withdrawn.

8          And how was this calculated, the 5,370 square

9    feet?

10   A.    It was a mathematical calculation in Autocad.

11   A closure calculation sheet is also provided to show

12   these calculations.

13   Q.    And this 5,370 square feet, though, actually

14   is not simply located on Custer Avenue, it also would

15   encompass land on India Street, correct?

16   A.    That is correct.

17   Q.    So paragraph 10B of your declaration

18   conceivably could also read that on Custer and on India

19   Street 5,370 square feet?

20   A.    That is correct.  More specifically India and

21   Custer Street.

22   Q.    In your declaration, 10C, it says, "In the

23   northern part of Ingalls Street, 12,220 square feet is

24   outside PG&E's fence line.  The land outside PG&E's area

25   is a body of water that leads to San Francisco Bay."

Case: 01-30923   Doc# 16009-3   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page
15 of 20

1  graphically, could we identify for the record what you

2  are talking about.  When you say same as shown here, you

3  are referring to Exhibit E, correct?

4          THE WITNESS:  That is correct.

5          MS. HARDIE:  What are you comparing it with?

6          THE WITNESS:  This is simply a worksheet used

7  to calculate areas.  The lines shown on here corresponds

8  to the lines shown on Exhibit E.

9  BY MR. GSCHWIND:

10      Q.    And that worksheet helped you determine some

11  of the figures in your declaration?

12      A.    That is correct.

13      Q.    Do you know if PG&E has any pipes or tunnels

14  extending into the water along Ingalls Avenue?

15      A.    I do not.

16      Q.    There is an outflow structure located on

17  Ingalls Avenue, is that correct?

18      A.    There is an outflow so I would assume there

19  are pipes that do empty into the bay via this outflow.

20  Where they are located, I am uncertain of because we did

21  not complete an underground utility survey.

22      Q.    Did you ever calculate the amount of square

23  footage on Ingalls Street that's in dispute measured

24  from the edge of Custer Avenue northeasterly to the BCDC

25  line?

Case: 01-30923   Doc# 16009-3   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page 16 of 20

1          (Record read.)

2          THE WITNESS:  From inspection of the map,

3     Fairfax Avenue does not appear to even enter into PG&E's

4     property.

5     BY MR. GSCHWIND:

6          Q.    Assuming Fairfax Avenue, whether it's a paper

7     street that runs parallel to Evans Avenue between

8     Jennings and Hawes, would any portion of PG&E's property

9     overlap that land?

10         A.    From the high-tide line?

11         Q.    If you can tell from these documents?

12         A.    Assuming there was still a street connecting

13    what is now shown as existing Fairfax Avenue, yes, there

14    would be.

15         MR. GSCHWIND:  The City has just marked as

16    Claimant's Exhibit L, what appears to be field notes or

17    a copy of calculations perform by Mr. Gowdy.

18                        (Whereupon, the document more

19                         particularly described in the index

20                         was marked as Claimant's Exhibit L

21                         for identification.)

22         THE WITNESS:  May I add that these sheets

23    accompany these.  The calculations are part of that for

24    your purposes.

25

Case: 01-30923   Doc# 16009-3   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page
17 of 20

1    A.    We do not determine lines of possession.  We

2  observe them, we measure to them, and evaluate them

3  based on evidence, other record evidence or non-record

4  evidence.

5         In the case of PG&E, the fence lines were just

6  the most visible lines of possession.  There were no

7  other improvements, no other adjoiners, per se, or no

8  other facilities to form boundary lines.  It was just

9  simply the limit as defined by the fence line that we

10  would term possession line.

11    Q.    There is benches along that trail that runs

12  along the power plant, right?

13    A.    There may be benchmarks along there.

14    Q.    No, benches that you sit on out there along

15  this trail, right by the power plant, do you remember?

16    A.    I believe so, but I can't say for certain.

17    Q.    Do you know?  Let's assume there are.  Do you

18  know who purchased them and installed them?

19    A.    No, I do not, because I did not go beyond the

20  fence line in my inspection of the site.

21    Q.    Did you ever literally in your site inspection

22  walk outside of the fence?

23    A.    I did not.

24    Q.    Did any of the persons you work with walk

25  outside the fence?

Case: 01-30923   Doc# 16009-3   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page
18 of 20

1      A.    Yes, they had to.  That was necessary to

2   determine the BCDC line.

3      Q.    Was that the only purpose of walking outside

4   the fence line?

5      A.    They would have also picked up anything that

6   would have shown an improvement or some facility that

7   would project, I don't know, the fence line adjacent to

8   our physical site that we were observing.

9      Q.    I will ask it this way:  Was anyone given a

10  task of mapping anything outside the fence line other

11  than the BCDC line?

12     A.    Yes.

13     Q.    Are the benches along this trail mapped

14  anywhere on your documents?

15     A.    No, the dirt path was shown.  The topo slope

16  was shown.  Benches were not.

17     Q.    Was the outflow to unit four, that's shown to

18  your knowledge on any of the surveying work?

19     A.    Could you specify the outflow to unit four as

20  to its approximate location?

21           MS. HARDIE:  Didn't we go through this once

22  before?

23           MR. GSCHWIND:  I think so.  I will represent

24  to my understanding that it may be near the edge of

25  where Custer Avenue would meet the bay.

Case: 01-30923   Doc# 16009-3   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page
19 of 20

1          THE WITNESS:  That was not located, no.

2   BY MR. GSCHWIND:

3          Q.    Did you talk with anybody from PG&E about

4   today's deposition?

5          A.    Yes, I have.

6          Q.    Who have you spoken to at PG&E?

7          A.    Rebecca.  Previously Darren Roach, and excuse

8   me, I forgot her name.

9          Q.    Elizabeth Collier?

10         A.    Yes.

11         Q.    And apart from just scheduling issues and

12  purely procedural issues, do you remember anything that

13  was discussed in your conversations with PG&E's counsel?

14         A.    Yes, the nature of the areas, what they

15  represented, how these lines were defined; pretty much

16  what is being discussed here right now.

17         Q.    Has anyone from PG&E at any time asked you in

18  your declaration or otherwise to form an opinion about

19  area outside of the fence?

20         A.    No.  I am simply representing the facts as we

21  had seen and measured with no bias one way or the other.

22         Q.    Do you know whether or not PG&E maintains any

23  of the area outside of the fence, like mows the lawn,

24  that kind of thing?

25         A.    I do not know that.

Case: 01-30923   Doc# 16009-3   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page
20 of 20