# Exhibit C

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

In re:

PACIFIC GAS AND ELECTRIC
COMPANY, a California
Corporation,

        Debtor.

Case No. 01-30923 DM
Chapter 11

FEDERAL I.D. NO. 94-0742650
_____/





MAR 0 7 2005

By

**DEPOSITION OF AVTAR VIRDEE**

Thursday, March 3, 2005

BONNIE L. WAGNER & ASSOCIATES
Court Reporting Services
41 Sutter Street, Suite 1605
San Francisco, CA 94104
(415) 982-4849

Reported by
SHEILA CHASE, CSR, RPR
License No. 4934

1  training.  Those are like an hour or two-hour trainings,
2  but not days and days of training.  Then every time
3  there's a procedure changed, there's a training.
4      Q.   Will there be, you know, procedures specific to
5  handling this particular type of equipment, you know --
6  I mean, how specific does the training get?
7      A.   It guess very specific to whatever is going to
8  be operated or worked on.  It's very specific.
9      Q.   Have you had any training in security systems?
10     A.   That was always the case.  Always the security
11 of the plant is number one when you are managing the
12 plant.
13     Q.   What kinds of training have you received in
14 security?
15     A.   Formal training?
16     Q.   Formal or informal.
17     A.   Informal training is always the plant has to be
18 secured properly.  You know, you don't want anybody --
19 make sure the plant's fences are set properly, the gates
20 are locked, the equipment is secured.  Security of the
21 equipment and the people, too.
22     Q.   I mean -- I understand, obviously, the need for
23 security.  But I'm just wondering now what kinds of --
24 well, you were talking about informal training.
25          What kinds of formal training have you received

16

BONNIE L. WAGNER & ASSOCIATES - (415) 982-4849
Case: 01-30923   Doc# 16009-4   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page 3 of 13

```
 1  in terms of plant security?
 2       A.   Formal training?
 3       Q.   Yes.
 4       A.   There is no such thing as formal training with
 5  security, that I have attended.
 6       Q.   To your knowledge?
 7       A.   That I have attended, yes.
 8       Q.   In your experience at the Hunter's Point Power
 9  Plant site, how is security maintained?
10       A.   Very well.  Very well.
11            MS. COLLIER:  Objection that it's vague as to
12  time.
13            MR. GSCHWIND:  Q.  What are the means by which
14  security is ensured at the power plant site?
15            MS. COLLIER:  Same objection.  Vague as to
16  time.
17            MR. GSCHWIND:  Q.  At the time you left, or to
18  the best of your knowledge today, what keeps that plant
19  site secure?
20            MS. COLLIER:  Object.  It lacks foundation.
21            MR. GSCHWIND:  Q.  You can answer it.
22            MS. COLLIER:  Go ahead.
23            THE WITNESS:  The plant's security is the
24  fences are all in good shape, good order.  All the gates
25  -- all the accesses to the plants have gates locked and
```

17

```
 1  is that correct?
 2      A.   That's correct.
 3      Q.   Where is the other gate located?
 4      A.   The other gate is on the east side of the
 5  warehouse where the assembly building is.  It's behind
 6  the assembly building, between the assembly building and
 7  the warehouse.
 8      Q.   Is that near Jennings Street?
 9      A.   Yes.  It's next to Jennings Street.
10      Q.   But the gate --
11      A.   The gate gives you basically access to the
12  Jennings Street.  Or coming from Jennings Street, then
13  you can use the card key to get in.
14      Q.   Is there a road on the power plant property
15  that connects the Jennings Street maintenance operations
16  side to the other portion of the power plant across the
17  intake lagoon?
18      A.   Can you repeat that question again?
19      Q.   It wasn't a very good question.
20           Is it possible to drive through that gate from
21  Jennings Street all the way over to the parking area
22  near unit number 4?
23      A.   You can go through the gate, that gate.  Yes,
24  you can go all around the plant to Unit 4.  Yes, you
25  can.
```

```
 1          MR. GSCHWIND:  Q.  Moving it in or out, in any
 2     location where fencing exists today.  In your view,
 3     would that --
 4          A.   Moving the fence inside, yes, would jeopardize
 5     the safety and security, because you need the room for
 6     equipment to go around the plant for the maintenance
 7     operations and all that stuff.
 8          Q.   You need the room for maintenance operations?
 9          A.   Yes.  When -- the room between the Unit 4
10     building and the fence you have -- you have that access
11     to the heavy equipment coming into the plant to do the
12     maintenance, such as cranes, boom trucks, tanker trucks.
13          Q.   But some of that area is used right now simply
14     for storage, correct?
15          A.   Which area are we referring to?
16          Q.   Well, you were talking about between Unit 4 and
17     the fence, so let's say that area.
18          A.   Right.  There's a parking lot, and there's a
19     gas line right next to where tanks are.  So the fence is
20     on the other side of it, of the holding tanks.
21          Q.   But there's also just equipment that is stored
22     near the fence?
23          A.   There is some equipment stored.  There's also a
24     monitoring station for the environmental -- the San
25     Francisco Regional Water Quality Control Board
```

30

BONNIE L. WAGNER & ASSOCIATES - (415) 982-4849
Case: 01-30923   Doc# 16009-4   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page 6 of 13

```
 1  monitoring equipment also between the containers and the
 2  fence.
 3       Q.  Are you talking about the blow-down tanks?
 4       A.  I'm talking the area between where the
 5  containers are.  Between the containers and the fence.
 6  There is also a monitoring station for the Water Quality
 7  Control Board.  They take regular -- they go out
 8  regularly and take samples and analyses and all that
 9  stuff.  And Unit 4 discharge goes out that way
10  (indicating).
11       Q.  Have you ever provided any kind of security
12  consulting to any company?
13       A.  Myself?
14       Q.  Yes.
15       A.  As a consultant?
16       Q.  Yes.
17       A.  No, I have not.
18       Q.  Have you provided any safety consulting?
19       A.  No, I have not.
20           MR. GSCHWIND:  I would like to mark this as
21  Claimant's Exhibit C.  It's a copy of an aerial
22  photograph.
23           MS. COLLIER:  Can we take a two-minute break?
24           (Exhibit C marked for identification.)
25                    (Recess taken.)
```

BONNIE L. WAGNER & ASSOCIATES - (415) 982-4849
Case: 01-30923   Doc# 16009-4   Filed: 03/11/05   Entered: 03/30/05 09:38:01   Page 7
of 13

need to have a lot of room to come through this way (indicating). Moving the fence inside will not give you enough space to bring all the equipment that you want to bring into the plant for the repairs and maintenance.

    Q.   Can you estimate for me the distance between the security gate located near the Evans Avenue area and the --

    A.   No, I can't

    Q.   -- outside fencing there?

    A.   No. I can't.

    Q.   Is it your testimony though that, if the fence were moved in 30 feet, that there would not be enough room for trucks to enter through the main gate?

    A.   This is where the road is right here (indicating).

    So you are saying moving the fence -- PG&E also -- they also have high transmission lines in this area here, too. Switch yard. Switch yard here in this area here also. (Indicating.)

    Q.   But my question is, at least sitting here today looking at this photograph, and based on your memory of the site, is it your testimony that moving the fence inward roughly 30 feet at that Evans Avenue area, that that would not allow enough room for large trucks to enter the plant?

33

1    A.   That's correct.  You have to have enough room
2    here for the line of trucks.
3         The gas line is right about here (indicating).
4    The gas lines runs parallel to this fence here and makes
5    a 45- or 90-degree turn, goes that way there
6    (indicating).
7    Q.   On this map --
8    A.   Just thinking about it, I don't think moving
9    the fence inside, I don't think is practical without
10   going looking into it.  Just from the top of my head.
11   So I cannot say yes or no.
12   Q.   Okay.  On this diagram, can you just mark with
13   an "X" where the gate on Jennings Street is, the
14   security gate?
15   A.   Jennings Street is right about here
16   (indicating).
17   Q.   Okay.  If you could just put a little "X" by
18   that?
19   A.   Somewhere around this area, approximately
20   (indicating).
21   Q.   How would a car or a small truck drive around
22   the property over to the parking area near Unit 4?
23   A.   It would be in the assembly -- this is the
24   assembly building.  This is the warehouse.  They have to
25   come through here.  This is the intake area here.  This

34

```
 1  equipment all around.  You are taking parts out.  You
 2  will need every inch of space out here.  That's how I
 3  see it.  (Indicating.)
 4      Q.   So even after the power plant ceases
 5  operations --
 6      A.   After the power plant has been taken down to
 7  the ground, yes, then you can do anything.  If the plant
 8  is gone.
 9      Q.   After it stops operating and it's in the
10  process of being taken down --
11      A.   You cannot do that.
12      Q.   -- it's your testimony that you still need the
13  space?
14      A.   Yes.  Yes.
15      Q.   Do you know personally what parts of the plant
16  will be taken down first?
17      A.   I have not seen the -- I don't want to
18  speculate on that.  I have my own opinions about how it
19  should be done.
20      Q.   But, at least to your knowledge, you don't know
21  what the plan is?
22      A.   The whole plant has to come down at the same
23  time.  It all depends upon who is going to do it.  It's
24  my opinion.  I don't like to give my own opinion.
25      Q.   I think what you are saying is you are not sure
```

BONNIE L. WAGNER & ASSOCIATES
Case: 01-30923   Doc#: 16009-4   Filed: 03/11/05   Entered: 03/30/05 02:38:01   Page 10 of 13

1  (indicating), right in the middle of Evans area.
2      Q.   There's also some fencing on the plant
3  property.  On this diagram it would be located, I guess,
4  southwest of Evans Avenue.
5      A.   It's right over here (indicating), yes.
6      Q.   What is that fencing there for?  What is the
7  purpose of that fencing?
8      A.   I don't remember.  I don't know exactly what.
9  But I know during the heavy overhauls maintenance
10 outages, all the cars are parked into these areas here
11 (indicating).  They need that because every inch of
12 space here (indicating) is taken by equipment, parts,
13 and so forth.  So parking for the plant people and the
14 contractors everybody -- this area is used heavily.
15     Q.   So people will park during the overhauls in
16 that sort of overflow area?
17     A.   Right.
18     Q.   And then the regular parking area will be taken
19 up by --
20     A.   -- regular machine -- equipment, yeah.
21     Q.   Mr. Virdee, do you have any experience in power
22 plant design?
23     A.   I haven't designed one, but I know what is
24 involved.
25     Q.   Have you ever performed any consulting work in

43

```
 1  connection with designing a power plant?
 2      A.  No, I have not.
 3          MR. GSCHWIND:  Okay.  I am done.
 4          MS. COLLIER:  I have a couple of questions.
 5          MR. GSCHWIND:  Actually, I do have a couple
 6  more, but I can wait.
 7          MS. COLLIER:  Okay.
 8                       ---oOo---
 9              **EXAMINATION BY MS. COLLIER**
10          MS. COLLIER:  Q.  Mr. Virdee, looking at
11  Exhibit C in the area that is in between Units 2 and 3
12  and the transmission system, can heavy equipment move
13  along that corridor?
14          MR. GSCHWIND:  Objection.  Vague.
15          THE WITNESS:  The equipment, heavy equipment --
16  you know, the transmission lines cross overhead.
17          MS. COLLIER:  Q.  Right.
18      A.  There are five main similar services
19  underground here (indicating).  It all depends on how
20  heavy the equipment is going to be.
21      Q.  My question goes to, is there enough room to
22  move a crane through in that area.
23      A.  In this area here (indicating)?
24      Q.  Yes.
25      A.  No.  You can't move a crane through here
```

44

```
 1  control project.
 2      Q.   And that agreement to build the bridge was with
 3  BCDC; is that correct?
 4           MS. COLLIER:  Objection.  Mischaracterizes the
 5  witness' testimony.  Vague and ambiguous as to the term
 6  "agreement."
 7           THE WITNESS:  Yes, it was a condition at the
 8  time to provide this trail here also (indicating) and to
 9  build the bridge.
10           MR. GSCHWIND:  Q.  With respect to this jetty
11  of land that the foot bridge connects to, shown on this
12  diagram there is a corresponding to -- shown on this
13  diagram, there's a corresponding area marked as "Burke
14  Avenue."  To your knowledge, who owns that property?
15      A.   San Francisco Port owns that property.
16      Q.   To your knowledge, who built that jetty?
17      A.   I don't know.
18      Q.   In fact, it was built by PG&E to separate the
19  cool water intake from the hot water outtake; isn't that
20  true?
21           MS. COLLIER:  Objection.  Argumentative.  He
22  also said he didn't know.
23           THE WITNESS:  Not during my time.
24           MR. GSCHWIND:  Q.  But before your time, isn't
25  that true?
```