Exhibit

D

```
1              UNITED STATES BANKRUPTCY COURT
2              NORTHERN DISTRICT OF CALIFORNIA
3                  SAN FRANCISCO DIVISION
4
5   In re                    )
                             )
6   PACIFIC GAS AND ELECTRIC )        CERTIFIED COPY
    COMPANY, a California    )
7   corporation,             )
                             )  No. 01-30923 DM
8         Debtor.            )
                             )
9   _ _ _ _ _ _ _ _ _ _ _ _ _
10
11
12
13                   DEPOSITION OF:
14                   JOHN W. WOOD
15               MONDAY, MARCH 7, 2005
16
17
18
19
20
                HANNAH KAUFMAN & ASSOCIATES
21              Certified Shorthand Reporters
                     472 Pacheco Street
22   Reported By:    San Francisco, California 94116
     CANDACE HOLROYD             ------------------------
23   CSR NO. 1370                (415) 664-4269
24
25
```

1    A. Mike Jones.

2    Q. And do you know who the Plant Manager was before

3    Mike Jones?

4    A. I believe it was Abtar Birdy. I was not there at

5    the time.

6    Q. And with respect to the hierarchy, you report

7    directly to Mr. Bosscawan; correct?

8    A. Yes.

9    Q. And who reports to you underneath you?

10   A. Tom Chong and Jim Fox report directly to me.

11   Q. And are they Senior Power Production Engineers?

12   A. Tom Chong is a Power Production Engineer.

13   Q. And the other person you named, what is his

14   position?

15   A. Jim Fox is a Chemist.

16   Q. Do you have any experience in power plant design?

17   A. No, not from an applied sense.

18   Q. Do you have any experience in security -- power

19   plant security?

20   A. Could you be more specific?

21   Q. Have you had any training in power plant security?

22   A. You would still have to be specific.

23   Q. Well, I guess right now I want to distinguish

24   safety from security and I will ask you separately about

25   both.

1    Q. What kind of power facility is Diablo Canyon?

2    A. It is a nuclear power plant.

3    Q. Okay. Can you think of any other formal training

4 regarding security or access issues that you had -- that

5 you have had at PG&E?

6    A. I have not had any classroom formal training

7 dealing with security that I can remember.

8    Q. With respect to power plant safety, have you had

9 any training at PG&E?

10    A. Yes.

11    Q. Can you describe generally the kinds of training

12 you have had throughout your career?

13    A. PG&E provides safety training on an ongoing basis

14 since I have been in the company. It has -- it depends on

15 the location you are at. Most of the training will be

16 location specific to the jobs in hand to the facility that

17 you are working in or around.

18    Q. Have you had any safety training specific to the

19 Hunter's Point Power Plant?

20    A. Yes.

21    Q. And what kinds of training, safety training is

22 that?

23    A. It is a fairly broad question. How long should I

24 be talking on this? Because that is....

25    Q. I will break it down maybe after you give me a

1   the requirements of the City and County of San Francisco.
2   Q. Are you familiar, personally familiar with plans
3   to decommission the plant?
4   A. I'm familiar with some of the aspects of
5   decommissioning.
6   Q. Based on your own knowledge, describe for me the
7   expected or anticipated decommissioning process?
8   A. Well, that is currently being defined now. So,
9   there really, it is not -- it isn't defined enough to say
10  that it's any more than the plant is coming down and that
11  it will be taken down to a certain level of remediation to
12  the ground level.
13  Q. Who determines how the plant is decommissioned?
14  MS. COLLIER: Objection: vague and ambiguous.
15  BY MR. GSCHWIND:
16  Q. You can answer to the best of your ability?
17  A. Who will determine how?
18  Q. How is it determined, the stages or, you know,
19  which structures come down first?
20  A. The process is going on now. There is a Project
21  Manager assigned to try to bring some definition to that.
22  Part of the process that I know will happen is a
23  specification will be drawn up, and it will be let out to
24  bid. I don't know what the contents of that specification
25  will be. The range of possibilities are all over the

1  board as to how that will be managed and that is currently
2  being defined.
3  Q. And I take it that is being defined by somebody
4  outside the power plant, someone at another PG&E office;
5  is that right?
6  A. The Project Manager does come to the plant. He is
7  recently on board. And he does -- it is at its beginning
8  stages, and he'll be shared. There will be some work at
9  the plant, there will be some work at the general office.
10 And that's it. It is just not defined enough to really
11 comment at this time, except in general type of
12 expectations.
13 Q. Since it's currently expected that the plant will
14 close in the first half of 2006, if everything stays on
15 schedule or things work out as expected, is there going to
16 be any major planned overhaul of equipment or machinery
17 before the expected closing in 2006?
18 A. I can't say whether there is going to be or not.
19 That can be determined by planning or it can be determined
20 by events that happen in the future.
21 Q. But you are not aware of any planned major
22 overhaul before that date, is that fair to say?
23 A. What would you consider a major overhaul?
24 Q. That is a fair question. I don't know. But I've
25 heard that there are times when quite a bit of, you know,

1   structures on the plant are sort of taken down and either
2   repaired or new parts are put in and a lot of driveway
3   space is taken up. I mean, that is, I can't be more
4   specific than that, but a significant amount of overhaul
5   or repair work.
6          To your knowledge, is there any -- do you expect
7   that before the closure date?
8       A. We do not have any planned. We do have some
9   conditions that may drive that we have to.
10      Q. Like, for example, obsolescence of equipment? Or
11  what might drive it, that you would have to do significant
12  overhaul work?
13      A. Degradation of equipment.
14      Q. But at least as of now, there is no set date, like
15  December '05 we are going to take down, you know, the
16  scaffolding on unit 4, or something like that?
17      A. Taking down scaffolding would not be a major
18  overhaul. We will be dealing with scaffolding. That is
19  likely that we may have to deal with that. We will be
20  pulling the "A" engine on Unit 1.
21      Q. Taking it out?
22      A. Taking the "A" engine out. That is going to be
23  done because it has gone into failure. That was not
24  originally planned to be done. That is what I mean by
25  events will determine what happens. But we do have to

1      Q. Equipment will be literally almost leaned up
2  against the fence?
3      A. I -- I don't think we lean it up against it.
4      Q. But it will be very close?
5      A. There is some clearance. You need some clearance
6  in order to be able to walk around stuff, given that there
7  is safety. Some people have to come in. If somebody has
8  to do some rigging on the equipment, you have to be able
9  to walk around behind it.
10     So, you are not leaning against the fence. I
11 don't know how far it is coming into the plant, but
12 management of the materials has to be done in a safe
13 manner. And that would be part of it, is having room
14 enough for heavy equipment to move around and people to be
15 coming in and rigging stuff properly.
16     Q. With respect to the decommissioning, you know, it
17 would seem to me as a layperson, not familiar with power
18 plant operations, that if the power plant is going to be
19 shutting down in approximately a year or so, that PG&E,
20 unless it was necessary, wouldn't invest a lot of capital
21 improvements in the plant now, and there won't be a lot of
22 major overhauls in the next year. Is that incorrect?
23     A. Planned?
24     Q. Planned, at least.
25     A. There is no major capital investments planned for

1  Hunter's Point at this point. There is no major
2  maintenance activities planned at this point.
3      Unit 1 is -- the engine is going to be removed and
4  taken off site. And that was not planned. It was an
5  event that happened.
6      Q. So, in other words, if something goes wrong, or
7  some piece of equipment breaks down, there could be major
8  maintenance. But it is -- it wouldn't be something that
9  is planned?
10     A. There may be some -- there is NOX planned -- and
11 when you say "major," I am thinking of major jobs that
12 were routine certainly in the past, but over the next year
13 we are not planning. Nothing planned.
14     But just like, you know, one meets events that may
15 determine that we are.
16     Q. That you need to do major work?
17     A. Right.
18     Q. You've worked at Hunter's Point since 1999; is
19 that correct?
20     A. Yes.
21     Q. During that time, has any fencing, security
22 fencing around the plant's perimeter been moved?
23     A. There is additional fencing just after the bridge.
24     Q. After the footbridge?
25     A. After the footbridge, that I know is there.

1   A. Yes.

2   Q. To your knowledge does PG&E use any of the land

3   located outside its perimeter fence along this jogging

4   trail?

5   A. Do we use any of it outside of the fence?

6   Q. Yes.

7   A. We have water that flows from the plant.

8   Q. You are talking about the outflow for Unit 4?

9   A. That is one.

10  Q. And where is that located on this diagram

11  roughly? Or where would it be located on this diagram if

12  it were shown?

13  A. Somewhere between Custer and Davidson.

14  Q. To your knowledge it would be in between those two

15  areas?

16  A. I would have to look specifically out there in

17  order to be accurate on that. But that is where I believe

18  that that would be running.

19  Q. Are the outflow for units 2 and 3 still used at

20  all?

21  A. Yes.

22  Q. Even though units 2 and 3 have shut down, that

23  outflow is still used?

24  A. Yes.

25  Q. And where is that located to the best of your

1  knowledge?
2  A. Again, I believe it comes out -- again I would
3  have to look at it more accurately at a drawing -- but
4  right around Ingalls Street.
5  Q. Apart from those outflows, to your knowledge does
6  PG&E use any of the other land outside its perimeter
7  fence?
8  A. My primary area of responsibility is inside of the
9  power block concerning that; but to my knowledge, we don't
10 use the areas outside of the fence for the operation of
11 that. It would nice to be able to use some of that, but
12 it is not something that is available. We don't use it,
13 except to walk to certain areas on the outfall. We have
14 to -- we go out on the outside of the fence to do that.
15 But we have to have access out there for certain sampling
16 and inspections of that. We don't have equipment out
17 there.
18 Q. What kind of sampling and inspections does PG&E
19 do?
20 A. Bio-assay.
21 Q. And where does -- where do you do that?
22 A. You do sampling at various locations at the
23 outfalls, and in -- I am not sure where they take the
24 sample for the inflow, but you do some of the inflow. And
25 at the outflows.

1   Q. And do you -- for the outflows, do you take it
2   just right at the point where the water comes out, or do
3   you take it at a few different areas?
4   A. I am not sure of the exact locations that they
5   take that sample from.
6   Q. With respect to the lawsuit you mentioned that
7   your deposition was taken in where there is a 10-year-old
8   boy who drowned, do you know whether or not PG&E paid any
9   money to settle that case?
10   A. I don't know what the results of that case were.
11   I have never seen anything that I can speak to on that.
12   Q. I would like to turn your attention to paragraph
13   10 on page 5 of your Declaration.
14   A. Paragraph 10?
15   Q. 10. The first sentence says: "All of Custer
16   Avenue will be used by PG&E during the decommissioning
17   phase to remove heavy equipment and construction
18   material." How do you know that?
19   A. I don't know the specifics of what is going to go
20   on during the decommissioning. What I do know is that
21   there will be a lot of heavy equipment, removal of dirt.
22   Remediation will be defined by -- I am not sure how that
23   will get defined, probably by permits and the Courts, and
24   everything else. The movement of heavy equipment in and
25   throughout that facility, the containment of hazardous

1  materials, the -- also management of water, because even
2  during that time all of the water has to be accounted for
3  as far as being accounted for, looked at and treated and
4  handled under permit before it is let from the site. All
5  of that kind of activity occurs within the plant
6  perimeter.
7     I don't know the specifics of how they are going
8  to decommission the movement of heavy equipment in and
9  around that area. That is going to be a challenge. But
10  those are the kind of things I have to do, containment of
11  hazardous materials. Asbestos. There is lead. There is
12  all this kind of thing. And the management of rainwater
13  has to be -- we can't just let rainwater flow.
14     Q. Do you know which structures will be taken down
15  first?
16     A. No. I would be guessing.
17     Q. To your knowledge, the area shaded in green on,
18  marked as Custer Avenue on Claimant's Exhibit B, with
19  respect to Units 2, 3 and 4, is it your understanding that
20  the sort of northern edge of Custer Avenue extends beyond
21  the boundaries of those buildings and encompasses part
22  of -- withdrawn.
23     Based on prior to coming to this deposition today,
24  what is your understanding of the northern boundary of
25  this paper street marked as Custer Avenue?

1   A. For Unit 4, it is a different process.

2   Q. In paragraph 3 of your Declaration, you discussed

3   Custer Avenue, Ingalls Avenue, and Davidson Avenue. Is

4   that correct?

5   A. This is on page 2?

6   Q. Page 2, paragraph 3. Did you ever review any

7   survey documents concerning Burke Avenue or Evans Avenue?

8   A. The only documents that I remember reviewing were

9   the documents that the surveyors had, and I looked at. I

10  don't even remember if those others were on that drawing.

11  I don't remember.

12        I looked at Ingalls, Custer and Davidson.

13  Q. Before you mentioned environmental hazard safety

14  training, does the power plant emit any kind of

15  particulate matter?

16        MS. COLLIER: Into a air?

17  BY MR. GSCHWIND:

18  Q. Into the air.

19  A. We measure NOX in parts per billion.

20  Q. And that is an acronym, N-O-X?

21  A. NOX is nitric oxide. The N-O is nitric oxide.

22  The X can means it is a 2, a 3 or a 4. It is a chemical

23  term.

24  Q. And that is one of the matters that comes out of

25  the smoke stacks?

1   A. That is one of the effluents.

2   Q. And that is an airborne effluent?

3   A. That is one of the airborne effluents.

4   Q. And what kind of training is there concerning the
5   NOX?

6   A. The safety training concerning the NOX?
7   Specifically the NOX would be just in hauling equipment.

8   Q. Are respirators provided to employees at the
9   plant?

10  A. Some of the employees are fitted for respirators.

11  Q. And what kind of employees are those?

12  A. Those that have a need to use a respirator in the
13  course of their duties.

14  Q. But which employees need to use a respirator in
15  the course of their duties?

16  A. Various employees. It goes across different
17  shops. It is....

18  Q. Can you tell me any specific positions that
19  require it?

20  A. Operators. There are some operators. There is
21  some maintenance and others, but not everyone.

22  Q. Are certain employees required to wear earplugs or
23  other hearing protection devices?

24  A. Anyone within the areas of the noise are supposed
25  to be wearing ear protection.

1  Q. You can answer.

2  A. Is your question you said intake/outtake

3  structures. It is confusing.

4  MR. GSCHWIND: Well, leaving aside intakes and

5  outtakes, to your knowledge are there any structures

6  connected with the power plant located underneath the

7  water line in the water?

8  A. Connected with the power plant structures located

9  under the water?

10  Q. Underneath the surface of the water.

11  A. Connected with the power plant?

12  Q. Yes.

13  A. Are there any structures?

14  Q. Other than intake and outtake units located

15  underneath the surface of the water.

16  A. That is an interesting question. Could you do a

17  boundary from the top? I am not sure of that.

18  Q. For example, are there any pipes located

19  underneath any areas shown as water on this aerial

20  photograph?

21  A. And "shown as water," you mean defined by what

22  looks like water?

23  Q. Correct.

24  A. Okay. Other than intake and outtake structures,

25  we have -- we do have some -- we have piping that goes

1    from storm-water-drain collection areas that are -- that

2    you can dump to the Bay once it is clear. That it is just

3    storm water.

4        Q. And can you mark where those are located on this

5    document to the best of your knowledge?

6        A. I would have to have a drawing to be able to do

7    that. We have them scattered throughout the plant area to

8    allow us to dump the water. And I know there is -- I know

9    there is one in this area, and I know there is one in this

10    area. I am sure there is one in here. And -- but I would

11    want to look at a map or drawing and walk it down, and

12    that is how we do things out there.

13        Q. Just for the record, the witness, I believe,

14    indicated area near Ingalls Street, what has been marked

15    on this document "Ingalls St.," and what has been marked

16    as "Custer Ave.," as well as another area not located on a

17    green.

18        A. I don't know if that is true. I mean....

19        Q. I understand that you are not vouching right now.

20        A. I don't know where they are relative to this

21    drawing, because you just said not on green, and I don't

22    know.

23        Q. Is that one of the structures, the drain pipes,

24    that you identified with the survey documents as you

25    walked around the plant site?