# ANDREW M. GSCHWIND DECLARATION

## EXHIBIT E

Two page oversized exhibit of "Boundary Survey of Hunters Point Power Plant" dated February 18, 1993, produced by Bruce Gowdy of Martin M. Ron Associates, Inc.

Original Exhibit is on file with Court.