# ANDREW M. GSCHWIND DECLARATION

# EXHIBIT F

One page oversized exhibit of "Topographic Survey at Hunters Point Power Plant" dated September 15, 2004, produced by Bruce Gowdy of Martin M. Ron Associates, Inc.

Original Exhibit is on file with Court.