# ANDREW M. GSCHWIND DECLARATION

# EXHIBIT I

This is a multi-page exhibit. The first several pages are copies of selected pages from the Declaration of Eugene B. Elliot in Opposition to Motion for Summary Judgment, as filed in <u>Samasoni Failauga v. PG&E Corp.</u>, San Francisco Superior Court Case No. 321712, including selected exhibits (photographs, etc.) to this declaration. The final page of this exhibit is a color copy of an aerial photograph with mapping entitled "Hunters Point Power Plant, PG&E property lines," produced by Bruce Gowdy of Martin M. Ron Associates, Inc.

Original Exhibit is on file with Court.