## ANDREW M. GSCHWIND DECLARATION

## EXHIBIT J

Exhibit J are copies of three aerial photographs of the Hunters Point power plant produced by PG&E to the City. The three aerial photographs are dated 07/28/48, 5 or 6??]/20/61, and 08/27/93, respectively.

Original Exhibit is on file with Court.