# ANDREW M. GSCHWIND DECLARATION

## EXHIBIT K

This exhibit contains four color copies of photographs of the Hunter's Point power plant produced by PG&E to the City.

Original Exhibit is on file with Court.