# ANDREW M. GSCHWIND DECLARATION

## EXHIBIT L

This exhibit contains three black and white copies of photographs showing the Hunter's Point power plant, produced from San Francisco Port Commission records. First photograph is dated 4/9/72, second photograph 11/2/71, third photo 11/30/71.

Original Exhibit is on file with Court.