# ANDREW M. GSCHWIND DECLARATION

## EXHIBIT M

This exhibit contains true and correct copies of selected pages describing lands granted to the City, by and through its Port Commission, pursuant to the Burton Act, Ch. 1333, 1968 Stats. The last page is a copy of the " Map of Lands Transferred in Trust to the City and County of San Francisco" (depicting Parcels "A" and "N").

Original Exhibit is on file with Court.