# ANDREW M. GSCHWIND DECLARATION

## EXHIBIT T

Exhibit T contains copies of four oversized maps.

Map on first page is entitled "Map, Salt Marsh and Tide Lands and Lands Lying Under Water South of Second Street, City and County of San Francisco." Second page appears to be close-up of portions of map on first page with handwriting. Third page is a map entitled "Tract of Tide Lands Granted to W.M. Dunphy and Others," LR 321. Fourth map is entitled "Map of the Properties of the Water Front Land Corporation" dated June, 1922.

Original Exhibit is on file with Court.