

**Signed and Filed: June 13, 2005**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtor. | ) Bankruptcy Case<br>) No. 01-30923DM<br>)<br>) Chapter 11<br>)<br>) |

MEMORANDUM

On June 1, 2005, the court issued a Memorandum Decision on Motion To Vacate Enforcement Order, which was docketed and served electronically on the parties on June 2, 2005. On June 3, 2005, the City of Oakland filed a Second Supplemental Declaration of Jannie L. Wong, etc. and a Supplemental Declaration of Barbara Parker, etc. Then on June 9, 2005, counsel for the City of Oakland advised the court by letter that its Memorandum Decision and the two supplemental declarations referred to above may have "crossed in the mail." Since the Memorandum Decision was served electronically on June 2, it did not "cross in the mail" with the supplemental declarations. Clearly the supplemental declarations were not considered by the court in its decision. In addition, the court has never been provided chambers copies of the supplemental declarations.

Counsel for Pacific Gas and Electric Company should comply

1 | with the Memorandum Decision by submitting an order; after entry
2 | of that order the City of Oakland may seek whatever relief it
3 | deems appropriate.
4 | **END OF MEMORANDUM**

-2-